**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Ahmed**<br>First name<br><br>**A**<br>Middle name<br><br>**Zayat**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | **Ephraim David Zayat** | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-0117** | |

Debtor 1     **Ahmed A Zayat**                                                                                     Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN |
| **5.** **Where you live** | **598 Warwick Ave.**<br>**Teaneck, NJ 07666**<br>Number, Street, City, State & ZIP Code<br><br>**Bergen**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Ahmed A Zayat**

Case number *(if known)*

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |

**11.** **Do you rent your residence?**

- ■ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    **Ahmed A Zayat**                                                                    Case number *(if known)*

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.    Go to Part 4.

☐ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
Number, Street, City, State & Zip Code

---

Debtor 1    **Ahmed A Zayat**

Case number *(if known)*

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Ahmed A Zayat**                                              Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Ahmed A Zayat**
_____          _____
**Ahmed A Zayat**                                          Signature of Debtor 2
Signature of Debtor 1

Executed on   **September  8, 2020**              Executed on  _____
_____                                  _____
MM / DD / YYYY                                                    MM / DD / YYYY

Debtor 1   **Ahmed A Zayat** _____    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Jay L. Lubetkin** _____    Date    **September  8, 2020**
Signature of Attorney for Debtor                                            MM / DD / YYYY

**Jay L. Lubetkin** _____
Printed name

**Rabinowitz, Lubetkin & Tully, LLC** _____
Firm name

**293 Eisenhower Parkway**
**Suite 100**
**Livingston, NJ 07039** _____
Number, Street, City, State & ZIP Code

Contact phone    **973-597-9100** _____    Email address _____

**20245 NJ** _____
Bar number & State

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ahmed A Zayat** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number | _____ | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1.  **Schedule A/B: Property** (Official Form 106A/B)
    1a. Copy line 55, Total real estate, from Schedule A/B.......................................  $  1,775,000.00

    1b. Copy line 62, Total personal property, from Schedule A/B.............................  $  117,815.42

    1c. Copy line 63, Total of all property on Schedule A/B......................................  $  1,892,815.42

### Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*  $  4,616,294.68

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................  $  0.00

    3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................  $  14,755,171.74

    **Your total liabilities** $  19,371,466.42

### Part 3:  Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of *Schedule I*..............................................................  $  13,875.00

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of *Schedule J*........................................................................  $  72,903.00

### Part 4:  Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■  Yes

7.  **What kind of debt do you have?**

    ☐  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ■  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Ahmed A Zayat**                                    Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                           $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Ahmed A Zayat** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes. Where is the property?

1.1

**598 Warwick Ave.**
Street address, if available, or other description

**Teaneck          NJ      07666-0000**
City          State    ZIP Code

**Bergen**
County

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**(Property includes 563 Maitland Ave. and 569 Maitland Ave., Teaneck, New Jeresy. Entirety of property is Block 18.08, Lot 13.01 (formerly Lots 13, 14, and 15) and Lots 20 and 21. Value based on May 2019 appraisal and estimate as to vacant lots.)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$3,550,000.00**

Current value of the portion you own? **$1,775,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint tenant**

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>**    **$1,775,000.00**

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **Ahmed A Zayat** | | Case number *(if known)* | |

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ■ No
   ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..............................................................=>

$0.00

| **Part 3:** | Describe Your Personal and Household Items |

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Regular home furnishings, beds, couches, tables | $4,000.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | Laptop, TV, Cellphone, iPad | $1,000.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

   | Simple wall hanging pictures, nothing remarkable or insured | $500.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| Debtor 1 | **Ahmed A Zayat** | | Case number *(if known)* | |
|---|---|---|---|---|

| Everyday clothing | $1,000.00 |
|---|---|

**12. Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| Watch, Cufflinks | $1,000.00 |
|---|---|

**13. Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................

| $7,500.00 |
|---|

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.....................................................................................................................

| | Cash | $300.00 |
|---|---|---|

**17. Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | **Checking** | **Bank of America**<br>**PO Box 15284**<br>**Wilmington, DE 19850**<br>xxxxxxxx3787 | $13.80 |
| 17.2. | **Checking** | **Bank of America**<br>**PO Box 15284**<br>**Wilmington, DE 19850**<br>xxxxxxxx3795 | $0.62 |

**18. Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................      Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    Yes.  Give specific information about them...................

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Ahmed A Zayat** | | Case number *(if known)* | |
|---|---|---|---|---|

| | Name of entity: | % of ownership: | |
|---|---|---|---|
| | **Zayat Stables LLC** **(Company insolvent. Receiver appointed at request of secured creditor.  Assets being liquidated.  Total asset value approximately $4,000,000.  Total secured debt $22,000,000.  Total additional debt at least $4,000,000.)** | **100**     % | **$1.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                  Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
            Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1      **Ahmed A Zayat**                                                  Case number *(if known)*

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else

    ☐ No

    ■ Yes.  Give specific information..

| | |
|---|---|
| JPZ Holdings, LLC<br>200 East 62nd Street, Apt 8D<br>New York, NY, 10065<br>Loan receivable subject to offset for amounts owed to JPZ<br>Holdings.  Net value of receivable is $0. | $110,000.00 |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.

    Company name:                          Beneficiary:                     Surrender or refund
                                                                            value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.

    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No

    ■ Yes.  Describe each claim.........

| | |
|---|---|
| Counterclaim against MGG Investment Group, secured<br>creditor of Zayat Stables, LLC. | **Unknown** |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

    ■ No
    ☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
     for Part 4. Write that number here**.............................................................................................................

| |
|---|
| **$110,315.42** |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.<br>If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor 1 | **Ahmed A Zayat** | | Case number *(if known)* | |
|---|---|---|---|---|

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ...................................    **$0.00**

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

| 55. | **Part 1: Total real estate, line 2** .................................................................................... | | **$1,775,000.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | **$0.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$7,500.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$110,315.42** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$117,815.42** | Copy personal property total **$117,815.42** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$1,892,815.42** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ahmed A Zayat** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **598 Warwick Ave. Teaneck, NJ 07666 Bergen County (Property includes 563 Maitland Ave and 569 Maitland Ave, Teaneck, NJ. Entirety of property is Block 18.08, Lot 13.01 (formerly Lots 13, 14 and 15) and Lots 20 and 21.  Value based on May 2019 appraisal.)** Line from *Schedule A/B*: **1.1** | $1,775,000.00 | ■ $25,150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **598 Warwick Ave. Teaneck, NJ 07666 Bergen County (Property includes 563 Maitland Ave and 569 Maitland Ave, Teaneck, NJ. Entirety of property is Block 18.08, Lot 13.01 (formerly Lots 13, 14 and 15) and Lots 20 and 21.  Value based on May 2019 appraisal.)** Line from *Schedule A/B*: **1.1** | $1,775,000.00 | ■ $1,009.58 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Regular home furnishings, beds, couches, tables** Line from *Schedule A/B*: **6.1** | $4,000.00 | ■ $4,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 **Ahmed A Zayat** | | Case number (if known) | |
|---|---|---|---|
| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| **Laptop, TV, Cellphone, iPad**<br>Line from *Schedule A/B*: **7.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Simple wall hanging pictures, nothing remarkable or insured**<br>Line from *Schedule A/B*: **8.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Everyday clothing**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Watch, Cufflinks**<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: Bank of America**<br>**PO Box 15284**<br>**Wilmington, DE 19850**<br>**xxxxxxxx3787**<br>Line from *Schedule A/B*: **17.1** | $13.80 | ■ $13.80<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: Bank of America**<br>**PO Box 15284**<br>**Wilmington, DE 19850**<br>**xxxxxxxx3795**<br>Line from *Schedule A/B*: **17.2** | $0.62 | ■ $0.62<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Zayat Stables LLC**<br>**(Company insolvent. Receiver appointed at request of secured creditor.  Assets being liquidated. Total asset value approximately $4,000,000.  Total secured debt $22,000,000.  Total additional debt at least $4,000,000.)**<br>**100 % ownership**<br>Line from *Schedule A/B*: **19.1** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐ No

☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ahmed A Zayat** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:  List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **Andrew Leicht**<br>Creditor's Name | Describe the property that secures the claim:<br>**598 Warwick Ave. Teaneck, NJ 07666 (Property includes 563 Maitland Ave and 569 Maitland Ave, Teaneck, NJ. Entirety of property is Block 18.08, Lot 13.01 (formerly Lots 13, 14 and 15) and Lots 20 & 21. Value based on May 2019 appraisal.)** | $400,000.00 | $3,550,000.00 | $0.00 |

**107 Cherry Street**
**Katonah, NY 10536**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

Debtor 1    **Ahmed A Zayat**

First Name          Middle Name          Last Name

Case number (if known) _____

---

| 2.2 | **Fay Servicing** | Describe the property that secures the claim: | $1,701,710.41 | $3,550,000.00 | $0.00 |

Creditor's Name

> **598 Warwick Ave, Teaneck, NJ 07666 (Property includes 563 Maitland Ave and 569 Maitland Ave, Teaneck, NJ.  Entirety of property is Block 18.08, Lot 13.01 (formerly Lots 13, 14 & 15) & Lots 20 and 21. Value based on May 2019 appraisal.)**

**PO Box 619063**
**Dallas, TX 75261-9063**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.3 | **Linda Karasick** | Describe the property that secures the claim: | $625,000.00 | $3,550,000.00 | $166,294.68 |

Creditor's Name

> **598 Warwick Ave, Teaneck, NJ 07666 (Property includes 563 Maitland Ave and 569 Maitland Ave, Teaneck, NJ.  Entirety of property is Block 18.08, Lot 13.01 (formerly Lots 13, 14 & 15) & Lots 20 and 21. Value based on May 2019 appraisal.)**

**200 Old Palisade Road TH4**
**Fort Lee, NJ 07024**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Ahmed A Zayat** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.4 | **Select Portfolio Servicing** | Describe the property that secures the claim: | $1,389,584.27 | $3,550,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**598 Warwick Ave, Teaneck, NJ 07666 (Property includes 563 Maitland Ave and 569 Maitland Ave, Teaneck, NJ.  Entirety of property is Block 18.08, Lot 13.01 (formerly Lots 13, 14 & 15) & Lots 20 and 21. Value based on May 2019 appraisal.)**

**PO Box 65250
Salt Lake City, UT 84165**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

| 2.5 | **Sherif El Zayat** | Describe the property that secures the claim: | $500,000.00 | $3,550,000.00 | $500,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**598 Warwick Ave, Teaneck, NJ 07666 (Property includes 563 Maitland Ave and 569 Maitland Ave, Teaneck, NJ.  Entirety of property is Block 18.08, Lot 13.01 (formerly Lots 13, 14 & 15) & Lots 20 and 21. Value based on May 2019 appraisal.)**

**c/o Kenneth Baum, Esq.
LAW OFFICES OF
KENNETH L. BAUM LLC
167 Main Street
Hackensack, NJ 07601**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | | $4,616,294.68 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | | $4,616,294.68 |

