

| | **Clement J. Farley** | McCarter & English, LLP |
|---|---|---|
| | Partner | Four Gateway Center |
| | T. 973.639.2064 | 100 Mulberry Street |
| | F. 973.297.3869 | Newark, NJ  07102 |
| | cfarley@mccarter.com | www.mccarter.com |

July 28, 2021

**VIA ECF & E-mail (chambers_of_vfp@njb.uscourts.gov)**

Honorable Vincent F. Papalia, U.S.B.J.
United States Bankruptcy Court
50 Walnut Street, Courtroom 3B
Newark, NJ 07102

Re:  In re Ahmed A. Zayat
     Case No. 20-20387

     **Limited Joinder of Jeffrey T. Testa, Chapter 7 Trustee of the Bankruptcy Estate of Zayat Stables, LLC ("Stables Trustee") to the Letter filed by Counsel for MGG Investment Group LP (the "MGG Letter") [ECF No. 204] in response to the Motion of Rabinowitz, Lubetkin & Tully LLC ("RLT") to Withdraw as Counsel (the "Motion") [ECF No. 199].**

     **Hearing Date: TBD**

Dear Judge Papalia:

This Firm represents the Stables Trustee.  Kindly accept this letter as a limited joinder to the MGG Letter.

The Stables Trustee joins in MGG's request for a status conference and agrees that the Motion should not further delay the entry of an order permitting the Stables Trustee to access, use and review the electronically-stored information retrieved from Zayat Stables, LLC's electronic devices and cloud storage system (the "ESI").  This point is underscored by the fact that Epiq Global's ("Epiq") initial collection report suggests that no non-Zayatstables.com e-mail accounts were captured by Epiq's collection efforts, thereby minimizing any previously-raised privacy concerns.  Counsel for the Stables Trustee, MGG and Donald V. Biase, Chapter 7 Trustee for the Bankruptcy Estate of Ahmed A. Zayat, are prepared to submit a proposed form of Order granting access to the ESI upon the Court's request.

The proposed course of action set forth herein is harmonious with the Court's request that the interested parties proceed expeditiously with respect to the ESI.

Honorable Vincent F. Papalia, U.S.B.J.
July 28, 2021
Page 2

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Clement J. Farley*

Clement J. Farley

cc:   All parties receiving electronic notice (via ECF)

ME1 37081409v.1