

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **Order Filed on August 12, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

| | |
|---|---|
| In re:<br><br>AHMED A. ZAYAT,<br><br><br>                            Debtor. | Case No.:     20-20387 (VFP)<br><br>Chapter 7 |

## ORDER AUTHORIZING RABINOWITZ, LUBETKIN & TULLY, LLC TO WITHDRAW AS COUNSEL TO DEBTOR, EFFECTIVE AS OF OCTOBER 11, 2021, ON CONDITIONS

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: August 12, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor:     AHMED A. ZAYAT
Case No.:   20-20387 (VFP)
Re:         **ORDER AUTHORING RABINOWITZ, LUBETKIN & TULLY, LLC TO WITHDRAW AS COUNSEL TO DEBTOR, EFFECTIVE OF AS OCTOBER 11, 2021, ON CONDITIONS**

---

This matter having been opened to the Court by Rabinowitz, Lubetkin & Tully, LLC ("RLT") upon the filing of a Notice of Motion on Shortened Time, Certification, and proposed form of Order seeking to withdraw as counsel (the "Motion to Withdraw") to Ahmed A. Zayat (the "Debtor") in the Debtor's main bankruptcy case and in the adversary proceeding being prosecuted against the Debtor by MGG Investment Group LP, being Adversary Proceeding No. 20-1620 (VFP) (the "Adversary Proceeding"); and the Court having considered the submissions of the parties in support of and in opposition to the Motion to Withdraw, the written statement of the Debtor, the statements of the Court-appointed Mediator and the arguments of counsel; and due notice having been given; and for the reasons set forth on the record at the hearing held on August 10, 2021; and for other good cause shown; it is

**ORDERED** that the Moton to Withdraw is granted, effective as of October 11, 2021, on the following terms and conditions:

(1) RLT shall continue to represent the Debtor in this case and in the Adversary Proceeding through and including October 11, 2021 (the "Continuing Representation Period") in accordance with the New Jersey Rules of Professional Conduct (the "RPC") and other applicable law;

(2) On or before October 1, 2021, the Debtor shall advise the Court and the parties in this case, in writing, whether: (i) Debtor has retained or expects to immediately retain (i.e., on or before October 11, 2021), new counsel to represent

Page 3
Debtor:        AHMED A. ZAYAT
Case No.:    20-20387 (VFP)
Re:            **ORDER AUTHORING RABINOWITZ, LUBETKIN & TULLY, LLC TO WITHDRAW AS COUNSEL TO DEBTOR, EFFECTIVE OF AS OCTOBER 11, 2021, ON CONDITIONS**

---

him in this case and in the Adversary Proceeding; (ii) Debtor will represent himself in this case and the Adversary Proceeding; or (iii) RLT will continue to represent the Debtor in this case and the Adversary Proceeding.

(3) Both prior to and after the Continuing Representation Period, RLT and the Debtor shall cooperate with each other in connection with the transition of Debtor's representation to new counsel or to the Debtor, as the case may be, and RLT shall also comply with RPC 1.16(d); and it is further

**ORDERED** that RLT shall serve a copy of this Order on the Debtor, counsel for the Trustee in this case, counsel for the Trustee in the case of Zayat Stables, LLC, counsel for MGG Investment Group, LP, counsel for the other Zayat Family members and any party that filed a notice of appearance in this case or the Adversary Proceeding.