**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**McCARTER & ENGLISH, LLP**
Clement J. Farley
Geoffrey E. Lynott
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile:  (973) 624-7070
Email: cfarley@mccarter.com
           glynott@mccarter.com

*Counsel to the Chapter 7 Trustee of the*
*Bankruptcy Estate of Zayat Stables, LLC*

Order Filed on September 8, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

AHMED A. ZAYAT,

        Debtor.

Case No.: 20-20387 (VFP)

Chapter 7

## STIPULATION AND CONSENT ORDER FURTHER EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO THE DISCHARGEABILITY OF ANY ALLEGED DEBT DUE TO ZAYAT STABLES, LLC

The relief set forth on the following pages, number two (2) through three (3), is hereby

**ORDERED**.

**DATED: September 8, 2021**

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

ME1 37035087v.1

| | |
|---|---|
| Page: | 2 |
| Debtor: | AHMED A. ZAYAT |
| Case No.: | 20-20387 (VFP) |
| Caption of Order: | STIPULATION AND CONSENT ORDER FURTHER EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO THE DISCHARGEABILITY OF THE ALLEGED DEBT DUE TO ZAYAT STABLES, LLC |

**THIS STIPULATION AND CONSENT ORDER** (the "Stipulation"), is made and entered into by and between by Jeffrey T. Testa, Esq., the Chapter 7 Trustee of the Bankruptcy Estate of Zayat Stables, LLC (the "Zayat Stables Trustee") and Ahmed A. Zayat (the "Debtor," collectively with the Zayat Stables Trustee, the "Parties"), by and through their counsel.

WHEREAS, on September 8, 2020, the Debtor filed a voluntary Chapter 7 petition for Bankruptcy.

WHEREAS, on December 4, 2020, the Zayat Stables Trustee filed a Motion to Extend Time to File a Complaint Objecting to the dischargeability of an alleged debt due to Zayat Stables, LLC pursuant to 11 U.S.C. § 523.

WHEREAS, on February 15, 2021, the Court entered an Order extending the time for the Zayat Stables Trustee to file a complaint objecting to the dischargeability of any debt due Zayat Stables, LLC until March 1, 2021.

WHEREAS, on March 5, 2021, the Court entered a Stipulation and Consent Order extending the time for the Zayat Stables Trustee to file a complaint objecting to the dischargeability of any debt due Zayat Stables, LLC until April 1, 2021.

WHEREAS, on March 31, 2021, the Court entered a Stipulation and Consent Order extending the time for the Zayat Stables Trustee to file a complaint objecting to the dischargeability of any debt due Zayat Stables, LLC until April 30, 2021.

WHEREAS, on May 7, 2021, the Court entered a Stipulation and Consent Order extending the time for the Zayat Stables Trustee to file a complaint objecting to the dischargeability of any debt due Zayat Stables, LLC until May 31, 2021.

ME1 37035087v.1

Page:                3
Debtor:           AHMED A. ZAYAT
Case No.:        20-20387 (VFP)
Caption of Order:   STIPULATION AND CONSENT ORDER FURTHER EXTENDING TIME TO FILE A
                        COMPLAINT OBJECTING TO THE DISCHARGEABILITY OF THE ALLEGED DEBT
                        DUE TO ZAYAT STABLES, LLC

WHEREAS, on June 4, 2021, the Court entered a Stipulation and Consent Order extending the time for the Zayat Stables Trustee to file a complaint objecting to the dischargeability of any debt due Zayat Stables, LLC until June 30, 2021.

WHEREAS, on June 30, 2021, the Court entered a Stipulation and Consent Order extending the time for the Zayat Stables Trustee to file a complaint objecting to the dischargeability of any debt due Zayat Stables, LLC until July 31, 2021.

WHEREAS, on July 30, 2021, the Court entered a Stipulation and Consent Order extending the time for the Zayat Stables Trustee to file a complaint objecting to the dischargeability of any debt due Zayat Stables, LLC until August 31, 2021.

