UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**FOX ROTHSCHILD LLP**
Joseph J. DiPasquale, Esq.
Robert F. Elgidely, Esq. (admitted *pro hac vice*)
Joseph A. Caneco, Esq.
49 Market Street
Morristown, New Jersey 07960-5122
Telephone: (973) 548-3368
Facsimile:  (973) 992-9125
Email: jdipasquale@foxrothschild.com
Email: relgidely@foxrothschild.com
Email: jcaneco@foxrothschild.com

*Special Counsel to the Chapter 7 Trustee*

Order Filed on September 10, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

AHMED A. ZAYAT,
                Debtor.

Case No.: 20-20387 (VFP)

Judge: Hon. Vincent F. Papalia

Chapter: 7

Hearing Date:   September 8, 2021
Hearing Time:  10:00 a.m.

# ORDER COMPELLING ATLANTIC EMPLOYERS INSURANCE COMPANY AND FIREMAN'S FUND INSURANCE COMPANY TO COMPLY WITH SUBPOENAS FOR RULE 2004 EXAMINATION

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 10, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)
DEBTOR:     Ahmed A. Zayat
CASE NO:    20-20387 (VFP)
CAPTION:    **ORDER COMPELLING ATLANTIC EMPLOYERS INSURANCE COMPANY AND FIREMAN'S FUND INSURANCE COMPANY TO COMPLY WITH SUBPOENAS FOR RULE 2004 EXAMINATION**

**THIS MATTER** having been brought before the Court upon the motion (the "**Motion**") of Donald V. Biase, chapter 7 trustee (the "**Trustee**") for the bankruptcy estate of Ahmed A. Zayat (the "**Debtor**"), by and through the Trustee's special counsel, Fox Rothschild LLP, seeking the entry of an Order pursuant to Federal Rule of Bankruptcy Procedure 2004(c) and 11 U.S.C. § 105(a) compelling Atlantic Employers Insurance Company and Fireman's Fund Insurance Company to comply with subpoenas (the "**Subpoenas**") properly issued under Federal Rule of Bankruptcy Procedure 2004; and due notice having been provided; and the Court having considered the papers submitted and the arguments presented; and for good cause shown, it is hereby

**ORDERED** that pursuant to Federal Rule of Bankruptcy Procedure 2004(c), Atlantic Employers Insurance Company and Fireman's Fund Insurance Company are directed to produce, via electronic mail to Trustee's special counsel at jdipasquale@foxrothschild.com (or other such method that is appropriate and consented to by the Trustee's special counsel), all documents and information requested in the respective Subpoenas served upon them within ten (10) days of entry of this Order; and it is further

**ORDERED** that in the event either Atlantic Employers Insurance Company or Fireman's Fund Insurance Company fails to timely comply with any of the deadlines set forth in the previous paragraph, the Trustee may seek further relief from the Court, including, but not limited to, seeking entry of an order of contempt and the imposition of sanctions.

125149305

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-20387-VFP
Ahmed A. Zayat  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Sep 10, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

**Recip ID**      **Recipient Name and Address**
db      + Ahmed A. Zayat, 598 Warwick Avenue, Teaneck, NJ 07666-2927

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Andrew J Mollica
     on behalf of Creditor RUDY RODRIGUEZ RACING STABLE INC. jdmol@aol.com

Anthony Sodono, III
     on behalf of Mediator Anthony Sodono III asodono@msbnj.com

Arthur Joseph Monaco
     on behalf of Plaintiff MGG Investment Group LP ajmonaco@obrienllp.com

Arthur Joseph Monaco
     on behalf of Plaintiff MGG Specialty Finance Fund LP ajmonaco@obrienllp.com

Arthur Joseph Monaco
     on behalf of Creditor MGG Investment Group LP ajmonaco@obrienllp.com

Arthur Joseph Monaco
     on behalf of Plaintiff MGG SF Evergreen Fund LP ajmonaco@obrienllp.com

Case 20-20387-VFP    Doc 260    Filed 09/12/21    Entered 09/13/21 00:13:52    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 10, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Barry J. Roy
    on behalf of Defendant Ahmed A. Zayat broy@rltlawfirm.com

Barry J. Roy
    on behalf of Debtor Ahmed A. Zayat broy@rltlawfirm.com

Brian W. Hofmeister
    on behalf of Plaintiff Donald V Biase bwh@hofmeisterfirm.com j119@ecfcbis.com

