| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>HOOK & FATOVICH, LLC<br>1044 Route 23 North, Suite 100<br>Wayne, New Jersey 07470<br>Tel: 973-686-3800<br>Fax: 973-686-3801<br>Ilissa Churgin Hook, Esq.<br>Milica A. Fatovich, Esq.<br>Counsel to the Chapter 7 Trustee Donald V. Biase | Order Filed on October 7, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>AHMED A. ZAYAT,<br><br>                Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 7<br>Honorable Vincent F. Papalia, U.S.B.J.<br>Case No. 20-20387 (VFP)<br><br>Hearing Date: N/A |

**STIPULATION AND CONSENT ORDER FURTHER EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE**

      The relief set forth on the following pages, numbered two (2) through five (5), is hereby **ORDERED.**

DATED: October 7, 2021

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

**Page** 2
**Debtor:** AHMED A. ZAYAT
**Case No.:** 20-20387 (VFP)
**Caption of Order:** Stipulation And Consent Order Further Extending Time To File A Complaint Objecting To Discharge

---

**THIS STIPULATION AND CONSENT ORDER** (the "Stipulation"), is made and entered into by and between Donald V. Biase, Esq., the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Ahmed A. Zayat (the "Debtor") and the Debtor, by and through their counsel.

WHEREAS, on September 8, 2020, the Debtor filed a voluntary Chapter 7 petition for Bankruptcy.

WHEREAS, on December 3, 2020, the Trustee filed a motion to extend the Trustee's time to object to discharge.

WHEREAS, on February 3, 2021, the Court entered an Order extending the time for the Trustee to object to discharge pursuant to 11 U.S.C. § 727 until March 1, 2021.

WHEREAS, on March 1, 2021, the Trustee filed a motion to further extend the Trustee's time to object to discharge.

WHEREAS, on March 31, 2021 the Court entered an Order further extending the time for the Trustee to object to discharge pursuant to 11 U.S.C. § 727 until April 30, 2021.

WHEREAS, on April 30, 2021, the Trustee filed a motion to further extend the Trustee's time to object to discharge.

WHEREAS, on June 16, 2021 the Court entered an Order further extending the time for the Trustee to object to discharge pursuant to 11 U.S.C. § 727 until June 29, 2021.

WHEREAS, on June 29, 2021, the Trustee filed a motion to further extend the Trustee's time to object to discharge;

WHEREAS, on July 19, 2021, the Trustee and the Debtor, through their counsel, reached

Page 3
Debtor: AHMED A. ZAYAT
Case No.: 20-20387 (VFP)
Caption of Order: Stipulation And Consent Order Further Extending Time To File A Complaint Objecting To Discharge

---

an agreement to further extend the Trustee's time to object to discharge pursuant to 11 U.S.C. § 727 an additional 60 days to August 28, 2021;

WHEREAS, on July 30, 2021, the Court entered the Stipulation and Consent Order Further Extending Time to File A Complaint Objecting to Discharge, 11 U.S.C. § 727 an additional 60 days to August 28, 2021, superseding the July 28, 2021 Order, Docket Entry No. 206, entered in error;

WHEREAS, on July 30, 2021, the Court entered the Stipulation and Consent Order Further Extending Time to File A Complaint Objecting to Discharge, 11 U.S.C. § 727 an additional 60 days to August 28, 2021;

WHEREAS, on August 23, 2021 the Trustee and the Debtor, through counsel, agreed to an additional 30-day extension of the Trustee's deadline to object to discharge pursuant to 11 U.S.C. §727 through and including September 27, 2021;

WHEREAS, on September 8, 2021 the Court entered the Stipulation and Consent Order Further Extending Time to File A Complaint Objecting to Discharge, 11 U.S.C. § 727 an additional 30 days to September 27, 2021;

WHEREAS, on September 23, 2021 the Trustee and the Debtor, through counsel, agreed to an additional 45-day extension of the Trustee's deadline to object to discharge pursuant to 11 U.S.C. §727 through and including November 11, 2021;

