**LEVITT & SLAFKES, P.C.**
**515 Valley Street - Suite 140**
**Maplewood, New Jersey 07040**
**Ph: (973) 313-1200**
**E-Mail: blevitt@lsbankruptcylaw.com**
**BY: Bruce H. Levitt, Esq. (BL9302)**

**THE TOSCANO LAW FIRM, LLC**
**80 Bloomfield Avenue, Suite 101**
**Caldwell, New Jersey 07006**
**Ph: 973-226-1691**
**E-Mail:ptoscano@pptlawfirm.com**
**By: Patrick P. Toscano, Jr., Esq.**

**Co-Counsel for Defendant**

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | CHAPTER 7 |
| AHMED A. ZAYAT, | |
| Debtor. | Case No.: 20-20387VFP |
| MGG SPECIALTY FINANCE FUND, LP and MGG SF EVERGREEN FUND LP, as lenders, | Adversary No. 20-01620VFP |
| Plaintiff, | |
| v. | **WITHDRAWAL OF CORRECTED NOTICE OF APPEARANCE** |
| AHMED A. ZAYAT, | |
| Defendant. | |

**PLEASE TAKE NOTICE,** that the Corrected Notice of Appearance

(Docket No. 274) is withdrawn.

                                  LEVITT & SLAFKES, P.C.
                                  Co-Counsel for Defendant


                                By:/s/Bruce H. Levitt
                                    Bruce H. Levitt

Dated: October 14, 2021