Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−20387−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ahmed A. Zayat
   598 Warwick Avenue
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−0117

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/26/21 at 10:00 AM

to consider and act upon the following:

*265* − Application re: In Support of Entry of Stipulation and Consent Order Filed by Milica A. Fatovich on behalf of Donald V. Biase. Objection deadline is 10/5/2021. (Attachments: # 1 Exhibit Proposed Stipulation and Consent Order) (Fatovich, Milica)

*269* − Objection to Application of Chapter 7 Trustee Setting Amount of Claim of Linda Karasick and Providing for Partial Discharge of Mortgage and Other Relief (related document:265 Application re: In Support of Entry of Stipulation and Consent Order Filed by Milica A. Fatovich on behalf of Donald V. Biase. Objection deadline is 10/5/2021. (Attachments: # 1 Exhibit Proposed Stipulation and Consent Order) filed by Trustee Donald V. Biase) filed by Jay L. Lubetkin on behalf of Ahmed A. Zayat. (Lubetkin, Jay)

Dated: 10/12/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-20387-VFP |
| Ahmed A. Zayat | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 12, 2021 | Form ID: ntchrgbk | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ahmed A. Zayat, 598 Warwick Avenue, Teaneck, NJ 07666-2927 |
| aty | | Adsero-Ragy Soliman & Partners, 1 El Gabalaya Street, Al Gabalayah, Zamalek, Cairo Governorate 11211 EGYPT |
| aty | + | Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07068-1791 |
| aty | + | Rabinowitz, Lubetkin & Tully, LLC, 293 Eisenhower Parkway, Suite 100, Livingston, NJ 07039-1711 |
| aty | + | Sara A. Welch, New York office of OBrien LLP, 900 Third Avenue, Suite 1800, New York, NY 10022-4782 |
| aty | + | Sean R. O'Brien, New York office of OBrien LLP, 900 Third Avenue, Suite 1800, New York, NY 10022-4782 |
| cr | | American Express National Bank, Becket & Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| acc | + | Bederson LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| cr | + | Cedarview Opportunities Master Fund, LP, c/o Archer & Greiner, P.C., Attn: Jerrold S. Kulback, Esq., 1717 Arch Street, Suite 3500, Philadelphia, PA 19103-2739 |
| cr | + | Fay Servicing, LLC as servicer for GC Asset Trust, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Linda Karasick, 200 Old Palisade Road, TH4, Fort Lee, NJ 07024-7000 |
| acc | + | M. Greenwald Associates LLP, M. Greenwald Associates LLP, 711 32nd Street, Union City, NJ 07087-2418 |
| cr | + | MGG Investment Group LP, c/o Okin Hollander LLC, 500 Frank W. Burr Blvd., Suite 40, Glenpointe Centre West, 2nd Floor, Teaneck, NJ 07666 UNITED STATES 07666-6805 |
| app | + | McNerney & Associates, Inc., McNerney & Associates, Inc., 266 Harristown Road, Suite 301, PO Box 67 Glen Rock, NJ 07452-0067 |
| app | + | National Appraisal Consultants, LLC, National Appraisal Consultants, LLC, PO Box 482, Hope, NJ 07844-0482 |
| cr | + | RUDY RODRIGUEZ RACING STABLE INC., Rudy Rodriguez Racing Stable Inc., 135 Munson Ave., West Hempstead, NY 11552-2234 |
| intp | + | Stephen B. Ravin, 1037 Raymond Blvd., Ste. 1500, Newark, NJ 07102-5423 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Hook & Fatovich, LLC, 1044 Route 23 North, Suite 204, Wayne, NJ 07470-6685 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 12, 2021 | Form ID: ntchrgbk | Total Noticed: 17 |

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2021              Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:

**Name**                **Email Address**

Andrew J Mollica
on behalf of Creditor RUDY RODRIGUEZ RACING STABLE INC. jdmol@aol.com

Anthony Sodono, III
on behalf of Mediator Anthony Sodono III asodono@msbnj.com

Arthur Joseph Monaco
on behalf of Plaintiff MGG SF Evergreen Fund LP ajmonaco@obrienllp.com

Arthur Joseph Monaco
on behalf of Plaintiff MGG Investment Group LP ajmonaco@obrienllp.com

Arthur Joseph Monaco
on behalf of Plaintiff MGG Specialty Finance Fund LP ajmonaco@obrienllp.com

Arthur Joseph Monaco
on behalf of Creditor MGG Investment Group LP ajmonaco@obrienllp.com

Barry J. Roy
on behalf of Defendant Ahmed A. Zayat broy@rltlawfirm.com

Barry J. Roy
on behalf of Debtor Ahmed A. Zayat broy@rltlawfirm.com

Brian W. Hofmeister
on behalf of Plaintiff Donald V. Biase bwh@hofmeisterfirm.com j119@ecfcbis.com