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ahmed A Zayat** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Akansas Division of Taxation** | Last 4 digits of account number _____ | **Unknown** | $0.00 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **PO Box 919** | When was the debt incurred? _____ | | | |
| | **Little Rock, AR 72203** | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |
| | **Who incurred the debt?** Check one. | ☐ Contingent | | | |
| | ■ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ **Check if this claim is for a community debt** | ■ Taxes and certain other debts you owe the government | | | |
| | **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ■ No | ☐ Other. Specify _____ | | | |
| | ☐ Yes | **Notice Only** | | | |

| 2.2 | **Arizona Division of Taxation** | Last 4 digits of account number _____ | **Unknown** | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | Priority Creditor's Name | | | | |
| | **P.O. Box 29085** | When was the debt incurred? _____ | | | |
| | **Phoenix, AZ 85038** | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |
| | **Who incurred the debt?** Check one. | ☐ Contingent | | | |
| | ■ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ **Check if this claim is for a community debt** | ■ Taxes and certain other debts you owe the government | | | |
| | **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ■ No | ☐ Other. Specify _____ | | | |
| | ☐ Yes | **Notice Only** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                     50844                     Best Case Bankruptcy

Debtor 1   **Ahmed A Zayat**

Case number (if known) _____

---

| 2.3 | **California Division of Taxations** | Last 4 digits of account number _____ | **Unknown** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**450 N Street Sacramento
Sacramento, CA 95814**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice Only**

---

| 2.4 | **Delaware Division of Taxation** | Last 4 digits of account number _____ | **Unknown** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**P.O. Box 830
Wilmington, DE 19899**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice Only**

---

| 2.5 | **Illinois Division of Taxation** | Last 4 digits of account number _____ | **Unknown** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**PO BOX 19016
Springfield, IL 62794**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice Only**

---

Debtor 1    **Ahmed A Zayat**

Case number (if known)

---

| 2.6 | **Internal Revenue Service** | Last 4 digits of account number | | **Unknown** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

**Notice Only**

---

| 2.7 | **Iowa Division of Taxation** | Last 4 digits of account number | | **Unknown** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**PO Box 9187**
**Des Moines, IA 50306**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

**Notice Only**

---

| 2.8 | **Maryland Division of Taxation** | Last 4 digits of account number | | **Unknown** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**60 West Street**
**Suite 102**
**Annapolis, MD 21401**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

■ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

**Notice Only**

---

Debtor 1    **Ahmed A Zayat**
_____    Case number (if known) _____

| 2.9 | **Massachusetts Division of Taxation** | Last 4 digits of account number | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name
**100 Cambridge Street**
**2nd Floor**
**Boston, MA 02114**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice Only**

---

| 2.10 | **New York Division of Taxation** | Last 4 digits of account number | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name
**575 BOICES LANE**
**Kingston, NY 12401**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice Only**

---

| 2.11 | **Oklahoma Division of Taxation** | Last 4 digits of account number | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name
**2501 North Lincoln Boulevard**
**Oklahoma City, OK 73194**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice Only**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Ahmed A Zayat**                                                                    Case number (if known) _____

| 2.1 2 | **Pennsylvania Division of Taxation** | Last 4 digits of account number | **Unknown** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**PO BOX 280413**
**Harrisburg, PA 17128**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice Only**

| 2.1 3 | **State of New Jersey** | Last 4 digits of account number | **Unknown** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**Division of Taxation**
**Gross Income Tax**
**50 Barrack Street**
**Trenton, NJ 08625**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice Only**

**Part 2:**    **List All of Your NONPRIORITY Unsecured Claims**

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1  **Ahmed A Zayat**

Case number (if known) _____

| | | |
|---|---|---|
| 4.1 | **Amaroo Farm LLC** | Last 4 digits of account number _____ | $95,580.71 |

Nonpriority Creditor's Name

**6000 Greenwich Pike**
**Lexington, KY 40511**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| | | |
|---|---|---|
| 4.2 | **Andrew Simoff Horse Transportation, LLC** | Last 4 digits of account number _____ | $1,928.00 |

Nonpriority Creditor's Name

**3719 Old Capitol Trail**
**Wilmington, DE 19808**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| | | |
|---|---|---|
| 4.3 | **Ashford Stud/Creekview Farm** | Last 4 digits of account number _____ | $2,388.59 |

Nonpriority Creditor's Name

**5095 Frankfort Road**
**PO Box 823**
**Versailles, KY 40383**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

Debtor 1    **Ahmed A Zayat**

Case number (if known) _____

---

| 4.4 | **Ballydoyle Racing** | Last 4 digits of account number _____ | **$23,699.26** |

Nonpriority Creditor's Name

**Rathmacarty W**
**County Tipperary**
**Ireland**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.5 | **Bank of America** | Last 4 digits of account number   8287 | **$15,617.89** |

Nonpriority Creditor's Name

**100 North Tryon Street**
**Charlotte, NC 28255**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 | **Bank of America** | Last 4 digits of account number   0267 | **$190,748.66** |

Nonpriority Creditor's Name

**100 North Tryon Street**
**Charlotte, NC 28255**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Ahmed A Zayat**

Case number (if known)

---

| 4.7 | **Bank Of America NA** | Last 4 digits of account number | | **$101,658.12** |
|-----|------------------------|---------------------------------|--|-----------------|

Nonpriority Creditor's Name
**100 North Tryon Street**
**Charlotte, NC 28255**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.8 | **Barbara K. Frohlich** | Last 4 digits of account number | | **$1,000,000.00** |
|-----|-------------------------|---------------------------------|--|-------------------|

Nonpriority Creditor's Name
**668 Sewell Pl**
**Teaneck, NJ 07666-2135**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.9 | **Barclay's** | Last 4 digits of account number | 9662 | **$23,382.05** |
|-----|---------------|---------------------------------|------|----------------|

Nonpriority Creditor's Name
**P.O. Box 8801**
**Wilmington, DE 19899-8801**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

Debtor 1    **Ahmed A Zayat**

Case number (if known) _____

---

| 4.10 | **Baronne Veterinary Clinic, Inc.** | Last 4 digits of account number _____ | $12,210.34 |

Nonpriority Creditor's Name
**1538 1-49 N. Service Road**
**Sunset, LA 70584**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.11 | **Bob Baffert Racing Stables, Inc.** | Last 4 digits of account number _____ | $227,884.71 |

Nonpriority Creditor's Name
**PO Box 661912**
**Arcadia, CA 91066**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.12 | **Bob Hubbard Horse Transportation, Inc.** | Last 4 digits of account number _____ | $463.00 |

Nonpriority Creditor's Name
**3730 S. Riverside Ave.**
**Colton, CA 92324**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Ahmed A Zayat**

Case number (if known) _____

---

| 4.1 3 | **Bonnie Acres Ranch** | Last 4 digits of account number _____ | **$9,042.20** |

Nonpriority Creditor's Name

**25240 Thoroughbred Lane**
**Hemet, CA 92545**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 4 | **Boothwyn Pharmacy, Inc.** | Last 4 digits of account number _____ | **$1,368.00** |

Nonpriority Creditor's Name

**221 Gale Lane**
**Kennett Square, PA 19348**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 5 | **Brad H Cox Racing Stable** | Last 4 digits of account number _____ | **$194,836.19** |

Nonpriority Creditor's Name

**PO Box 35487**
**Louisville, KY 40231**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1    **Ahmed A Zayat**

Case number *(if known)*

---

| 4.1 6 | **Bradbury Farms** | Last 4 digits of account number | $4,510.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**99 Bliss Canyon Road**
**Bradbury, CA 91008**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.1 7 | **Brittany Nakatani** | Last 4 digits of account number | $1,680.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**1922 Northstar Way**
**#245**
**San Marcos, CA 92078**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.1 8 | **Brook Ledge Inc** | Last 4 digits of account number | $163,401.34 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 56**
**Oley, PA 19547**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Debtor 1  **Ahmed A Zayat**

Case number *(if known)* _____

---

| 4.1 9 | **Brookstone Farm** | Last 4 digits of account number _____ | $16,910.78 |
|---|---|---|---|

Nonpriority Creditor's Name
**838 East High Street**
**#281**
**Lexington, KY 40502**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 0 | **Capital One** | Last 4 digits of account number  **9429** _____ | $30,380.32 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 30285**
**Salt Lake City, UT 84130-0287**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 1 | **Cedarview** | Last 4 digits of account number _____ | $7,900,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**One Penn Plaza**
**45th Floor**
**New York, NY 10119**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **Ahmed A Zayat** _____          Case number (if known) _____

---

| 4.2 2 | **Chase** | Last 4 digits of account number | **9848** | **$20,110.71** |

Nonpriority Creditor's Name

**1 United Nations Plaza**
**New York, NY 10017**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.2 3 | **Chase** | Last 4 digits of account number | **6283** | **$33,316.29** |

Nonpriority Creditor's Name

**Cardmember Services**
**PO Box 6294**
**Carol Stream, IL 60197-6294**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.2 4 | **Chase** | Last 4 digits of account number | **7930** | **$28,656.00** |

Nonpriority Creditor's Name

**PO Box 6294**
**Carol Stream, IL 60197-6294**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor 1    **Ahmed A Zayat**                                    Case number (if known)

| 4.2 5 | **Cincinnati Equine** | Last 4 digits of account number | $2,362.86 |

Nonpriority Creditor's Name
**814 Huntersknoll Lane**
**Cincinnati, OH 45230**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.2 6 | **Creech Horse Transportation, Inc** | Last 4 digits of account number | $4,090.00 |

Nonpriority Creditor's Name
**100 Industrial Drive**
**Troy, MO 63379**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.2 7 | **Crupi's New Castle Farm** | Last 4 digits of account number | $716.00 |

Nonpriority Creditor's Name
**10010 N Hwhy 27**
**Ocala, FL 34482**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Debtor 1  **Ahmed A Zayat**

Case number (if known) _____

---

| 4.2 8 | **Daryl G. Easley, DVM, PLLC** | Last 4 digits of account number _____ | $822.16 |

Nonpriority Creditor's Name
**PO Box 11770**
**Lexington, KY 40577**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 9 | **Diamond Valley Equine Clinic** | Last 4 digits of account number _____ | $28.00 |

Nonpriority Creditor's Name
**39185 Valley Rd.**
**Hemet, CA 92543**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 0 | **Donnelley Financial, LLC** | Last 4 digits of account number _____ | $104.96 |

Nonpriority Creditor's Name
**PO Box 842282**
**Boston, MA 02284**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Ahmed A Zayat**

Case number (if known) _____

---

| 4.3 1 | **Dr. Jeff Schafer DC** | Last 4 digits of account number _____ | **$700.00** |

Nonpriority Creditor's Name

**23823 Malibu Rd.**
**Ste. 50-227**
**Malibu, CA 90265**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 2 | **Equine Body Works** | Last 4 digits of account number _____ | **$6,825.00** |

Nonpriority Creditor's Name

**PO Box 28**
**Burbank, CA 91503**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 3 | **Equine Health & Wellness by Bridgett Mah** | Last 4 digits of account number _____ | **$300.00** |

Nonpriority Creditor's Name

**3600 S. Harbor Blvd.**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **Ahmed A Zayat**

Case number *(if known)* _____

---

**4.3 4**

| **Equine Medical and Surgical Group** | Last 4 digits of account number _____ | **$410.00** |

Nonpriority Creditor's Name
**PO Box 661956**
**Arcadia, CA 91066**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.3 5**

| **Equine Medical Center (CA)** | Last 4 digits of account number _____ | **$5,769.96** |

Nonpriority Creditor's Name
**10542 Walker Street**
**Cypress, CA 90630**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.3 6**

| **Equine Medical Center of Ocala, FL** | Last 4 digits of account number _____ | **$3,000.00** |