WHEREAS, the Parties, through counsel, have conferred and agreed that a further extension is in their mutual best interests.

NOW, THEREFORE, in consideration of the foregoing and subject to the approval of this Court, the Parties hereby stipulate and agree as follows:

1.        The Zayat Stables Trustee's time to file a complaint objecting to the dischargeability pursuant to 11 U.S.C. § 523 of any debt allegedly due by the Debtor to Zayat Stables, LLC be and the same hereby is extended until and including September 30, 2021, without prejudice to the Zayat Stables Trustee's right to seek further extensions of time to object to the dischargeability of any such debt, and without prejudice to the Debtor's right to object to such applications; and

2.        That a copy of this Order shall be served upon the Debtor and all parties in interest.

ME1 37035087v.1

| | |
|---|---|
| Page: | 4 |
| Debtor: | AHMED A. ZAYAT |
| Case No.: | 20-20387 (VFP) |
| Caption of Order: | STIPULATION AND CONSENT ORDER FURTHER EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO THE DISCHARGEABILITY OF THE ALLEGED DEBT DUE TO ZAYAT STABLES, LLC |

**STIPULATED TO, CONSENTED TO, AND AGREED BY:**

McCarter & English, LLP                                    Rabinowitz, Lubetkin & Tully, LLC

By: */s/ Clement J. Farley*                                By: */s/ Jay Lubetkin*
      Clement J. Farley                                         Jay Lubetkin

Dated: August 25, 2021                                    Dated: August 25, 2021

*Counsel to the Chapter 7 Trustee of*                     *Counsel to Ahmed A. Zayat*
*the Bankruptcy Estate of Zayat Stables, LLC*

ME1 37035087v.1

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 20-20387-VFP

Ahmed A. Zayat                                                            Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 08, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ahmed A. Zayat, 598 Warwick Avenue, Teaneck, NJ 07666-2927 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2021        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew J Mollica | on behalf of Creditor RUDY RODRIGUEZ RACING STABLE INC. jdmol@aol.com |
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono III asodono@msbnj.com |
| Arthur Joseph Monaco | on behalf of Plaintiff MGG Investment Group LP ajmonaco@obrienllp.com |
| Arthur Joseph Monaco | on behalf of Plaintiff MGG Specialty Finance Fund LP ajmonaco@obrienllp.com |
| Arthur Joseph Monaco | on behalf of Creditor MGG Investment Group LP ajmonaco@obrienllp.com |
| Arthur Joseph Monaco | on behalf of Plaintiff MGG SF Evergreen Fund LP ajmonaco@obrienllp.com |

District/off: 0312-2                          User: admin                          Page 2 of 3
Date Rcvd: Sep 08, 2021                       Form ID: pdf903                      Total Noticed: 1

Barry J. Roy
                on behalf of Defendant Ahmed A. Zayat broy@rltlawfirm.com

Barry J. Roy
                on behalf of Debtor Ahmed A. Zayat broy@rltlawfirm.com

Brian W. Hofmeister
                on behalf of Plaintiff Donald V Biase bwh@hofmeisterfirm.com  j119@ecfcbis.com

Brian W. Hofmeister
                on behalf of Trustee Donald V. Biase bwh@hofmeisterfirm.com  j119@ecfcbis.com

Clement J Farley
                on behalf of Interested Party Jeffrey Thomas Testa cfarley@mccarter.com

Clement J Farley
                on behalf of Interested Party Jeffrey T. Testa cfarley@mccarter.com

Donald V. Biase
                dbiase4236@gmail.com  dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com

Franklin Barbosa, Jr
                on behalf of Interested Party Jeffrey T. Testa fbarbosa@mccarter.com

Franklin Barbosa, Jr
                on behalf of Interested Party Jeffrey Thomas Testa fbarbosa@mccarter.com

Henry M. Karwowski
                on behalf of Defendant Ahmed A. Zayat hkarwowski@rltlawfirm.com