Brian W. Hofmeister
    on behalf of Trustee Donald V. Biase bwh@hofmeisterfirm.com j119@ecfcbis.com

Clement J Farley
    on behalf of Interested Party Jeffrey Thomas Testa cfarley@mccarter.com

Clement J Farley
    on behalf of Interested Party Jeffrey T. Testa cfarley@mccarter.com

Donald V. Biase
    dbiase4236@gmail.com dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com

Franklin Barbosa, Jr
    on behalf of Interested Party Jeffrey T. Testa fbarbosa@mccarter.com

Franklin Barbosa, Jr
    on behalf of Interested Party Jeffrey Thomas Testa fbarbosa@mccarter.com

Henry M. Karwowski
    on behalf of Defendant Ahmed A. Zayat hkarwowski@rltlawfirm.com

Jay L. Lubetkin
    on behalf of Debtor Ahmed A. Zayat jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com

Jay L. Lubetkin
    on behalf of Defendant Ahmed A. Zayat jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com

Jay L. Lubetkin
    on behalf of Attorney Rabinowitz Lubetkin & Tully, LLC jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com

Jeffrey A. Cooper
    on behalf of Debtor Ahmed A. Zayat jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey A. Cooper
    on behalf of Defendant Ahmed A. Zayat jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey D. Prol
    on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com
    dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeremy D. Merkin
    on behalf of Trustee Donald V. Biase jmerkin@lowenstein.com dclaussen@lowenstein.com

Jerrold S. Kulback
    on behalf of Creditor Cedarview Opportunities Master Fund LP jkulback@archerlaw.com, chansen@archerlaw.com

John Reklaitis
    on behalf of Creditor MGG Investment Group LP jreklaitis@obrienllp.com

John J. Harmon
    on behalf of Debtor Ahmed A. Zayat jharmon@rltlawfirm.com johnharmon42@gmail.com;rgaydos@rltlawfirm.com

Jonathan C. Schwalb
    on behalf of Creditor Fay Servicing LLC as servicer for GC Asset Trust 2019-RPL1 bankruptcy@friedmanvartolo.com

Joseph A. Caneco
    on behalf of Trustee Donald V. Biase jcaneco@foxrothschild.com

Joseph J. DiPasquale
    on behalf of Trustee Donald V. Biase Jdipasquale@foxrothschild.com cbrown@foxrothschild.com

Joseph M. Vann
    on behalf of Interested Party Benjamin Zayat jvann@ctswlaw.com

Joseph M. Vann
    on behalf of Interested Party Joanne Zayat jvann@ctswlaw.com

Joseph M. Vann
    on behalf of Interested Party JPZ Holdings LLC jvann@ctswlaw.com

Joseph M. Vann
    on behalf of Interested Party Justin Zayat jvann@ctswlaw.com

Joseph M. Vann

| | |
|---|---|
| | on behalf of Defendant Cohen Tauber Spievack & Wagener PC jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Interested Party Emma Zayat jvann@ctswlaw.com |
| Kenneth L. Baum | on behalf of Creditor Sherif Zayat kbaum@kenbaumdebtsolutions.com ddipiazza@kenbaumdebtsolutions.com |
| Margreta Morgulas | on behalf of Plaintiff MGG Investment Group LP mmorgulas@okinhollander.com |
| Milica A. Fatovich | on behalf of Trustee Donald V. Biase mfatovich@hookandfatovich.com fyablonsky@hookandfatovich.com |
| Paul S. Hollander | on behalf of Plaintiff MGG Specialty Finance Fund LP phollander@okinhollander.com |
| Paul S. Hollander | on behalf of Plaintiff MGG SF Evergreen Fund LP phollander@okinhollander.com |
| Paul S. Hollander | on behalf of Creditor MGG Investment Group LP phollander@okinhollander.com |
| Paul S. Hollander | on behalf of Plaintiff MGG Investment Group LP phollander@okinhollander.com |
| Robert Farouk Elgidely | on behalf of Trustee Donald V. Biase relgidely@foxrothschild.com |
| Tracy L. Klestadt | on behalf of Creditor Linda Karasick tklestadt@klestadt.com tklestadt@yahoo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 45