Page 4
Debtor:            AHMED A. ZAYAT
Case No.:          20-20387 (VFP)
Caption of Order:  Stipulation And Consent Order Further Extending Time To File A
                   Complaint Objecting To Discharge

---

THEREFORE, in consideration of the foregoing and subject to the approval of this Court, the Trustee and the Debtor hereby stipulate and agree as follows:

1. The Trustee's time to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 be and the same hereby is extended 45 days until and including November 11, 2021, without prejudice to the Trustee's right to seek further extensions of time to object to the Debtor's discharge, and without prejudice to the Debtor's right to object to such applications; and

2. That a copy of this Order shall be served upon the Debtor and all parties in interest.

STIPULATED TO, CONSENTED TO, AND AGREED BY:

Hook & Fatovich, LLC                          Rabinowitz, Lubetkin & Tully, LLC
*Counsel to the Chapter 7 Trustee*            *Counsel to Ahmed A. Zayat*

By: _/s/ M. Fatovich_                         By: _____
    Milica A. Fatovich, Esq.                      John J. Harmon, Esq.

Dated: September 24, 2021                     Dated: September 24, 2021

Page 4
Debtor: AHMED A. ZAYAT
Case No.: 20-20387 (VFP)
Caption of Order: Stipulation And Consent Order Further Extending Time To File A Complaint Objecting To Discharge

---

THEREFORE, in consideration of the foregoing and subject to the approval of this Court, the Trustee and the Debtor hereby stipulate and agree as follows

1. The Trustee's time to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 be and the same hereby is extended 45 days until and including November 11, 2021, without prejudice to the Trustee's right to seek further extensions of time to object to the Debtor's discharge, and without prejudice to the Debtor's right to object to such applications; and

2. That a copy of this Order shall be served upon the Debtor and all parties in interest.

**STIPULATED TO, CONSENTED TO, AND AGREED BY:**

Hook & Fatovich, LLC                    Rabinowitz, Lubetkin & Tully, LLC
*Counsel to the Chapter 7 Trustee*      *Counsel to Ahmed A. Zayat*

By: _____             By: _____
    Milica A. Fatovich, Esq.                John J. Harmon, Esq.

Dated: September 24, 2021               Dated: September 24, 2021

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 20-20387-VFP

Ahmed A. Zayat                                                                                   Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 3
Date Rcvd: Oct 07, 2021                  Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2021:**

**Recip ID          Recipient Name and Address**
db                 + Ahmed A. Zayat, 598 Warwick Avenue, Teaneck, NJ 07666-2927

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2021                              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2021 at the address(es) listed below:

**Name**                           **Email Address**

Andrew J Mollica
                                   on behalf of Creditor RUDY RODRIGUEZ RACING STABLE INC. jdmol@aol.com

Anthony Sodono, III
                                   on behalf of Mediator Anthony Sodono III asodono@msbnj.com

Arthur Joseph Monaco
                                   on behalf of Plaintiff MGG Investment Group LP ajmonaco@obrienllp.com

Arthur Joseph Monaco
                                   on behalf of Plaintiff MGG Specialty Finance Fund LP ajmonaco@obrienllp.com

Arthur Joseph Monaco
                                   on behalf of Creditor MGG Investment Group LP ajmonaco@obrienllp.com

Arthur Joseph Monaco
                                   on behalf of Plaintiff MGG SF Evergreen Fund LP ajmonaco@obrienllp.com