Brian W. Hofmeister
on behalf of Plaintiff Donald V Biase bwh@hofmeisterfirm.com j119@ecfcbis.com

Brian W. Hofmeister
on behalf of Trustee Donald V. Biase bwh@hofmeisterfirm.com j119@ecfcbis.com

Clement J Farley
on behalf of Interested Party Jeffrey Thomas Testa cfarley@mccarter.com

Clement J Farley
on behalf of Interested Party Jeffrey T. Testa cfarley@mccarter.com

Donald V. Biase
dbiase4236@gmail.com dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com

Franklin Barbosa, Jr
on behalf of Interested Party Jeffrey T. Testa fb@spsk.com

Franklin Barbosa, Jr
on behalf of Interested Party Jeffrey Thomas Testa fb@spsk.com

Henry M. Karwowski
on behalf of Defendant Ahmed A. Zayat hkarwowski@rltlawfirm.com

Jay L. Lubetkin
on behalf of Attorney Rabinowitz Lubetkin & Tully, LLC jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com

Jay L. Lubetkin
on behalf of Debtor Ahmed A. Zayat jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com

Jay L. Lubetkin
on behalf of Defendant Ahmed A. Zayat jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com

Jeffrey A. Cooper
on behalf of Debtor Ahmed A. Zayat jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey A. Cooper
on behalf of Defendant Ahmed A. Zayat jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey D. Prol

Case 20-20387-VFP    Doc 276    Filed 10/14/21    Entered 10/15/21 00:17:55    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2021 | Form ID: ntchrgbk | Total Noticed: 17 |

| | |
|---|---|
| | on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeremy D. Merkin | |
| | on behalf of Trustee Donald V. Biase jmerkin@lowenstein.com dclaussen@lowenstein.com |
| Jerrold S. Kulback | |
| | on behalf of Creditor Cedarview Opportunities Master Fund LP jkulback@archerlaw.com, chansen@archerlaw.com |
| John Reklaitis | |
| | on behalf of Creditor MGG Investment Group LP jreklaitis@obrienllp.com sobrien@obrienllp.com;swelch@obrienllp.com |
| John J. Harmon | |
| | on behalf of Debtor Ahmed A. Zayat jharmon@rltlawfirm.com johnharmon42@gmail.com;rgaydos@rltlawfirm.com |
| Jonathan C. Schwalb | |
| | on behalf of Creditor Fay Servicing LLC as servicer for GC Asset Trust 2019-RPL1 bankruptcy@friedmanvartolo.com |
| Joseph A. Caneco | |
| | on behalf of Trustee Donald V. Biase jcaneco@foxrothschild.com |
| Joseph J. DiPasquale | |
| | on behalf of Trustee Donald V. Biase Jdipasquale@foxrothschild.com cbrown@foxrothschild.com |
| Joseph M. Vann | |
| | on behalf of Interested Party Joanne Zayat jvann@ctswlaw.com |
| Joseph M. Vann | |
| | on behalf of Defendant Justin Zayat jvann@ctswlaw.com |
| Joseph M. Vann | |
| | on behalf of Defendant Cohen Tauber Spievack & Wagener PC jvann@ctswlaw.com |
| Joseph M. Vann | |
| | on behalf of Interested Party Emma Zayat jvann@ctswlaw.com |
| Joseph M. Vann | |
| | on behalf of Interested Party Benjamin Zayat jvann@ctswlaw.com |
| Joseph M. Vann | |
| | on behalf of Interested Party JPZ Holdings LLC jvann@ctswlaw.com |
| Joseph M. Vann | |
| | on behalf of Interested Party Justin Zayat jvann@ctswlaw.com |
| Kenneth L. Baum | |
| | on behalf of Creditor Sherif Zayat kbaum@kenbaumdebtsolutions.com ddipiazza@kenbaumdebtsolutions.com |
| Margreta Morgulas | |
| | on behalf of Plaintiff MGG Investment Group LP mmorgulas@okinhollander.com |
| Milica A. Fatovich | |
| | on behalf of Trustee Donald V. Biase mfatovich@hookandfatovich.com fyablonsky@hookandfatovich.com |
| Paul S. Hollander | |
| | on behalf of Plaintiff MGG Specialty Finance Fund LP phollander@okinhollander.com |
| Paul S. Hollander | |
| | on behalf of Plaintiff MGG SF Evergreen Fund LP phollander@okinhollander.com |
| Paul S. Hollander | |
| | on behalf of Creditor MGG Investment Group LP phollander@okinhollander.com |
| Paul S. Hollander | |
| | on behalf of Plaintiff MGG Investment Group LP phollander@okinhollander.com |
| Robert Farouk Elgidely | |
| | on behalf of Trustee Donald V. Biase relgidely@foxrothschild.com |
| Tracy L. Klestadt | |
| | on behalf of Creditor Linda Karasick tklestadt@klestadt.com tklestadt@yahoo.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 47