Nonpriority Creditor's Name
**7107 West Highway 326**
**Ocala, FL 34470**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **Ahmed A Zayat**

Case number (if known) _____

---

| 4.3 7 | **Equine Medicine & Surgery** | **Last 4 digits of account number** ____ | **$36,760.73** |
|---|---|---|---|

Nonpriority Creditor's Name

**7991 E. Tesas St.**
**Ste 400**
**Bossier City, LA 71111**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 8 | **Equine Therapy, Inc** | **Last 4 digits of account number** ____ | **$1,075.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO box 583**
**Simpsonville, KY 40067**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 9 | **EQUIX** | **Last 4 digits of account number** ____ | **$8,900.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**841 Corporate Drive**
**Suite 201**
**Lexington, KY 40503**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Ahmed A Zayat**                                        Case number (if known) _____

---

| 4.40 | **Exclusive Equine Investments, LLC** | Last 4 digits of account number _____ | $8,572.00 |

Nonpriority Creditor's Name

**PO Box 770**
**Williston, FL 32696**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.41 | **Fethard Surgical Ltd.** | Last 4 digits of account number _____ | $54.80 |

Nonpriority Creditor's Name

**R689**
**Fethard, Tipperary**
**Ireland**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.42 | **Florida Equine Veterinary Associates, LL** | Last 4 digits of account number _____ | $1,176.22 |

Nonpriority Creditor's Name

**10195 US-27**
**Ocala, FL 34482**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **Ahmed A Zayat**

Case number (if known) _____

---

**4.4 3**

**Focal Point**

Nonpriority Creditor's Name

**11150 Santa Monica Blvd**
**Los Angeles, CA 90025**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$60,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.4 4**

**Gilman & Associates DVM's PC**

Nonpriority Creditor's Name

**140 Wedgewood Drive**
**Barrington, IL 60010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$25.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.4 5**

**Greene Equine Transport, LLC**

Nonpriority Creditor's Name

**614 Chieftain Dr.**
**Fairdale, KY 40118**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$6,118.75**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **Ahmed A Zayat**

Case number (if known)

---

| 4.4 6 | **Gregory J. Bennett, D.V.M** | Last 4 digits of account number | $2,726.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 549**
**Elmont, NY 11003**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.4 7 | **H.E. Sutton Forwarding Co., LLC** | Last 4 digits of account number | $4,750.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 1066**
**Lexington, KY 40588**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.4 8 | **Hagyard Equine Medical Institute** | Last 4 digits of account number | $38,999.53 |
|---|---|---|---|

Nonpriority Creditor's Name

**4250 Iron Works Pike**
**Lexington, KY 40511**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Ahmed A Zayat**

Case number *(if known)* _____

---

| 4.49 | **Harambe Racing Inc.** | Last 4 digits of account number ___ ___ ___ ___ | $350.00 |

Nonpriority Creditor's Name
**1110 S Bridge Street**
**Morrilton, AR 72110**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.50 | **Hunt & Associates** | Last 4 digits of account number ___ ___ ___ ___ | $12,811.49 |

Nonpriority Creditor's Name
**PO Box 030452**
**Elmont, NY 11003-0452**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.51 | **James D. Kenney  D.V.M** | Last 4 digits of account number ___ ___ ___ ___ | $675.00 |

Nonpriority Creditor's Name
**PO Box 717**
**Millstone Township, NJ 08510**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Ahmed A Zayat**

Case number (if known) _____

| 4.5 2 | **JN Racing Stables Inc.** | Last 4 digits of account number _____ | **$63,822.01** |
|---|---|---|---|

Nonpriority Creditor's Name

**10477 SW 49th Place**
**Cooper City, FL 33328**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.5 3 | **Johanna Reimer, VMD** | Last 4 digits of account number _____ | **$355.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 1066**
**Georgetown, KY 40324**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.5 4 | **John R. Cummins, D.V.M. LLC** | Last 4 digits of account number _____ | **$465.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**780 Faulkner Avenue**
**Lexington, KY 40505**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Ahmed A Zayat**

Case number (if known) _____

---

| 4.5 5 | **Joseph Bodner and Ruth Bodner** | Last 4 digits of account number _____ | $150,000.00 |

Nonpriority Creditor's Name
**1410 Somerset Gate**
**Teaneck, NJ 07666**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.5 6 | **Joseph F. Migliacci, DVM, PA** | Last 4 digits of account number _____ | $3,394.00 |

Nonpriority Creditor's Name
**PO Box 540005**
**Lake Worth, FL 33454**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.5 7 | **JPZ Holdings LLC** | Last 4 digits of account number _____ | $300,000.00 |

Nonpriority Creditor's Name
**200 East 62nd Street, Apt 8D**
**New York, NY 10065**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Ahmed A Zayat** | Case number (if known) | |
|---|---|---|---|

---

| 4.5 8 | **KC Horse Transport (Calif)** | Last 4 digits of account number _____ | $1,976.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**5940 Rocky Canyon Rd.**
**Atascadero, CA 93422**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.5 9 | **Kentucky Equine Medical Associates** | Last 4 digits of account number _____ | $19,937.32 |
|---|---|---|---|

Nonpriority Creditor's Name
**4210 Southern Parkway**
**Louisville, KY 40214**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 0 | **Kesmarc, LLC** | Last 4 digits of account number _____ | $36,607.12 |
|---|---|---|---|

Nonpriority Creditor's Name
**258 Shannon Run Road**
**Versailles, KY 40383**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Ahmed A Zayat**                                                                    Case number (if known) _____

| 4.6 1 | **Kevin Wirth Equine Dentistry LLC** | Last 4 digits of account number _____ | $95.00 |

Nonpriority Creditor's Name
**PO Box 804**
**La Grange, KY 40031**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 2 | **KTM Equine LLC** | Last 4 digits of account number _____ | $1,140.00 |

Nonpriority Creditor's Name
**PO Box 533**
**Bonsall, CA 92003**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 3 | **Leonard F. Mandl** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name
**13247 Piney Grove Ct.**
**Richmond, VA 23238**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Ahmed A Zayat**

Case number (*if known*) _____

---

| 4.6 4 | **Lezceranternetionelanc** | Last 4 digits of account number _____ | **$6,540.00** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    _____

_____
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.6 5 | **Lukas Enterprises, Inc** | Last 4 digits of account number _____ | **$8,156.94** |
|---|---|---|---|

Nonpriority Creditor's Name

**10760 Via Jacara**
**Stanton, CA 90680**

When was the debt incurred?    _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.6 6 | **Maker Stable LLC** | Last 4 digits of account number _____ | **$120,921.88** |
|---|---|---|---|

Nonpriority Creditor's Name

**1200 Envoy Circle**
**Suite 1204**
**Louisville, KY 40299**

When was the debt incurred?    _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Debtor 1    **Ahmed A Zayat**                                    Case number (if known) _____

---

| 4.6 7 | **Markerstable LLC** | Last 4 digits of account number ___ ___ ___ ___ | **Unknown** |

Nonpriority Creditor's Name
**1200 Envoy Circle**
**Suite 1204**
**Louisville, KY 40299**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 8 | **Martinez Transportation** | Last 4 digits of account number ___ ___ ___ ___ | **$1,350.00** |

Nonpriority Creditor's Name
**6764 Pirch Way**
**Elkridge, MD 21075**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 9 | **Maryjo Robke Equine Therapy, LLC** | Last 4 digits of account number ___ ___ ___ ___ | **$650.00** |

Nonpriority Creditor's Name
**519 Kingston Avenue**
**Louisville, KY 40214**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Ahmed A Zayat**                                          Case number (if known) _____

---

| 4.7 0 | | | |
|---|---|---|---|

**Melinda J. Blue D.V.M;MS,Inc**                    Last 4 digits of account number _____       **$36,071.14**
Nonpriority Creditor's Name
**PO Box 267**                                      When was the debt incurred? _____
**Hampden, MA 01036**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ■ Disputed
■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify _____

---

| 4.7 1 | | | |
|---|---|---|---|

**Merchant Advance**                                Last 4 digits of account number _____       **$269,747.60**
Nonpriority Creditor's Name
**488 NE 18th Street**                              When was the debt incurred? _____
**STE 1215**
**Miami, FL 33132**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify _____

---

| 4.7 2 | | | |
|---|---|---|---|

**MGG Investment Group**                            Last 4 digits of account number _____       **Unknown**
Nonpriority Creditor's Name
**One Penn Plaza**                                  When was the debt incurred? _____
**53rd Floor**
**New York, NY 10119**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify _____

---

Debtor 1  **Ahmed A Zayat**

Case number (if known) _____

---

| 4.7 3 | **Michael J Galvin, DVM** | Last 4 digits of account number _____ | **$1,920.00** |

Nonpriority Creditor's Name
**335 Rushmore Ave.**
**Mamaroneck, NY 10543**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.7 4 | **MNSW Continental Associates, LLC** | Last 4 digits of account number _____ | **$71,449.22** |

Nonpriority Creditor's Name
**1776 On the Green**
**67 Park Place East**
**8th Floor**
**Morristown, NJ 07960**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.7 5 | **Mobile Veterinary Service,Inc** | Last 4 digits of account number _____ | **$1,540.50** |

Nonpriority Creditor's Name


Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Official Form 106 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 30 of 50**

Debtor 1   **Ahmed A Zayat**

Case number (if known) _____

| 4.76 | **Mostert** | | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**841 Corporate Drive**
**Suite 201**
**Lexington, KY 40503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.77 | **New Day Training Center** | | | **$36,922.50** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**14140 US HWY 301**
**Citra, FL 32113**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.78 | **North Atlantic Equine Associates, PA** | | | **$1,254.85** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 300**
**Oceanport, NJ 07757**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **Ahmed A Zayat**

Case number (if known) _____

---

| 4.7 9 | **Northrop Equine, PLLC** | Last 4 digits of account number _____ | $574.92 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO box 21128**
**Louisville, KY 40221**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

| 4.8 0 | **Ocala Equine Hospital, P.A.** | Last 4 digits of account number _____ | $6,164.92 |
|---|---|---|---|

Nonpriority Creditor's Name
**10855 NW US HWY 27**
**Ocala, FL 34482**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

| 4.8 1 | **Payton Traning Center** | Last 4 digits of account number _____ | $16,989.95 |
|---|---|---|---|

Nonpriority Creditor's Name
**13373 S. Magnolia Avenue**
**Ocala, FL 34473**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

Debtor 1  **Ahmed A Zayat**                                                    Case number (if known) _____

---

| 4.8 2 | **Perez Equine Veterinary Services** | Last 4 digits of account number _____ | **$20.00** |

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify _____

---

| 4.8 3 | **Performance Equine Care, LLC** | Last 4 digits of account number _____ | **$2,686.50** |

Nonpriority Creditor's Name

**DVM 2331 Alta Avenue
Louisville, KY 40205**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify _____

---

| 4.8 4 | **Peterson & Smith Equine Hospital** | Last 4 digits of account number _____ | **$13,439.79** |

Nonpriority Creditor's Name

**4747 SW 60th Avenue
Ocala, FL 34474**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify _____

---

Debtor 1  **Ahmed A Zayat**

Case number (if known) _____

---

| 4.8 5 | | | |
|---|---|---|---|

**PM Advertising, LLC**
Nonpriority Creditor's Name
**4383 Old Harrodsburg Rd.**
**Ste. 115**
**Lexington, KY 40513**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