Jay L. Lubetkin
                on behalf of Debtor Ahmed A. Zayat jlubetkin@rltlawfirm.com  rgaydos@rltlawfirm.com

Jay L. Lubetkin
                on behalf of Defendant Ahmed A. Zayat jlubetkin@rltlawfirm.com  rgaydos@rltlawfirm.com

Jay L. Lubetkin
                on behalf of Attorney Rabinowitz  Lubetkin & Tully, LLC jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com

Jeffrey A. Cooper
                on behalf of Debtor Ahmed A. Zayat jcooper@rltlawfirm.com  cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey A. Cooper
                on behalf of Defendant Ahmed A. Zayat jcooper@rltlawfirm.com  cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey D. Prol
                on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com
                dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeremy D. Merkin
                on behalf of Trustee Donald V. Biase jmerkin@lowenstein.com  dclaussen@lowenstein.com

Jerrold S. Kulback
                on behalf of Creditor Cedarview Opportunities Master Fund  LP jkulback@archerlaw.com, chansen@archerlaw.com

John Reklaitis
                on behalf of Creditor MGG Investment Group LP jreklaitis@obrienllp.com

John J. Harmon
                on behalf of Debtor Ahmed A. Zayat jharmon@rltlawfirm.com  johnharmon42@gmail.com;rgaydos@rltlawfirm.com

Jonathan C. Schwalb
                on behalf of Creditor Fay Servicing  LLC as servicer for GC Asset Trust 2019-RPL1 bankruptcy@friedmanvartolo.com

Joseph A. Caneco
                on behalf of Trustee Donald V. Biase jcaneco@foxrothschild.com

Joseph J. DiPasquale
                on behalf of Trustee Donald V. Biase Jdipasquale@foxrothschild.com  cbrown@foxrothschild.com

Joseph M. Vann
                on behalf of Interested Party Benjamin Zayat jvann@ctswlaw.com

Joseph M. Vann
                on behalf of Interested Party Joanne Zayat jvann@ctswlaw.com

Joseph M. Vann
                on behalf of Interested Party JPZ Holdings LLC jvann@ctswlaw.com

Joseph M. Vann
                on behalf of Interested Party Justin Zayat jvann@ctswlaw.com

Joseph M. Vann

|  |  |
|---|---|
|  | on behalf of Defendant Cohen Tauber Spievack & Wagener  PC jvann@ctswlaw.com |
| Joseph M. Vann | |
|  | on behalf of Interested Party Emma Zayat jvann@ctswlaw.com |
| Kenneth L. Baum | |
|  | on behalf of Creditor Sherif Zayat kbaum@kenbaumdebtsolutions.com  ddipiazza@kenbaumdebtsolutions.com |
| Margreta Morgulas | |
|  | on behalf of Plaintiff MGG Investment Group LP mmorgulas@okinhollander.com |
| Milica A. Fatovich | |
|  | on behalf of Trustee Donald V. Biase mfatovich@hookandfatovich.com  fyablonsky@hookandfatovich.com |
| Paul S. Hollander | |
|  | on behalf of Plaintiff MGG Specialty Finance Fund LP phollander@okinhollander.com |
| Paul S. Hollander | |
|  | on behalf of Plaintiff MGG SF Evergreen Fund LP phollander@okinhollander.com |
| Paul S. Hollander | |
|  | on behalf of Creditor MGG Investment Group LP phollander@okinhollander.com |
| Paul S. Hollander | |
|  | on behalf of Plaintiff MGG Investment Group LP phollander@okinhollander.com |
| Robert Farouk Elgidely | |
|  | on behalf of Trustee Donald V. Biase relgidely@foxrothschild.com |
| Tracy L. Klestadt | |
|  | on behalf of Creditor Linda Karasick tklestadt@klestadt.com  tklestadt@yahoo.com |
| U.S. Trustee | |
|  | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 45