Case 20-20387-VFP    Doc 271    Filed 10/09/21    Entered 10/10/21 00:13:33    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2021 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Barry J. Roy | on behalf of Defendant Ahmed A. Zayat broy@rltlawfirm.com |
| Barry J. Roy | on behalf of Debtor Ahmed A. Zayat broy@rltlawfirm.com |
| Brian W. Hofmeister | on behalf of Plaintiff Donald V. Biase bwh@hofmeisterfirm.com j119@ecfcbis.com |
| Brian W. Hofmeister | on behalf of Plaintiff Donald V Biase bwh@hofmeisterfirm.com j119@ecfcbis.com |
| Brian W. Hofmeister | on behalf of Trustee Donald V. Biase bwh@hofmeisterfirm.com j119@ecfcbis.com |
| Clement J Farley | on behalf of Interested Party Jeffrey Thomas Testa cfarley@mccarter.com |
| Clement J Farley | on behalf of Interested Party Jeffrey T. Testa cfarley@mccarter.com |
| Donald V. Biase | dbiase4236@gmail.com dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com |
| Franklin Barbosa, Jr | on behalf of Interested Party Jeffrey T. Testa fb@spsk.com |
| Franklin Barbosa, Jr | on behalf of Interested Party Jeffrey Thomas Testa fb@spsk.com |
| Henry M. Karwowski | on behalf of Defendant Ahmed A. Zayat hkarwowski@rltlawfirm.com |
| Jay L. Lubetkin | on behalf of Debtor Ahmed A. Zayat jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com |
| Jay L. Lubetkin | on behalf of Defendant Ahmed A. Zayat jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com |
| Jay L. Lubetkin | on behalf of Attorney Rabinowitz Lubetkin & Tully, LLC jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com |
| Jeffrey A. Cooper | on behalf of Debtor Ahmed A. Zayat jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com |
| Jeffrey A. Cooper | on behalf of Defendant Ahmed A. Zayat jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com |
| Jeffrey D. Prol | on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeremy D. Merkin | on behalf of Trustee Donald V. Biase jmerkin@lowenstein.com dclaussen@lowenstein.com |
| Jerrold S. Kulback | on behalf of Creditor Cedarview Opportunities Master Fund LP jkulback@archerlaw.com, chansen@archerlaw.com |
| John Reklaitis | on behalf of Creditor MGG Investment Group LP jreklaitis@obrienllp.com sobrien@obrienllp.com;swelch@obrienllp.com |
| John J. Harmon | on behalf of Debtor Ahmed A. Zayat jharmon@rltlawfirm.com johnharmon42@gmail.com;rgaydos@rltlawfirm.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing LLC as servicer for GC Asset Trust 2019-RPL1 bankruptcy@friedmanvartolo.com |
| Joseph A. Caneco | on behalf of Trustee Donald V. Biase jcaneco@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Trustee Donald V. Biase Jdipasquale@foxrothschild.com cbrown@foxrothschild.com |
| Joseph M. Vann | on behalf of Interested Party Benjamin Zayat jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Interested Party Joanne Zayat jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Defendant Justin Zayat jvann@ctswlaw.com |
| Joseph M. Vann | |

| | |
|---|---|
| Joseph M. Vann | on behalf of Interested Party JPZ Holdings LLC jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Interested Party Justin Zayat jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Defendant Cohen Tauber Spievack & Wagener PC jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Interested Party Emma Zayat jvann@ctswlaw.com |
| Kenneth L. Baum | on behalf of Creditor Sherif Zayat kbaum@kenbaumdebtsolutions.com ddipiazza@kenbaumdebtsolutions.com |
| Margreta Morgulas | on behalf of Plaintiff MGG Investment Group LP mmorgulas@okinhollander.com |
| Milica A. Fatovich | on behalf of Trustee Donald V. Biase mfatovich@hookandfatovich.com fyablonsky@hookandfatovich.com |
| Paul S. Hollander | on behalf of Plaintiff MGG Specialty Finance Fund LP phollander@okinhollander.com |
| Paul S. Hollander | on behalf of Plaintiff MGG SF Evergreen Fund LP phollander@okinhollander.com |
| Paul S. Hollander | on behalf of Creditor MGG Investment Group LP phollander@okinhollander.com |
| Paul S. Hollander | on behalf of Plaintiff MGG Investment Group LP phollander@okinhollander.com |
| Robert Farouk Elgidely | on behalf of Trustee Donald V. Biase relgidely@foxrothschild.com |
| Tracy L. Klestadt | on behalf of Creditor Linda Karasick tklestadt@klestadt.com tklestadt@yahoo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 47