$303.90

---

| 4.8 6 | | | |
|---|---|---|---|

**PMG Operating Account**
Nonpriority Creditor's Name
**200 Racetrack Rd.**
**Building 26**
**Washington, PA 15301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

$250,000.00

---

| 4.8 7 | | | |
|---|---|---|---|

**R J Wolfe DVM EL Moore DVM & Assoc**
Nonpriority Creditor's Name
**5694 US HWY 80**
**Princeton, LA 71067**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

$584.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Ahmed A Zayat**

Case number *(if known)*

---

| 4.8 8 | | | |
|---|---|---|---|

**R. Andrews, VMD, PC**

Nonpriority Creditor's Name

**PO Box 308**
**Elmont, NY 11003**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$24,633.48**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.8 9 | | | |
|---|---|---|---|

**R.G. Brandon, D.V.M.,P.C**

Nonpriority Creditor's Name

**PO Box 2146**
**Camden, SC 29020**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$2,162.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 0 | | | |
|---|---|---|---|

**Rapido Racing Limited**

Nonpriority Creditor's Name

**The Old Station Yard**
**Green Road Newmark**
**Suffolk**
**CB8 9WT 01638 665145**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$12,046.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Ahmed A Zayat**

Case number (if known) _____

---

| 4.9 1 | **Reed Equine Associates** | Last 4 digits of account number _____ | $105.00 |

Nonpriority Creditor's Name

**3001 Street Road**
**Bensalem, PA 19020**

Number City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.9 2 | **Richard Baltas Racing Stables** | Last 4 digits of account number _____ | $316,070.12 |

Nonpriority Creditor's Name

**250 Belmont Ave.**
**Long Beach, CA 90803**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.9 3 | **Robert E. Holland Jr., DVM., P.S.C.** | Last 4 digits of account number _____ | $1,037.50 |

Nonpriority Creditor's Name

**4605 Charwood Court**
**Lexington, KY 40515**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1   **Ahmed A Zayat**

Case number (if known) _____

| | | |
|---|---|---|
| **4.9 4** | **Ron Myers Farrier Service** | |

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$150.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| | | |
|---|---|---|
| **4.9 5** | **Ronald J. Magrini, VMD** | |

Nonpriority Creditor's Name

**PO Box 385**
**Bonsall, CA 92003**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$1,742.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| | | |
|---|---|---|
| **4.9 6** | **Rood & Riddle Equine Hospital** | |

Nonpriority Creditor's Name

**PO Box 12070**
**Lexington, KY 40580**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$54,346.77**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1    **Ahmed A Zayat**
_____

Case number (if known) _____

---

| 4.9 7 | **Rood & Riddle Equine Hospital Saratoga** | Last 4 digits of account number _____ | $424.00 |

Nonpriority Creditor's Name
**63 Henning**
**Saratoga Springs, NY 12866**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 8 | **Rood & Riddle Equine Hospital Wellington** | Last 4 digits of account number _____ | $1,036.00 |

Nonpriority Creditor's Name
**5320**
**S Shore Blvd.**
**Wellington, FL 33449**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 9 | **Rood & Riddle Veterinary Pharmacy** | Last 4 digits of account number _____ | $1,294.20 |

Nonpriority Creditor's Name
**2150 Georgetown Rd.**
**Lexington, KY 40511**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **Ahmed A Zayat**

Case number (if known) _____

---

| 4.1 00 | **Rudy Rodriguez Racing Stable** | Last 4 digits of account number _____ | **$394,437.19** |

Nonpriority Creditor's Name
**135 Munson Ave.**
**West Hempstead, NY 11552**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 01 | **Rudy Rodriguez Racing Stables** | Last 4 digits of account number _____ | **$394,437.19** |

Nonpriority Creditor's Name
**135 Munson Ave.**
**West Hempstead, NY 11552**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 02 | **Sallee Horse Vans, Inc.** | Last 4 digits of account number _____ | **$2,331.84** |

Nonpriority Creditor's Name
**PO Box 748021**
**Cincinnati, OH 45274**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Ahmed A Zayat**

Case number (if known) _____

---

**4.1 03**

**Silver Springs Stud, LLC**
Nonpriority Creditor's Name
**722 Brentsville Road**
**Paris, KY 40361**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **$381.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.1 04**

**Slender Equine**
Nonpriority Creditor's Name
**5302 Fan Wood Dr.**
**Huntington Beach, CA 92649**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **$500.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.1 05**

**Smolin, Lupin & Co. PA**
Nonpriority Creditor's Name
**165 Passaic Ave.**
**Fl. 4**
**Fairfield, NJ 07004**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **$44,346.25**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **Ahmed A Zayat**

Case number (if known) _____

---

| | | | |
|---|---|---|---|
| 4.1 06 | **Spirit Horse Transportation** | **Last 4 digits of account number** _____ | **$232.00** |

Nonpriority Creditor's Name

**5762 Lincoln Ave.**
**Unit 721**
**Cypress, CA 90630**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| | | | |
|---|---|---|---|
| 4.1 07 | **Sports Medicine and Reproduction** | **Last 4 digits of account number** _____ | **$295.00** |

Nonpriority Creditor's Name

**62 Woodlawn Ave.**
**Saratoga Springs, NY 12866**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| | | | |
|---|---|---|---|
| 4.1 08 | **Stark Equine Services, LLC** | **Last 4 digits of account number** _____ | **$6,600.00** |

Nonpriority Creditor's Name

**3452 Elk Creek Road**
**Taylorsville, KY 40071**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Ahmed A Zayat**

Case number (if known) _____

| 4.1 09 | **Starting Line Stable, Inc** | Last 4 digits of account number ___ ___ ___ ___ | $115.00 |

Nonpriority Creditor's Name
**487 High Street**
**Long Branch, NJ 07740**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.1 10 | **Stephen J. Selway, D.V.M. Inc.** | Last 4 digits of account number ___ ___ ___ ___ | $39,737.25 |

Nonpriority Creditor's Name
**308 Oak Street**
**Hollywood, FL 33019**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.1 11 | **Steve Asmussen Racing Stable** | Last 4 digits of account number ___ ___ ___ ___ | $102,541.10 |

Nonpriority Creditor's Name
**PO Box 31808**
**Edmond, OK 73003**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Ahmed A Zayat**                                        Case number (if known) _____

---

| 4.1 12 | **Steve Keefer** | | **Last 4 digits of account number** _____ | **$275,000.00** |

Nonpriority Creditor's Name
**5-23 River Road**
**Fair Lawn, NJ 07410**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.1 13 | **Stevens Equine Services, LLC** | | **Last 4 digits of account number** _____ | **$6,393.39** |

Nonpriority Creditor's Name
**PO Box 200397**
**Arlington, TX 76006**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.1 14 | **T & T Equine Therapy, LLC** | | **Last 4 digits of account number** _____ | **$1,740.00** |

Nonpriority Creditor's Name
**1835 E Hallandale Beach Blvd.**
**#776**
**Hallandale, FL 33009**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1    **Ahmed A Zayat**

Case number (if known) _____

---

| 4.1 15 | **Taylor Made Sales Agency** | Last 4 digits of account number _____ | **$6,182.30** |

Nonpriority Creditor's Name
**2765 Union Mill road**
**Nicholasville, KY 40340**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 16 | **TD Horse Transport Inc** | Last 4 digits of account number _____ | **$400.00** |

Nonpriority Creditor's Name
**3737 Hollywood Vista Drive**
**Highland, CA 92346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 17 | **Teigland, Franklin & Brokken, D.V.M.'S P** | Last 4 digits of account number _____ | **$26,059.56** |

Nonpriority Creditor's Name
**12777  SW 55th Street**
**Suite 909**
**Fort Lauderdale, FL 33330**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1    **Ahmed A Zayat**

Case number (if known) _____

---

| 4.1 18 | **The Green Group** | Last 4 digits of account number _____ | $25,171.25 |

Nonpriority Creditor's Name

**900 Rt. 9**
**6th Floor**
**Woodbridge, NJ 07095**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.1 19 | **The Law Offices of Aaron J Lefkowitz, LL** | Last 4 digits of account number _____ | $1,200.00 |

Nonpriority Creditor's Name

**824 Garrison Ave.**
**1st Floor**
**Teaneck, NJ 07666**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.1 20 | **Thoroughbred Transport, Inc.** | Last 4 digits of account number _____ | $220.77 |

Nonpriority Creditor's Name

**1171 Wemple Rd.**
**Bossier City, LA 71111**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Ahmed A Zayat**

Case number (if known) _____

---

| 4.1 21 | **Tibor Szlazvik** | | Last 4 digits of account number _____ | $350.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2505 SW Soundview Dr.**
**Dunnellon, FL 34431**

Number City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 22 | **Todd A. Pletcher Racing Stables, Inc.** | | Last 4 digits of account number _____ | $125,598.69 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**73 First Street**
**Garden City, NY 11530**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 23 | **Tom Schuerman** | | Last 4 digits of account number _____ | $3,320.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Ahmed A Zayat**                                              Case number (if known) _____

---

| 4.1 24 | **Triple Crown Horse Transport, Inc.** | Last 4 digits of account number _____ | $495.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**94 Tanya Circle**
**Ocean, NJ 07712**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 25 | **US Elite LLC** | Last 4 digits of account number _____ | $188,500.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**17 Passaic Ave.**
**Hawthorne, NJ 07506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 26 | **Valentino Equine, LLC** | Last 4 digits of account number _____ | $1,600.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2959 Myrtle Oak Circle**
**Fort Lauderdale, FL 33328**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **Ahmed A Zayat**

Case number *(if known)*

---

| 4.1 27 | **Wavertree Stables** | Last 4 digits of account number | $1,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**14850 FL 40**
**Ocala, FL 34481**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 28 | **Winner's Circle Equine Clinic, Inc** | Last 4 digits of account number | $110.70 |
|---|---|---|---|

Nonpriority Creditor's Name

**39185 Diamond Valley Rd.**
**Hemet, CA 92543**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 29 | **Yarber Farrier Service** | Last 4 digits of account number | $490.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**106 Cardinal Ct.**
**Cynthiana, KY 41031**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Ahmed A Zayat**

Case number (if known) _____

---

| 4.1 30 | **Yarbrough & Rabenstein, DVM, PA** | Last 4 digits of account number ___ ___ ___ ___ | $13,648.01 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 1429**
**Loxahatchee, FL 33470**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

| 4.1 31 | **Yellowstone Capital Partners, LLC** | Last 4 digits of account number ___ ___ ___ ___ | $878,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**1 Evertrust Plaza**
**Jersey City, NJ 07302**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

| 4.1 32 | **Zimmer Equine Sports Medicine** | Last 4 digits of account number ___ ___ ___ ___ | $15,714.50 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 1618**
**Weatherford, TX 76086**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

Debtor 1    **Ahmed A Zayat**

Case number (*if known*) _____

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 14,755,171.74 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 14,755,171.74 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Ahmed A Zayat** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| **2.2** | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| **2.3** | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| **2.4** | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| **2.5** | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ahmed A Zayat** |
| | First Name ___ Middle Name ___ Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name ___ Middle Name ___ Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                      12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>**Barbara K. Frohlich** |
| 3.2 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.55__<br>☐ Schedule G _____<br>**Joseph Bodner and Ruth Bodner** |
| 3.3 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.67__<br>☐ Schedule G _____<br>**Markerstable LLC** |

| Debtor 1 | **Ahmed A Zayat** | Case number *(if known)* | |
|---|---|---|---|

| ▮ | **Additional Page to List More Codebtors** | |
|---|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.71**___<br>☐ Schedule G _____<br>**Merchant Advance** |
| 3.5 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.72**___<br>☐ Schedule G _____<br>**MGG Investment Group** |
| 3.6 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.76**___<br>☐ Schedule G _____<br>**Mostert** |
| 3.7 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.100**___<br>☐ Schedule G _____<br>**Rudy Rodriguez Racing Stable** |
| 3.8 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.112**___<br>☐ Schedule G _____<br>**Steve Keefer** |
| 3.9 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.125**___<br>☐ Schedule G _____<br>**US Elite LLC** |
| 3.10 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.74**___<br>☐ Schedule G _____<br>**MNSW Continental Associates, LLC** |

Debtor 1  **Ahmed A Zayat**                                    Case number *(if known)* _____

---

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|---|

3.11  **Zayat Stables LLC**
      **401 Hackensack Ave.**
      **7E**
      **Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.1__
☐ Schedule G _____
**Amaroo Farm LLC**

---

3.12  **Zayat Stables LLC**
      **401 Hackensack Ave.**
      **7E**
      **Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.2__
☐ Schedule G _____
**Andrew Simoff Horse Transportation, LLC**

---

3.13  **Zayat Stables LLC**
      **401 Hackensack Ave.**
      **7E**
      **Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.3__
☐ Schedule G _____
**Ashford Stud/Creekview Farm**

---

3.14  **Zayat Stables LLC**
      **401 Hackensack Ave.**
      **7E**
      **Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.4__
☐ Schedule G _____
**Ballydoyle Racing**

---

3.15  **Zayat Stables LLC**
      **401 Hackensack Ave.**
      **7E**
      **Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.7__
☐ Schedule G _____
**Bank Of America NA**

---

3.16  **Zayat Stables LLC**
      **401 Hackensack Ave.**
      **7E**
      **Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.10__
☐ Schedule G _____
**Baronne Veterinary Clinic, Inc.**

---

3.17  **Zayat Stables LLC**
      **401 Hackensack Ave.**
      **7E**
      **Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.11__
☐ Schedule G _____
**Bob Baffert Racing Stables, Inc.**

---

Debtor 1    **Ahmed A Zayat** _____    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.18  **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.12___<br>☐ Schedule G _____<br>**Bob Hubbard Horse Transportation, Inc.** |
| 3.19  **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>**Bonnie Acres Ranch** |
| 3.20  **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>**Boothwyn Pharmacy, Inc.** |
| 3.21  **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.15___<br>☐ Schedule G _____<br>**Brad H Cox Racing Stable** |
| 3.22  **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.16___<br>☐ Schedule G _____<br>**Bradbury Farms** |
| 3.23  **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.17___<br>☐ Schedule G _____<br>**Brittany Nakatani** |
| 3.24  **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>**Brook Ledge Inc** |

Debtor 1   **Ahmed A Zayat** _____   Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.25 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.19__<br>☐ Schedule G _____<br>**Brookstone Farm** |
| 3.26 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.25__<br>☐ Schedule G _____<br>**Cincinnati Equine** |
| 3.27 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>**Creech Horse Transportation, Inc** |
| 3.28 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**Crupi's New Castle Farm** |
| 3.29 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>**Daryl G. Easley, DVM, PLLC** |
| 3.30 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**Diamond Valley Equine Clinic** |
| 3.31 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>**Donnelley Financial, LLC** |

Debtor 1  **Ahmed A Zayat**                                                   Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.32  **Zayat Stables LLC**
      **401 Hackensack Ave.**
      **7E**
      **Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.31**___
☐ Schedule G _____
**Dr. Jeff Schafer DC**

---

3.33  **Zayat Stables LLC**
      **401 Hackensack Ave.**
      **7E**
      **Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.32**___
☐ Schedule G _____
**Equine Body Works**

---

3.34  **Zayat Stables LLC**
      **401 Hackensack Ave.**
      **7E**
      **Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.33**___
☐ Schedule G _____
**Equine Health & Wellness by Bridgett Mah**

---

3.35  **Zayat Stables LLC**
      **401 Hackensack Ave.**
      **7E**
      **Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.34**___
☐ Schedule G _____
**Equine Medical and Surgical Group**

---

3.36  **Zayat Stables LLC**
      **401 Hackensack Ave.**
      **7E**
      **Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.35**___
☐ Schedule G _____
**Equine Medical Center (CA)**

---

3.37  **Zayat Stables LLC**
      **401 Hackensack Ave.**
      **7E**
      **Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.36**___
☐ Schedule G _____
**Equine Medical Center of Ocala, FL**

---

3.38  **Zayat Stables LLC**
      **401 Hackensack Ave.**
      **7E**
      **Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.37**___
☐ Schedule G _____
**Equine Medicine & Surgery**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Ahmed A Zayat** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.39 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.38___<br>☐ Schedule G _____<br>**Equine Therapy, Inc** |
| 3.40 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.39___<br>☐ Schedule G _____<br>**EQUIX** |
| 3.41 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.40___<br>☐ Schedule G _____<br>**Exclusive Equine Investments, LLC** |
| 3.42 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.41___<br>☐ Schedule G _____<br>**Fethard Surgical Ltd.** |
| 3.43 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.42___<br>☐ Schedule G _____<br>**Florida Equine Veterinary Associates, LL** |
| 3.44 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.43___<br>☐ Schedule G _____<br>**Focal Point** |
| 3.45 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.44___<br>☐ Schedule G _____<br>**Gilman & Associates DVM's PC** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

| Debtor 1 | **Ahmed A Zayat** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.46 **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.45__<br>☐ Schedule G _____<br>**Greene Equine Transport, LLC** |
| 3.47 **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.46__<br>☐ Schedule G _____<br>**Gregory J. Bennett, D.V.M** |
| 3.48 **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.47__<br>☐ Schedule G _____<br>**H.E. Sutton Forwarding Co., LLC** |
| 3.49 **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.48__<br>☐ Schedule G _____<br>**Hagyard Equine Medical Institute** |
| 3.50 **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>**Harambe Racing Inc.** |
| 3.51 **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.50__<br>☐ Schedule G _____<br>**Hunt & Associates** |
| 3.52 **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.51__<br>☐ Schedule G _____<br>**James D. Kenney  D.V.M** |

Debtor 1    **Ahmed A Zayat**

Case number *(if known)* _____

---

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.53 **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.52__<br>☐ Schedule G _____<br>**JN Racing Stables Inc.** |
| 3.54 **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.53__<br>☐ Schedule G _____<br>**Johanna Reimer, VMD** |
| 3.55 **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.54__<br>☐ Schedule G _____<br>**John R. Cummins, D.V.M. LLC** |
| 3.56 **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.56__<br>☐ Schedule G _____<br>**Joseph F. Migliacci, DVM, PA** |
| 3.57 **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.58__<br>☐ Schedule G _____<br>**KC Horse Transport (Calif)** |
| 3.58 **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.59__<br>☐ Schedule G _____<br>**Kentucky Equine Medical Associates** |
| 3.59 **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.60__<br>☐ Schedule G _____<br>**Kesmarc, LLC** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Ahmed A Zayat** _____    Case number *(if known)* _____

| | | |
|---|---|---|

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.60 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.61__<br>☐ Schedule G _____<br>**Kevin Wirth Equine Dentistry LLC** |
| 3.61 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.62__<br>☐ Schedule G _____<br>**KTM Equine LLC** |
| 3.62 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.64__<br>☐ Schedule G _____<br>**Lezceranternetionelanc** |
| 3.63 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.65__<br>☐ Schedule G _____<br>**Lukas Enterprises, Inc** |
| 3.64 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.66__<br>☐ Schedule G _____<br>**Maker Stable LLC** |
| 3.65 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.67__<br>☐ Schedule G _____<br>**Markerstable LLC** |
| 3.66 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.68__<br>☐ Schedule G _____<br>**Martinez Transportation** |

| Debtor 1 | **Ahmed A Zayat** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.67 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.69__<br>☐ Schedule G _____<br>**Maryjo Robke Equine Therapy, LLC** |
| 3.68 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.70__<br>☐ Schedule G _____<br>**Melinda J. Blue D.V.M;MS,Inc** |
| 3.69 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.73__<br>☐ Schedule G _____<br>**Michael J Galvin, DVM** |
| 3.70 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.75__<br>☐ Schedule G _____<br>**Mobile Veterinary Service,Inc** |
| 3.71 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.77__<br>☐ Schedule G _____<br>**New Day Training Center** |
| 3.72 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.78__<br>☐ Schedule G _____<br>**North Atlantic Equine Associates, PA** |
| 3.73 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.79__<br>☐ Schedule G _____<br>**Northrop Equine, PLLC** |

Debtor 1  **Ahmed A Zayat**                                    Case number *(if known)* _____

| | |
|---|---|
| | **Additional Page to List More Codebtors** |
| | *Column 1:* **Your codebtor** |

| | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.74  **Zayat Stables LLC**
**401 Hackensack Ave.**
**7E**
**Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.80___
☐ Schedule G _____
**Ocala Equine Hospital, P.A.**

3.75  **Zayat Stables LLC**
**401 Hackensack Ave.**
**7E**
**Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.81___
☐ Schedule G _____
**Payton Traning Center**

3.76  **Zayat Stables LLC**
**401 Hackensack Ave.**
**7E**
**Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.82___
☐ Schedule G _____
**Perez Equine Veterinary Services**

3.77  **Zayat Stables LLC**
**401 Hackensack Ave.**
**7E**
**Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.83___
☐ Schedule G _____
**Performance Equine Care, LLC**

3.78  **Zayat Stables LLC**
**401 Hackensack Ave.**
**7E**
**Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.84___
☐ Schedule G _____
**Peterson & Smith Equine Hospital**

3.79  **Zayat Stables LLC**
**401 Hackensack Ave.**
**7E**
**Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.85___
☐ Schedule G _____
**PM Advertising, LLC**

3.80  **Zayat Stables LLC**
**401 Hackensack Ave.**
**7E**
**Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.87___
☐ Schedule G _____
**R J Wolfe DVM EL Moore DVM & Assoc**

| Debtor 1 | **Ahmed A Zayat** | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.81  **Zayat Stables LLC**
**401 Hackensack Ave.**
**7E**
**Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.88____
☐ Schedule G _____
**R. Andrews, VMD, PC**

---

3.82  **Zayat Stables LLC**
**401 Hackensack Ave.**
**7E**
**Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.89____
☐ Schedule G _____
**R.G. Brandon, D.V.M.,P.C**

---

3.83  **Zayat Stables LLC**
**401 Hackensack Ave.**
**7E**
**Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.90____
☐ Schedule G _____
**Rapido Racing Limited**

---

3.84  **Zayat Stables LLC**
**401 Hackensack Ave.**
**7E**
**Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.91____
☐ Schedule G _____
**Reed Equine Associates**

---

3.85  **Zayat Stables LLC**
**401 Hackensack Ave.**
**7E**
**Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.92____
☐ Schedule G _____
**Richard Baltas Racing Stables**

---

3.86  **Zayat Stables LLC**
**401 Hackensack Ave.**
**7E**
**Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.93____
☐ Schedule G _____
**Robert E. Holland Jr., DVM., P.S.C.**

---

3.87  **Zayat Stables LLC**
**401 Hackensack Ave.**
**7E**
**Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.94____
☐ Schedule G _____
**Ron Myers Farrier Service**

---

Schedule H: Your Codebtors

| Debtor 1 | **Ahmed A Zayat** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.88 **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.95___<br>☐ Schedule G _____<br>**Ronald J. Magrini, VMD** |
| 3.89 **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.96___<br>☐ Schedule G _____<br>**Rood & Riddle Equine Hospital** |
| 3.90 **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.97___<br>☐ Schedule G _____<br>**Rood & Riddle Equine Hospital Saratoga** |
| 3.91 **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.98___<br>☐ Schedule G _____<br>**Rood & Riddle Equine Hospital Wellington** |
| 3.92 **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.99___<br>☐ Schedule G _____<br>**Rood & Riddle Veterinary Pharmacy** |
| 3.93 **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.100___<br>☐ Schedule G _____<br>**Rudy Rodriguez Racing Stable** |
| 3.94 **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.101___<br>☐ Schedule G _____<br>**Rudy Rodriguez Racing Stables** |

| Debtor 1 | **Ahmed A Zayat** | Case number *(if known)* |
|---|---|---|

| | Additional Page to List More Codebtors | |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.95 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.102**___<br>☐ Schedule G _____<br>**Sallee Horse Vans, Inc.** |
| 3.96 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.103**___<br>☐ Schedule G _____<br>**Silver Springs Stud, LLC** |
| 3.97 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.104**___<br>☐ Schedule G _____<br>**Slender Equine** |
| 3.98 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.105**___<br>☐ Schedule G _____<br>**Smolin, Lupin & Co. PA** |
| 3.99 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.106**___<br>☐ Schedule G _____<br>**Spirit Horse Transportation** |
| 3.100 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.107**___<br>☐ Schedule G _____<br>**Sports Medicine and Reproduction** |
| 3.101 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.108**___<br>☐ Schedule G _____<br>**Stark Equine Services, LLC** |

Debtor 1   **Ahmed A Zayat** _____   Case number *(if known)* _____

| | | |
|---|---|---|
| ■ | **Additional Page to List More Codebtors** | |
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.10
2

**Zayat Stables LLC**
**401 Hackensack Ave.**
**7E**
**Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.109**___
☐ Schedule G _____
**Starting Line Stable, Inc**

---

3.10
3

**Zayat Stables LLC**
**401 Hackensack Ave.**
**7E**
**Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.110**___
☐ Schedule G _____
**Stephen J. Selway, D.V.M. Inc.**

---

3.10
4

**Zayat Stables LLC**
**401 Hackensack Ave.**
**7E**
**Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.111**___
☐ Schedule G _____
**Steve Asmussen Racing Stable**

---

3.10
5

**Zayat Stables LLC**
**401 Hackensack Ave.**
**7E**
**Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.113**___
☐ Schedule G _____
**Stevens Equine Services, LLC**

---

3.10
6

**Zayat Stables LLC**
**401 Hackensack Ave.**
**7E**
**Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.114**___
☐ Schedule G _____
**T & T Equine Therapy, LLC**

---

3.10
7

**Zayat Stables LLC**
**401 Hackensack Ave.**
**7E**
**Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.115**___
☐ Schedule G _____
**Taylor Made Sales Agency**

---

3.10
8

**Zayat Stables LLC**
**401 Hackensack Ave.**
**7E**
**Hackensack, NJ 07601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.116**___
☐ Schedule G _____
**TD Horse Transport Inc**

---

| Debtor 1 | **Ahmed A Zayat** | Case number *(if known)* |
|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.10<br>9 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.117___<br>☐ Schedule G _____<br>**Teigland, Franklin & Brokken, D.V.M.'S P** |
| 3.11<br>0 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.118___<br>☐ Schedule G _____<br>**The Green Group** |
| 3.11<br>1 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.119___<br>☐ Schedule G _____<br>**The Law Offices of Aaron J Lefkowitz, LL** |
| 3.11<br>2 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.120___<br>☐ Schedule G _____<br>**Thoroughbred Transport, Inc.** |
| 3.11<br>3 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.121___<br>☐ Schedule G _____<br>**Tibor Szlazvik** |
| 3.11<br>4 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.122___<br>☐ Schedule G _____<br>**Todd A. Pletcher Racing Stables, Inc.** |
| 3.11<br>5 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.123___<br>☐ Schedule G _____<br>**Tom Schuerman** |

| Debtor 1 | **Ahmed A Zayat** | Case number *(if known)* |
|---|---|---|

| ■ | Additional Page to List More Codebtors |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.11<br>6 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.124___<br>☐ Schedule G _____<br>**Triple Crown Horse Transport, Inc.** |
| 3.11<br>7 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.126___<br>☐ Schedule G _____<br>**Valentino Equine, LLC** |
| 3.11<br>8 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.127___<br>☐ Schedule G _____<br>**Wavertree Stables** |
| 3.11<br>9 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.128___<br>☐ Schedule G _____<br>**Winner's Circle Equine Clinic, Inc** |
| 3.12<br>0 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.129___<br>☐ Schedule G _____<br>**Yarber Farrier Service** |
| 3.12<br>1 | **Zayat Stables LLC**<br>**401 Hackensack Ave.**<br>**7E**<br>**Hackensack, NJ 07601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.132___<br>☐ Schedule G _____<br>**Zimmer Equine Sports Medicine** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Ahmed A Zayat** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I
## Schedule I: Your Income                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | **Horse Racing** | **Speech Pathologist** |
| | Employer's name | **Zayat Stables LLC** | **Self** |
| | Employer's address | **401 Hackensack Ave.**<br>**Hackensack, NJ 07601** | |
| | How long employed there? | **15 years** | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 13,875.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 13,875.00 |

| Debtor 1 | **Ahmed A Zayat** | | Case number (*if known*) | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ 13,875.00 |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: ____ | 5h.+ | $ 0.00 + | $ 0.00 |

**6.** **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

**7.** **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ 13,875.00

**8.** List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: ____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: ____ | 8h.+ | $ 0.00 + | $ 0.00 |

**9.** **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 0.00    $ 0.00

**10.** **Calculate monthly income.** Add line 7 + line 9.    10.    $ 0.00 + $ 13,875.00 = $ 13,875.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: ____    11.    +$ 0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data, if it applies*    12.    $ 13,875.00

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain: ____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Ahmed A Zayat** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

    Do not list Debtor 1 and Debtor 2.   ■ Yes.  Fill out this information for each dependent..............

    Do not state the dependents names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | Daughter | 18 | ☐ No  ■ Yes |
    | Son | 20 | ☐ No  ■ Yes |
    | | | ☐ No  ☐ Yes |
    | | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---:|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | **18,000.00** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | **8,898.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **1,666.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **800.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ | **0.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **12,000.00** |

Debtor 1    **Ahmed A Zayat**                                         Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.    Electricity, heat, natural gas | 6a.  $ | **2,200.00** |
| | 6b.    Water, sewer, garbage collection | 6b.  $ | **600.00** |
| | 6c.    Telephone, cell phone, Internet, satellite, and cable services | 6c.  $ | **1,000.00** |
| | 6d.    Other. Specify: | 6d.  $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7.  $ | **1,500.00** |
| 8. | **Childcare and children's education costs** | 8.  $ | **15,000.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9.  $ | **1,000.00** |
| 10. | **Personal care products and services** | 10.  $ | **500.00** |
| 11. | **Medical and dental expenses** | 11.  $ | **1,000.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | |
| | Do not include car payments. | 12.  $ | **700.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.  $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | 14.  $ | **0.00** |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.    Life insurance | 15a.  $ | **900.00** |
| | 15b.    Health insurance | 15b.  $ | **3,700.00** |
| | 15c.    Vehicle insurance | 15c.  $ | **2,200.00** |
| | 15d.    Other insurance. Specify: | 15d.  $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: | 16.  $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.    Car payments for Vehicle 1 | 17a.  $ | **590.00** |
| | 17b.    Car payments for Vehicle 2 | 17b.  $ | **649.00** |
| | 17c.    Other. Specify: | 17c.  $ | **0.00** |
| | 17d.    Other. Specify: | 17d.  $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18.  $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | **0.00** |
| | Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.    Mortgages on other property | 20a.  $ | **0.00** |
| | 20b.    Real estate taxes | 20b.  $ | **0.00** |
| | 20c.    Property, homeowner's, or renter's insurance | 20c.  $ | **0.00** |
| | 20d.    Maintenance, repair, and upkeep expenses | 20d.  $ | **0.00** |
| | 20e.    Homeowner's association or condominium dues | 20e.  $ | **0.00** |
| 21. | **Other:** Specify: | 21.  +$ | **0.00** |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **72,903.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **72,903.00** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a.  $ | **13,875.00** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b.  -$ | **72,903.00** |
| | 23c. Subtract your monthly expenses from your monthly income.  The result is your *monthly net income.* | 23c.  $ | **-59,028.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
    modification to the terms of your mortgage?

    ■ No.
    ☐ Yes.        Explain here: _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ahmed A Zayat** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Ahmed A Zayat** | X _____ |
|---|---|
| **Ahmed A Zayat** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date **September  8, 2020** | Date _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ahmed A Zayat** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.    **What is your current marital status?**

■ Married
☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1    **Ahmed A Zayat**

Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2019 )** | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2018 )** | ☐ Wages, commissions, bonuses, tips | $-89,228,583.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ■ No
    ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
    ☐ No.  Go to line 7.
    ■ Yes  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.  Go to line 7.
    ☐ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1    **Ahmed A Zayat**                                        Case number *(if known)*

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| * | ***All payments were made in the ordinary course, and were paid by, or on behalf of the Debtor, from funds provided to, or for the benefit of the Debtor, by Sherif El Zayat or JPZ Holdings, LLC.** | **Unknown** | **Unknown** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Sherif El Zayat**<br>**c/o Kenneth Baum, Esq.**<br>**LAW OFFICES OF KENNETH L.**<br>**BAUM LLC**<br>**167 Main Street**<br>**Hackensack, NJ 07601** | | **$0.00** | **$500,000.00** | **Grant of mortgage in exchange for contemporaneous payments to creditors of $500,000.**<br><br>**Transfer of mortgage to secure new loan amount provided simultanaously with mortgage.** |

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **The Mostert Group, LLC**<br>**v.**<br>**Zayat Stables**<br>**20-cl-901** | **Civil** | **Kentucky Superior Court**<br>**Fayette Circuit Court**<br>**120 N Limestone**<br>**Lexington, KY 40507** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    **Ahmed A Zayat**                                    Case number *(if known)*

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Rudy Rodriguez Racing Stables Inc.** v. **Zayat Stables LLC** 20-000078 | Civil | **Nassau County Clerk Mineola, NY 11501** | ■ Pending ☐ On appeal ☐ Concluded |
| **Merchant Advance** v. **Zayat Stables, LLC d/b/a Zayat Stables and JPZ Holdings LLC d/b/a JPZ Holdings and Ahmed Zayat** 617514/2019 | Civil | **Supreme Court of the State of New Jersey County of Nassau** | ■ Pending ☐ On appeal ☐ Concluded |
| **MGG Investment Group LP** v. **Ahmed Zayat, et al.** 20-CI-00248 | Civil | **Commonwealth of Kentucky Fayette Circuit Court Division 9** | ■ Pending ☐ On appeal ☐ Concluded |
| **Markerstable LLC** v. **Zayat Stables LLC and Ahmed Zayat** 20-CI-000803 | Civil | **Jefferson Circuit Court Civil Branch 5th Division** | ☐ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

| Debtor 1 | **Ahmed A Zayat** | | Case number (*if known*) | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

| **Part 6:** | List Certain Losses |

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☐ No
■ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| **Losses imputed to Debtor on tax return qualify as "gambling losses" due to nature of business as horse racing.** | | | **Unknown** |

| **Part 7:** | List Certain Payments or Transfers |

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Rabinowitz, Lubetkin & Tully, LLC 293 Eisenhower Parkway Suite 100 Livingston, NJ 07039 Funds provided by Sherif El Zayat** | | | **$7,500.00** |
| **Rabinowitz, Lubetkin & Tully, LLC 293 Eisenhower Parkway Suite 100 Livingston, NJ 07039 Funds provided by Sherif El Zayat** | **On account of pre-bankruptcy services.** | | **$35,312.32** |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |

Debtor 1    **Ahmed A Zayat**                                                                    Case number *(if known)*

---

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ■ No
- ☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

- ■ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

- ■ No
- ☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**    Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- ■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or

| Debtor 1 | **Ahmed A Zayat** | | Case number *(if known)* |
|---|---|---|---|

toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address *(Number, Street, City, State and ZIP Code)* | Governmental unit<br>Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address *(Number, Street, City, State and ZIP Code)* | Governmental unit<br>Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address *(Number, Street, City, State and ZIP Code)* | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**  Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>*(Number, Street, City, and ZIP Code)* | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN<br><br>Dates business existed |
|---|---|---|
| **Zayat LLC<br>598 Warwich Ave.<br>Teaneck, NJ 07666** | **Took title to some of Teaneck parcels on interim basis.** | EIN:  no longer exists<br><br>From-To |
| **Zayat Stables LLC<br>401 Hackensack Ave.<br>7E<br>Hackensack, NJ 07601** | **Horse Racing**<br><br>**Smolin Lupin<br>165 Passaic Avenue, Suite 411<br>Fairfield, NJ 07004** | EIN:<br><br>From-To  2005 - present |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Debtor 1    **Ahmed A Zayat**                               Case number (*if known*) _____

---

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **MGG Investment Group<br>One Penn Plaza<br>53rd Floor<br>New York, NY 10119** | |

---

**Part 12:**   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Ahmed A Zayat**
_____          _____
**Ahmed A Zayat**                                    **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **September  8, 2020** _____          Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                             Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ahmed A Zayat** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Andrew Leicht**<br><br>Description of property securing debt: **598 Warwick Ave. Teaneck, NJ 07666 (Property includes 563 Maitland Ave and 569 Maitland Ave, Teaneck, NJ.  Entirety of property is Block 18.08, Lot 13.01 (formerly Lots 13, 14 and 15) and Lots 20 & 21.  Value based on May 2019 appraisal.)** | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Fay Servicing**<br><br>Description of property securing debt: **598 Warwick Ave, Teaneck, NJ 07666 (Property includes 563 Maitland Ave and 569 Maitland Ave, Teaneck, NJ.  Entirety of property is Block 18.08, Lot 13.01 (formerly Lots 13, 14 & 15)** | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Ahmed A Zayat** | Case number *(if known)* |
|---|---|---|

| property securing debt: | **& Lots 20 and 21. Value based on May 2019 appraisal.)** | ☐ Retain the property and [explain]: |
|---|---|---|

---

| Creditor's name: | **Linda Karasick** | ☐ Surrender the property. ■ Retain the property and redeem it. ☐ Retain the property and enter into a *Reaffirmation Agreement*. ☐ Retain the property and [explain]: | ☐ No ■ Yes |
|---|---|---|---|
| Description of property securing debt: | **598 Warwick Ave, Teaneck, NJ 07666 (Property includes 563 Maitland Ave and 569 Maitland Ave, Teaneck, NJ. Entirety of property is Block 18.08, Lot 13.01 (formerly Lots 13, 14 & 15) & Lots 20 and 21. Value based on May 2019 appraisal.)** | | |

---

| Creditor's name: | **Select Portfolio Servicing** | ☐ Surrender the property. ■ Retain the property and redeem it. ☐ Retain the property and enter into a *Reaffirmation Agreement*. ☐ Retain the property and [explain]: | ☐ No ■ Yes |
|---|---|---|---|
| Description of property securing debt: | **598 Warwick Ave, Teaneck, NJ 07666 (Property includes 563 Maitland Ave and 569 Maitland Ave, Teaneck, NJ. Entirety of property is Block 18.08, Lot 13.01 (formerly Lots 13, 14 & 15) & Lots 20 and 21. Value based on May 2019 appraisal.)** | | |

---

| Creditor's name: | **Sherif El Zayat** | ☐ Surrender the property. ■ Retain the property and redeem it. ☐ Retain the property and enter into a *Reaffirmation Agreement*. ☐ Retain the property and [explain]: | ☐ No ■ Yes |
|---|---|---|---|
| Description of property securing debt: | **598 Warwick Ave, Teaneck, NJ 07666 (Property includes 563 Maitland Ave and 569 Maitland Ave, Teaneck, NJ. Entirety of property is Block 18.08, Lot 13.01 (formerly Lots 13, 14 & 15) & Lots 20 and 21. Value based on May 2019 appraisal.)** | | |

---

**Part 2:    List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Ahmed A Zayat** | Case number *(if known)* | |

Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

---

**Part 3:**  **Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Ahmed A Zayat**

**Ahmed A Zayat**
Signature of Debtor 1

X _____

Signature of Debtor 2

Date    **September  8, 2020**

Date _____

---

Official Form 108               **Statement of Intention for Individuals Filing Under Chapter 7**               page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Ahmed A Zayat** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of New Jersey |
| Case number (if known) | |

Check one box only as directed in this form and in Form 122A-1Supp:

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income                    04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you**. Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you**. You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____  Copy here -> | $ _____ | $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____  Copy here -> | $ _____ | $ _____ |

| 7. | **Interest, dividends, and royalties** | $ _____ | $ _____ |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Ahmed A Zayat** | Case number (*if known*) | |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

**8. Unemployment compensation** — $ _____   $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .......................................................... $ _____

For your spouse ......................................... $ _____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ _____    $ _____

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

_____    $ _____    $ _____

_____    $ _____    $ _____

Total amounts from separate pages, if any.    +  $ _____    $ _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____  +  $ _____  =  $ _____

Total current monthly income

| **Part 2:** | Determine Whether the Means Test Applies to You |

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ...............................  **Copy line 11 here=>**    $ _____

Multiply by 12 (the number of months in a year)    **x  12**

12b. The result is your annual income for this part of the form    **12b.**    $ _____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    [                    ]

Fill in the number of people in your household.    [                    ]

Fill in the median family income for your state and size of household.    **13.**    $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

| **Part 3:** | Sign Below |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X  /s/ Ahmed A Zayat**
_____
**Ahmed A Zayat**

Debtor 1    **Ahmed A Zayat**                                                      Case number (*if known*)

Signature of Debtor 1

Date    **September  8, 2020**
         MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Fill in this information to identify your case:

Debtor 1     **Ahmed A Zayat**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    District of New Jersey

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1 | Identify the Kind of Debts You Have |
|---|---|

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."* Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.   Go to line 3.

       ☐ Yes.   Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.    Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.    Complete Form 122A-1. Do not submit this supplement.

       ☐ Yes.   Check any one of the following categories that applies:

          ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

          ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

          ☐ **I am performing a homeland defense activity for at least 90 days.**

          ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

### The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   |        |                    |
|---|--------|--------------------|
|   | $200   | filing fee         |
| + | $75    | administrative fee |
|   | $275   | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   |        |                    |
|---|--------|--------------------|
|   | $235   | filing fee         |
| + | $75    | administrative fee |
|   | $310   | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re   **Ahmed A Zayat**

Case No. _____

Debtor(s)                                        Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,500.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **7,500.00** |

2.  The source of the compensation paid to me was:

    ☐ Debtor          ■ Other (specify):     **Sherif El Zayat**

3.  The source of compensation to be paid to me is:

    ■ Debtor          ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, exemption litigation, relief
    from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September  8, 2020**
_____

*Date*

**/s/ Jay L. Lubetkin**
_____
**Jay L. Lubetkin**
*Signature of Attorney*
**Rabinowitz, Lubetkin & Tully, LLC**
**293 Eisenhower Parkway**
**Suite 100**
**Livingston, NJ 07039**
**973-597-9100  Fax: 973-597-9119**
*Name of law firm*

---

**United States Bankruptcy Court**
**District of New Jersey**

In re    **Ahmed A Zayat** _____    Case No. _____

                                    Debtor(s)    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **September  8, 2020** _____    **/s/ Ahmed A Zayat** _____
                                    **Ahmed A Zayat**
                                    Signature of Debtor

Akansas Division of Taxation
PO Box 919
Little Rock, AR 72203


Amaroo Farm LLC
6000 Greenwich Pike
Lexington, KY 40511


Andrew Leicht
107 Cherry Street
Katonah, NY 10536


Andrew Simoff Horse Transportation, LLC
3719 Old Capitol Trail
Wilmington, DE 19808


Arizona Division of Taxation
P.O. Box 29085
Phoenix, AZ 85038


Ashford Stud/Creekview Farm
5095 Frankfort Road
PO Box 823
Versailles, KY 40383


Ballydoyle Racing
Rathmacarty W
County Tipperary
Ireland


Bank of America
100 North Tryon Street
Charlotte, NC 28255


Bank of America
100 North Tryon Street
Charlotte, NC 28255


Bank Of America NA
100 North Tryon Street
Charlotte, NC 28255


Barbara K. Frohlich
668 Sewell Pl
Teaneck, NJ 07666-2135

Barclay's
P.O. Box 8801
Wilmington, DE 19899-8801


Baronne Veterinary Clinic, Inc.
1538 1-49 N. Service Road
Sunset, LA 70584


Bob Baffert Racing Stables, Inc.
PO Box 661912
Arcadia, CA 91066


Bob Hubbard Horse Transportation, Inc.
3730 S. Riverside Ave.
Colton, CA 92324


Bonnie Acres Ranch
25240 Thoroughbred Lane
Hemet, CA 92545


Boothwyn Pharmacy, Inc.
221 Gale Lane
Kennett Square, PA 19348


Brad H Cox Racing Stable
PO Box 35487
Louisville, KY 40231


Bradbury Farms
99 Bliss Canyon Road
Bradbury, CA 91008


Brittany Nakatani
1922 Northstar Way
#245
San Marcos, CA 92078


Brook Ledge Inc
PO Box 56
Oley, PA 19547


Brookstone Farm
838 East High Street
#281
Lexington, KY 40502

California Division of Taxations
450 N Street Sacramento
Sacramento, CA 95814


Capital One
PO Box 30285
Salt Lake City, UT 84130-0287


Cedarview
One Penn Plaza
45th Floor
New York, NY 10119


Chase
1 United Nations Plaza
New York, NY 10017


Chase
Cardmember Services
PO Box 6294
Carol Stream, IL 60197-6294


Chase
PO Box 6294
Carol Stream, IL 60197-6294


Cincinnati Equine
814 Huntersknoll Lane
Cincinnati, OH 45230


Creech Horse Transportation, Inc
100 Industrial Drive
Troy, MO 63379


Crupi's New Castle Farm
10010 N Hwhy 27
Ocala, FL 34482


Daryl G. Easley, DVM, PLLC
PO Box 11770
Lexington, KY 40577


Delaware Division of Taxation
P.O. Box 830
Wilmington, DE 19899

Diamond Valley Equine Clinic
39185 Valley Rd.
Hemet, CA 92543


Donnelley Financial, LLC
PO Box 842282
Boston, MA 02284


Dr. Jeff Schafer DC
23823 Malibu Rd.
Ste. 50-227
Malibu, CA 90265


Equine Body Works
PO Box 28
Burbank, CA 91503


Equine Health & Wellness by Bridgett Mah
3600 S. Harbor Blvd.


Equine Medical and Surgical Group
PO Box 661956
Arcadia, CA 91066


Equine Medical Center (CA)
10542 Walker Street
Cypress, CA 90630


Equine Medical Center of Ocala, FL
7107 West Highway 326
Ocala, FL 34470


Equine Medicine & Surgery
7991 E. Tesas St.
Ste 400
Bossier City, LA 71111


Equine Therapy, Inc
PO box 583
Simpsonville, KY 40067


EQUIX
841 Corporate Drive
Suite 201
Lexington, KY 40503

Exclusive Equine Investments, LLC
PO Box 770
Williston, FL 32696


Fay Servicing
PO Box 619063
Dallas, TX 75261-9063


Fethard Surgical Ltd.
R689
Fethard, Tipperary
Ireland


Florida Equine Veterinary Associates, LL
10195 US-27
Ocala, FL 34482


Focal Point
11150 Santa Monica Blvd
Los Angeles, CA 90025


Gilman & Associates DVM's PC
140 Wedgewood Drive
Barrington, IL 60010


Greene Equine Transport, LLC
614 Chieftain Dr.
Fairdale, KY 40118


Gregory J. Bennett, D.V.M
PO Box 549
Elmont, NY 11003


H.E. Sutton Forwarding Co., LLC
PO Box 1066
Lexington, KY 40588


Hagyard Equine Medical Institute
4250 Iron Works Pike
Lexington, KY 40511


Harambe Racing Inc.
1110 S Bridge Street
Morrilton, AR 72110

Hunt & Associates
PO Box 030452
Elmont, NY 11003-0452


Illinois Division of Taxation
PO BOX 19016
Springfield, IL 62794


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Iowa Division of Taxation
PO Box 9187
Des Moines, IA 50306


James D. Kenney  D.V.M
PO Box 717
Millstone Township, NJ 08510


JN Racing Stables Inc.
10477 SW 49th Place
Cooper City, FL 33328


Johanna Reimer, VMD
PO Box 1066
Georgetown, KY 40324


John R. Cummins, D.V.M. LLC
780 Faulkner Avenue
Lexington, KY 40505


Joseph Bodner and Ruth Bodner
1410 Somerset Gate
Teaneck, NJ 07666


Joseph F. Migliacci, DVM, PA
PO Box 540005
Lake Worth, FL 33454


JPZ Holdings LLC
200 East 62nd Street, Apt 8D
New York, NY 10065

KC Horse Transport (Calif)
5940 Rocky Canyon Rd.
Atascadero, CA 93422


Kentucky Equine Medical Associates
4210 Southern Parkway
Louisville, KY 40214


Kesmarc, LLC
258 Shannon Run Road
Versailles, KY 40383


Kevin Wirth Equine Dentistry LLC
PO Box 804
La Grange, KY 40031


KTM Equine LLC
PO Box 533
Bonsall, CA 92003


Leonard F. Mandl
13247 Piney Grove Ct.
Richmond, VA 23238


Lezceranternetionelanc


Linda Karasick
200 Old Palisade Road
TH4
Fort Lee, NJ 07024


Lukas Enterprises, Inc
10760 Via Jacara
Stanton, CA 90680


Maker Stable LLC
1200 Envoy Circle
Suite 1204
Louisville, KY 40299


Markerstable LLC
1200 Envoy Circle
Suite 1204
Louisville, KY 40299

Martinez Transportation
6764 Pirch Way
Elkridge, MD 21075


Maryjo Robke Equine Therapy, LLC
519 Kingston Avenue
Louisville, KY 40214


Maryland Division of Taxation
60 West Street
Suite 102
Annapolis, MD 21401


Massachusetts Division of Taxation
100 Cambridge Street
2nd Floor
Boston, MA 02114


Melinda J. Blue D.V.M;MS,Inc
PO Box 267
Hampden, MA 01036


Merchant Advance
488 NE 18th Street
STE 1215
Miami, FL 33132


MGG Investment Group
One Penn Plaza
53rd Floor
New York, NY 10119


Michael J Galvin, DVM
335 Rushmore Ave.
Mamaroneck, NY 10543


MNSW Continental Associates, LLC
1776 On the Green
67 Park Place East
8th Floor
Morristown, NJ 07960


Mobile Veterinary Service,Inc

Mostert
841 Corporate Drive
Suite 201
Lexington, KY 40503


New Day Training Center
14140 US HWY 301
Citra, FL 32113


New York Division of Taxation
575 BOICES LANE
Kingston, NY 12401


North Atlantic Equine Associates, PA
PO Box 300
Oceanport, NJ 07757


Northrop Equine, PLLC
PO box 21128
Louisville, KY 40221


Ocala Equine Hospital, P.A.
10855 NW US HWY 27
Ocala, FL 34482


Oklahoma Division of Taxation
2501 North Lincoln Boulevard
Oklahoma City, OK 73194


Payton Traning Center
13373 S. Magnolia Avenue
Ocala, FL 34473


Pennsylvania Division of Taxation
PO BOX 280413
Harrisburg, PA 17128


Perez Equine Veterinary Services


Performance Equine Care, LLC
DVM 2331 Alta Avenue
Louisville, KY 40205

Peterson & Smith Equine Hospital
4747 SW 60th Avenue
Ocala, FL 34474


PM Advertising, LLC
4383 Old Harrodsburg Rd.
Ste. 115
Lexington, KY 40513


PMG Operating Account
200 Racetrack Rd.
Building 26
Washington, PA 15301


R J Wolfe DVM EL Moore DVM & Assoc
5694 US HWY 80
Princeton, LA 71067


R. Andrews, VMD, PC
PO Box 308
Elmont, NY 11003


R.G. Brandon, D.V.M.,P.C
PO Box 2146
Camden, SC 29020


Rapido Racing Limited
The Old Station Yard
Green Road Newmark
Suffolk
CB8 9WT 01638 665145


Reed Equine Associates
3001 Street Road
Bensalem, PA 19020


Richard Baltas Racing Stables
250 Belmont Ave.
Long Beach, CA 90803


Robert E. Holland Jr., DVM., P.S.C.
4605 Charwood Court
Lexington, KY 40515

Ron Myers Farrier Service


Ronald J. Magrini, VMD
PO Box 385
Bonsall, CA 92003


Rood & Riddle Equine Hospital
PO Box 12070
Lexington, KY 40580


Rood & Riddle Equine Hospital Saratoga
63 Henning
Saratoga Springs, NY 12866


Rood & Riddle Equine Hospital Wellington
5320
S Shore Blvd.
Wellington, FL 33449


Rood & Riddle Veterinary Pharmacy
2150 Georgetown Rd.
Lexington, KY 40511


Rudy Rodriguez Racing Stable
135 Munson Ave.
West Hempstead, NY 11552


Rudy Rodriguez Racing Stables
135 Munson Ave.
West Hempstead, NY 11552


Sallee Horse Vans, Inc.
PO Box 748021
Cincinnati, OH 45274


Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165


Sherif El Zayat
c/o Kenneth Baum, Esq.
LAW OFFICES OF KENNETH L. BAUM LLC
167 Main Street
Hackensack, NJ 07601

Silver Springs Stud, LLC
722 Brentsville Road
Paris, KY 40361


Slender Equine
5302 Fan Wood Dr.
Huntington Beach, CA 92649


Smolin, Lupin & Co. PA
165 Passaic Ave.
Fl. 4
Fairfield, NJ 07004


Spirit Horse Transportation
5762 Lincoln Ave.
Unit 721
Cypress, CA 90630


Sports Medicine and Reproduction
62 Woodlawn Ave.
Saratoga Springs, NY 12866


Stark Equine Services, LLC
3452 Elk Creek Road
Taylorsville, KY 40071


Starting Line Stable, Inc
487 High Street
Long Branch, NJ 07740


State of New Jersey
Division of Taxation
Gross Income Tax
50 Barrack Street
Trenton, NJ 08625


Stephen J. Selway, D.V.M. Inc.
308 Oak Street
Hollywood, FL 33019


Steve Asmussen Racing Stable
PO Box 31808
Edmond, OK 73003

Steve Keefer
5-23 River Road
Fair Lawn, NJ 07410


Stevens Equine Services, LLC
PO Box 200397
Arlington, TX 76006


T & T Equine Therapy, LLC
1835 E Hallandale Beach Blvd.
#776
Hallandale, FL 33009


Taylor Made Sales Agency
2765 Union Mill road
Nicholasville, KY 40340


TD Horse Transport Inc
3737 Hollywood Vista Drive
Highland, CA 92346


Teigland, Franklin & Brokken, D.V.M.'S P
12777  SW 55th Street
Suite 909
Fort Lauderdale, FL 33330


The Green Group
900 Rt. 9
6th Floor
Woodbridge, NJ 07095


The Law Offices of Aaron J Lefkowitz, LL
824 Garrison Ave.
1st Floor
Teaneck, NJ 07666


Thoroughbred Transport, Inc.
1171 Wemple Rd.
Bossier City, LA 71111


Tibor Szlazvik
2505 SW Soundview Dr.
Dunnellon, FL 34431

Todd A. Pletcher Racing Stables, Inc.
73 First Street
Garden City, NY 11530


Tom Schuerman


Triple Crown Horse Transport, Inc.
94 Tanya Circle
Ocean, NJ 07712


US Elite LLC
17 Passaic Ave.
Hawthorne, NJ 07506


Valentino Equine, LLC
2959 Myrtle Oak Circle
Fort Lauderdale, FL 33328


Wavertree Stables
14850 FL 40
Ocala, FL 34481


Winner's Circle Equine Clinic, Inc
39185 Diamond Valley Rd.
Hemet, CA 92543


Yarber Farrier Service
106 Cardinal Ct.
Cynthiana, KY 41031


Yarbrough & Rabenstein, DVM, PA
PO Box 1429
Loxahatchee, FL 33470


Yellowstone Capital Partners, LLC
1 Evertrust Plaza
Jersey City, NJ 07302


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601

Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601

Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601

Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601

```
Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601
```

Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601

```
Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601
```

Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601

```
Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601
```

```
Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601
```

```
Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601
```

```
Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601
```

```
Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601
```

Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601

```
Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zayat Stables LLC
401 Hackensack Ave.
7E
Hackensack, NJ 07601


Zimmer Equine Sports Medicine
PO Box 1618
Weatherford, TX 76086
```