Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.:  20−20387−VFP
                                    Chapter:  7
                                    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ahmed A. Zayat
   598 Warwick Avenue
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−0117

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       11/23/21
Time:      02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Brian W. Hofmeister, LLC, Trustee's Attorney

COMMISSION OR FEES
$4800.00

EXPENSES
$361.87.

If this is a chapter 13 case, the fees and expenses awarded:

     ☐   will not reduce the amount to be paid to general unsecured creditors under the plan.

     ☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 20, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                          Case No. 20-20387-VFP
Ahmed A. Zayat                                                                                        Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                   User: admin                                                       Page 1 of 9
Date Rcvd: Oct 20, 2021                          Form ID: 137                                                Total Noticed: 175

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ahmed A. Zayat, 598 Warwick Avenue, Teaneck, NJ 07666-2927 |
| aty |  | Adsero-Ragy Soliman & Partners, 1 El Gabalaya Street, Al Gabalayah, Zamalek, Cairo Governorate 11211 EGYPT |
| aty | + | Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07068-1791 |
| aty | + | Rabinowitz, Lubetkin & Tully, LLC, 293 Eisenhower Parkway, Suite 100, Livingston, NJ 07039-1711 |
| aty | + | Sara A. Welch, New York office of OBrien LLP, 900 Third Avenue, Suite 1800, New York, NY 10022-4782 |
| aty | + | Sean R. O'Brien, New York office of OBrien LLP, 900 Third Avenue, Suite 1800, New York, NY 10022-4782 |
| cr |  | American Express National Bank, Becket & Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| acc | + | Bederson LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| cr | + | Cedarview Opportunities Master Fund, LP, c/o Archer & Greiner, P.C., Attn: Jerrold S. Kulback, Esq., 1717 Arch Street, Suite 3500, Philadelphia, PA 19103-2739 |
| cr | + | Fay Servicing, LLC as servicer for GC Asset Trust, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| acc | + | M. Greenwald Associates LLP, M. Greenwald Associates LLP, 711 32nd Street, Union City, NJ 07087-2418 |
| cr | + | MGG Investment Group LP, c/o Okin Hollander LLC, 500 Frank W. Burr Blvd., Suite 40, Glenpointe Centre West, 2nd Floor, Teaneck, NJ 07666 UNITED STATES 07666-6805 |
| app | + | McNerney & Associates, Inc., McNerney & Associates, Inc., 266 Harristown Road, Suite 301, PO Box 67 Glen Rock, NJ 07452-0067 |
| app | + | National Appraisal Consultants, LLC, National Appraisal Consultants, LLC, PO Box 482, Hope, NJ 07844-0482 |
| cr | + | RUDY RODRIGUEZ RACING STABLE INC., Rudy Rodriguez Racing Stable Inc., 135 Munson Ave., West Hempstead, NY 11552-2234 |
| intp | + | Stephen B. Ravin, 1037 Raymond Blvd., Ste. 1500, Newark, NJ 07102-5423 |
| 519129863 | + | ACE FUNDING SOURCE, LLC D/B/A MERCHANT ADVANCE, 80 Broad Street Suite 3303, New York, NY 10004-2209 |
| 518951410 | + | Akansas Division of Taxation, PO Box 919, Little Rock, AR 72203-0919 |
| 518951411 | + | Amaroo Farm LLC, 6000 Greenwich Pike, Lexington, KY 40511-8414 |
| 518959466 |  | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518951412 | + | Andrew Leicht, 107 Cherry Street, Katonah, NY 10536-1003 |
| 518951413 | + | Andrew Simoff Horse Transportation, LLC, 3719 Old Capitol Trail, Wilmington, DE 19808-6001 |
| 518951414 | + | Arizona Division of Taxation, P.O. Box 29085, Phoenix, AZ 85038-9085 |
| 518951415 | + | Ashford Stud/Creekview Farm, 5095 Frankfort Road, PO Box 823, Versailles, KY 40383-0823 |
| 518951416 |  | Ballydoyle Racing, Rathmacarty W, County Tipperary, Ireland |
| 518951419 | + | Bank Of America NA, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 518951417 | + | Bank of America, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 519050382 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518951420 |  | Barbara K. Frohlich, 668 Sewell Pl, Teaneck, NJ 07666-2135 |
| 518951421 |  | Barclay's, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 519049899 | + | Baronne Veterinary Clinic LLC, Po Box 909, Sunset, LA 70584-0909 |
| 518951422 |  | Baronne Veterinary Clinic, Inc., 1538 1-49 N. Service Road, Sunset, LA 70584 |
| 518951423 | + | Bob Baffert Racing Stables, Inc., PO Box 661912, Arcadia, CA 91066-1912 |
| 518951424 | + | Bob Hubbard Horse Transportation, Inc., 3730 S. Riverside Ave., Colton, CA 92324-3329 |
| 518951425 | + | Bonnie Acres Ranch, 25240 Thoroughbred Lane, Hemet, CA 92545-2219 |
| 518951426 | + | Boothwyn Pharmacy, Inc., 221 Gale Lane, Kennett Square, PA 19348-1735 |
| 518951427 | + | Brad H Cox Racing Stable, PO Box 35487, Louisville, KY 40232-5487 |
| 518996031 | + | Brad H. Cox Racing Stable LLC, 301 Washington Street, Shelbyville, KY 40065-1047 |

Case 20-20387-VFP    Doc 282    Filed 10/22/21    Entered 10/23/21 00:14:45    Desc
Imaged Certificate of Notice    Page 4 of 11

| District/off: 0312-2 | User: admin | Page 2 of 9 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: 137 | Total Noticed: 175 |

| | | |
|---|---|---|
| 518951428 | + | Bradbury Farms, 99 Bliss Canyon Road, Bradbury, CA 91008-1137 |
| 518951430 | + | Brook Ledge Inc, PO Box 56, Oley, PA 19547-0056 |
| 518951431 | + | Brookstone Farm, 838 East High Street, #281, Lexington, KY 40502-2107 |
| 518951432 | | California Division of Taxations, 450 N Street Sacramento, Sacramento, CA 95814 |
| 518951434 | + | Cedarview, One Penn Plaza, 45th Floor, New York, NY 10119-4599 |
| 518951438 | + | Cincinnati Equine, 814 Huntersknoll Lane, Cincinnati, OH 45230-4304 |
| 518951439 | + | Creech Horse Transportation, Inc, 100 Industrial Drive, Troy, MO 63379-1367 |
| 518951440 | | Crupi's New Castle Farm, 10010 N Hwhy 27, Ocala, FL 34482 |
| 518951442 | + | Delaware Division of Taxation, P.O. Box 830, Wilmington, DE 19899-0830 |
| 518951443 | | Diamond Valley Equine Clinic, 39185 Valley Rd., Hemet, CA 92543 |
| 518951445 | + | Dr. Jeff Schafer DC, 23823 Malibu Rd., Ste. 50-227, Malibu, CA 90265-4628 |
| 518951453 | + | EQUIX, 841 Corporate Drive, Suite 201, Lexington, KY 40503-5423 |
| 518951446 | + | Equine Body Works, PO Box 28, Burbank, CA 91503-0028 |
| 518951447 | + | Equine Health & Wellness by Bridgett Mah, 3600 S. Harbor Blvd., Oxnard, CA 93035-4136 |
| 518951449 | + | Equine Medical Center (CA), 10542 Walker Street, Cypress, CA 90630-4715 |
| 518951450 | + | Equine Medical Center of Ocala, FL, 7107 West Highway 326, Ocala, FL 34482-1244 |
| 518951448 | + | Equine Medical and Surgical Group, PO Box 661956, Arcadia, CA 91066-1956 |
| 518951451 | + | Equine Medicine & Surgery, 7991 E. Tesas St., Ste 400, Bossier City, LA 71111-7024 |
| 518951452 | + | Equine Therapy, Inc, PO box 583, Simpsonville, KY 40067-0583 |
| 518951454 | + | Exclusive Equine Investments, LLC, PO Box 770, Williston, FL 32696-0770 |
| 518951455 | | Fay Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| 518951456 | | Fethard Surgical Ltd., R689, Fethard, Tipperary, Ireland |
| 518951457 | | Florida Equine Veterinary Associates, LL, 10195 US-27, Ocala, FL 34482 |
| 518951458 | + | Focal Point, 11150 Santa Monica Blvd, Los Angeles, CA 90025-5744 |
| 518951459 | + | Gilman & Associates DVM's PC, 140 Wedgewood Drive, Barrington, IL 60010-4922 |
| 518951460 | + | Greene Equine Transport, LLC, 614 Chieftain Dr., Fairdale, KY 40118-9678 |
| 518951461 | + | Gregory J. Bennett, D.V.M, 2150 Hempstead Turnpike, Gate #6, Elmont, NY 11003-1551 |
| 518951462 | + | H.E. Sutton Forwarding Co., LLC, PO Box 1066, Lexington, KY 40588-1066 |
| 518951464 | + | Harambe Racing Inc., 1110 S Bridge Street, Morrilton, AR 72110-4611 |
| 518951465 | | Hunt & Associates, PO Box 030452, Elmont, NY 11003-0452 |
| 518951466 | + | Illinois Division of Taxation, PO BOX 19016, Springfield, IL 62794-9016 |
| 518951468 | + | Iowa Division of Taxation, PO Box 9187, Des Moines, IA 50306-9187 |
| 519057454 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518951475 | + | JPZ Holdings LLC, 200 East 62nd Street, Apt 8D, New York, NY 10065-8327 |
| 518951469 | + | James D. Kenney D.V.M, PO Box 717, Millstone Township, NJ 08510-0717 |
| 518951471 | + | Johanna Reimer, VMD, PO Box 1066, Georgetown, KY 40324-6066 |
| 519006071 | + | John P. Garrity DVM, P.S.C., 301 Washington Street, Shelbyville, KY 40065-1047 |
| 518951472 | + | John R. Cummins, D.V.M. LLC, 780 Faulkner Avenue, Lexington, KY 40505-1800 |
| 518951473 | + | Joseph Bodner and Ruth Bodner, 1410 Somerset Gate, Teaneck, NJ 07666-2163 |
| 518951474 | + | Joseph F. Migliacci, DVM, PA, PO Box 540005, Lake Worth, FL 33454-0005 |
| 518951476 | + | KC Horse Transport (Calif), 5940 Rocky Canyon Rd., Atascadero, CA 93422-4772 |
| 518951480 | + | KTM Equine LLC, PO Box 533, Bonsall, CA 92003-0533 |
| 518951477 | + | Kentucky Equine Medical Associates, 4210 Southern Parkway, Louisville, KY 40214-1650 |
| 519006019 | + | Kentucky Equine Medical Associates, PLLC, 301 Washington Street, Shelbyville, KY 40065-1047 |
| 518951478 | + | Kesmarc, LLC, 258 Shannon Run Road, Versailles, KY 40383-8698 |
| 518951479 | + | Kevin Wirth Equine Dentistry LLC, PO Box 804, La Grange, KY 40031-0804 |
| 518951482 | + | Lazcar International Inc., 5003 SW 127 PL, Miami, FL 33175-5425 |
| 518951483 | + | Linda Karasick, 200 Old Palisade Road, TH4, Fort Lee, NJ 07024-7000 |
| 518951484 | + | Lukas Enterprises, Inc, 10760 Via Jacara, Stanton, CA 90680-1927 |
| 518951493 | + | MGG Investment Group, One Penn Plaza, 53rd Floor, New York, NY 10119-5401 |
| 519132425 | + | MGG SF Evergreen Fund LP, MGG Specialty Finance Fund LP, c/o Okin Hollander, 500 Frank W. Burr Blvd., Suite 40, Teaneck, NJ 07666-6805 |
| 518951495 | + | MNSW Continental Associates, LLC, 1776 On the Green, 67 Park Place East, 8th Floor, Morristown, NJ 07960-7105 |
| 518951485 | + | Maker Stable LLC, 1200 Envoy Circle, Suite 1204, Louisville, KY 40299-1964 |
| 518951486 | + | Markerstable LLC, 1200 Envoy Circle, Suite 1204, Louisville, KY 40299-1964 |
| 518951487 | + | Martinez Transportation, 6764 Pirch Way, Elkridge, MD 21075-6444 |
| 518951488 | + | Maryjo Robke Equine Therapy, LLC, 519 Kingston Avenue, Louisville, KY 40214-1315 |
| 518951489 | + | Maryland Division of Taxation, 60 West Street, Suite 102, Annapolis, MD 21401-2479 |
| 518951490 | + | Massachusetts Division of Taxation, 100 Cambridge Street, 2nd Floor, Boston, MA 02114-2509 |
| 518951491 | + | Melinda J. Blue D.V.M;MS,Inc, PO Box 267, Hampden, MA 01036-0267 |
| 518951492 | + | Merchant Advance, 488 NE 18th Street, STE 1215, Miami, FL 33132-1295 |
| 518951494 | + | Michael J Galvin, DVM, 335 Rushmore Ave., Mamaroneck, NY 10543-3943 |

Case 20-20387-VFP    Doc 282    Filed 10/22/21    Entered 10/23/21 00:14:45    Desc
Imaged Certificate of Notice    Page 5 of 11

| District/off: 0312-2 | User: admin | Page 3 of 9 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: 137 | Total Noticed: 175 |

| | | |
|---|---|---|
| 519006070 | + | Mobile Veterinary Service Inc., 301 Washington Street, Shelbyville, KY 40065-1047 |
| 518951496 | + | Mobile Veterinary Service, Inc., 39 Upper Creek Road, Stockton, NJ 08559-1207 |
| 518951497 | + | Mostert, 841 Corporate Drive, Suite 201, Lexington, KY 40503-5423 |
| 518951498 | + | New Day Training Center, 14140 US HWY 301, Citra, FL 32113-3630 |
| 518951499 | + | New York Division of Taxation, 575 BOICES LANE, Kingston, NY 12401-1083 |
| 518951500 | + | North Atlantic Equine Associates, PA, PO Box 300, Oceanport, NJ 07757-0300 |
| 518951501 | + | Northrop Equine, PLLC, PO box 21128, Louisville, KY 40221-0128 |
| 518951503 | + | Oklahoma Division of Taxation, 2501 North Lincoln Boulevard, Oklahoma City, OK 73194-1000 |
| 518951509 | #+ | PM Advertising, LLC, 4383 Old Harrodsburg Rd., Ste. 115, Lexington, KY 40513-8016 |
| 518951510 | + | PMG Operating Account, 200 Racetrack Rd., Building 26, Washington, PA 15301-8966 |
| 518951512 | ++++ | PO BOX 30308, R ANDREWS VMD PC, ELMONT NY 11003-0308 address filed with court:, R. Andrews, VMD, PC, PO Box 308, Elmont, NY 11003 |
| 518951504 | + | Payton Traning Center, 13373 S. Magnolia Avenue, Ocala, FL 34473-8522 |
| 518951505 | + | Pennsylvania Division of Taxation, PO BOX 280413, Harrisburg, PA 17128-0413 |
| 518951506 | + | Perez Equine Veterinary Services, 2150 Hempstead Turnpike, Elmont, NY 11003-1551 |
| 518951507 | + | Performance Equine Care, LLC, DVM 2331 Alta Avenue, Louisville, KY 40205-1107 |
| 518951508 | + | Peterson & Smith Equine Hospital, 4747 SW 60th Avenue, Ocala, FL 34474-4315 |
| 518951511 | + | R J Wolfe DVM EL Moore DVM & Assoc, 5694 US HWY 80, Princeton, LA 71067-9375 |
| 518951513 | + | R.G. Brandon, D.V.M.,P.C, PO Box 2146, Camden, SC 29020-8003 |
| 518951514 | | Rapido Racing Limited, The Old Station Yd, Old Station Rd, Gree, Newmarket CB8 9WT, United Kingdom |
| 518951515 | + | Reed Equine Associates, 3001 Street Road, Bensalem, PA 19020-2006 |
| 518951516 | + | Richard Baltas Racing Stables, 250 Belmont Ave., Long Beach, CA 90803-1517 |
| 518951517 | + | Robert E. Holland Jr., DVM., P.S.C., 4605 Charwood Court, Lexington, KY 40515-5000 |
| 518951518 | + | Ron Myers Farrier Service, 1333 Barberry Drive, Diamond Bar, CA 91765-2502 |
| 518951519 | + | Ronald J. Magrini, VMD, PO Box 385, Bonsall, CA 92003-0385 |
| 518951520 | + | Rood & Riddle Equine Hospital, PO Box 12070, Lexington, KY 40580-2070 |
| 518951521 | + | Rood & Riddle Equine Hospital Saratoga, 63 Henning, Saratoga Springs, NY 12866-3773 |
| 518951522 | + | Rood & Riddle Equine Hospital Wellington, 5320, S Shore Blvd., Wellington, FL 33449-6032 |
| 518951523 | + | Rood & Riddle Veterinary Pharmacy, 2150 Georgetown Rd., Lexington, KY 40511-9072 |
| 518951524 | + | Rudy Rodriguez Racing Stable, 135 Munson Ave., West Hempstead, NY 11552-2234 |
| 518951525 | + | Rudy Rodriguez Racing Stables, 135 Munson Ave., West Hempstead, NY 11552-2234 |
| 518951526 | + | Sallee Horse Vans, Inc., PO Box 748021, Cincinnati, OH 45274-8021 |
| 518951527 | + | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518951528 | + | Sherif El Zayat, c/o Kenneth Baum, Esq., LAW OFFICES OF KENNETH L. BAUM LLC, 167 Main Street, Hackensack, NJ 07601-7150 |
| 518951529 | + | Silver Springs Stud, LLC, 722 Brentsville Road, Paris, KY 40361-9749 |
| 518951530 | + | Slender Equine, 5302 Fan Wood Dr., Huntington Beach, CA 92649-4722 |
| 518951531 | + | Smolin, Lupin & Co. PA, 165 Passaic Ave., Fl. 4, Fairfield, NJ 07004-3592 |
| 518951532 | + | Spirit Horse Transportation, 5762 Lincoln Ave., Unit 721, Cypress, CA 90630-8237 |
| 518951533 | | Sports Medicine and Reproduction, 62 Woodlawn Ave., Saratoga Springs, NY 12866 |
| 518951534 | + | Stark Equine Services, LLC, 3452 Elk Creek Road, Taylorsville, KY 40071-8512 |
| 518951535 | + | Starting Line Stable, Inc, 487 High Street, Long Branch, NJ 07740-5507 |
| 518951536 | + | State of New Jersey, Division of Taxation, Gross Income Tax, 50 Barrack Street, Trenton, NJ 08608-2006 |
| 519074663 | | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518951537 | + | Stephen J. Selway, D.V.M. Inc., 308 Oak Street, Hollywood, FL 33019-4403 |
| 518951538 | + | Steve Asmussen Racing Stable, PO Box 31808, Edmond, OK 73003-0031 |
| 518951539 | + | Steve Keefer, 5-23 River Road, Fair Lawn, NJ 07410-1464 |
| 518951540 | + | Stevens Equine Services, LLC, PO Box 200397, Arlington, TX 76006-0397 |
| 518951541 | + | T & T Equine Therapy, LLC, 1835 E Hallandale Beach Blvd., #776, Hallandale, FL 33009-4619 |
| 518951543 | #+ | TD Horse Transport Inc, 3737 Hollywood Vista Drive, Highland, CA 92346-1918 |
| 518951542 | + | Taylor Made Sales Agency, 2765 Union Mill road, Nicholasville, KY 40356-9697 |
| 518951544 | | Teigland, Franklin & Brokken, D.V.M.'S P, 12777 SW 55th Street, Suite 909, Fort Lauderdale, FL 33330 |
| 518951545 | + | The Green Group, 900 Rt. 9, 6th Floor, Woodbridge, NJ 07095-1003 |
| 518951546 | + | The Law Offices of Aaron J Lefkowitz, LL, 824 Garrison Ave., 1st Floor, Teaneck, NJ 07666-2542 |
| 518951547 | + | Thoroughbred Transport, Inc., 1171 Wemple Rd., Bossier City, LA 71111-2084 |
| 518951548 | | Tibor Szlazvik, 2505 SW Soundview Dr., Dunnellon, FL 34431 |
| 518951549 | + | Todd A. Pletcher Racing Stables, Inc., 73 First Street, Garden City, NY 11530-4320 |
| 518951551 | + | Triple Crown Horse Transport, Inc., 94 Tanya Circle, Ocean, NJ 07712-7916 |
| 518951552 | + | US Elite LLC, 17 Passaic Ave., Hawthorne, NJ 07506-1404 |
| 518951553 | #+ | Valentino Equine, LLC, 2959 Myrtle Oak Circle, Fort Lauderdale, FL 33328-6739 |
| 518951554 | | Wavertree Stables, 14850 FL 40, Ocala, FL 34481 |
| 518951555 | + | Winner's Circle Equine Clinic, Inc, 39185 Diamond Valley Rd., Hemet, CA 92543-9620 |
| 518951556 | + | Yarber Farrier Service, 106 Cardinal Ct., Cynthiana, KY 41031-1380 |
| 518951557 | + | Yarbrough & Rabenstein, DVM, PA, PO Box 1429, Loxahatchee, FL 33470-1429 |

Case 20-20387-VFP    Doc 282    Filed 10/22/21    Entered 10/23/21 00:14:45    Desc
Imaged Certificate of Notice    Page 6 of 11

| District/off: 0312-2 | User: admin | Page 4 of 9 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: 137 | Total Noticed: 175 |

| | | |
|---|---|---|
| 518951558 | + | Yellowstone Capital Partners, LLC, 1 Evertrust Plaza, Jersey City, NJ 07302-3087 |
| 518951559 | + | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951680 | + | Zimmer Equine Sports Medicine, PO Box 1618, Weatherford, TX 76086-7618 |

TOTAL: 164

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2021 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2021 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518951433 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 20 2021 20:36:10 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519053217 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 20 2021 20:36:13 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518951444 | + | Email/Text: andrew.j.sagen@dfsco.com | Oct 20 2021 20:22:00 | Donnelley Financial, LLC, PO Box 842282, Boston, MA 02284-2282 |
| 518951463 | + | Email/Text: mcopan@hagyard.com | Oct 20 2021 20:22:00 | Hagyard Equine Medical Institute, 4250 Iron Works Pike, Lexington, KY 40511-8491 |
| 518951467 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 20 2021 20:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518951435 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 20 2021 20:35:47 | Chase, 1 United Nations Plaza, New York, NY 10017 |
| 518951436 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 20 2021 20:35:47 | Chase, Cardmember Services, PO Box 6294, Carol Stream, IL 60197-6294 |
| 518951437 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 20 2021 20:36:09 | Chase, PO Box 6294, Carol Stream, IL 60197-6294 |
| 518951502 | | Email/Text: rebekahclifton@ocalaequinehospital.com | Oct 20 2021 20:21:00 | Ocala Equine Hospital, P.A., 10855 NW US HWY 27, Ocala, FL 34482 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519133372 | | Jeffrey T. Testa, Chapter 7 Trustee of Zayat Stabl |
| 518951550 | | Tom Schuerman |
| cr | *+ | Linda Karasick, 200 Old Palisade Road, TH4, Fort Lee, NJ 07024-7000 |
| 519082402 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518951418 | *+ | Bank of America, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 518951560 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951561 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951562 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951563 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951564 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951565 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951566 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951567 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951568 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951569 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951570 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951571 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951572 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |

Case 20-20387-VFP    Doc 282    Filed 10/22/21    Entered 10/23/21 00:14:45    Desc
Imaged Certificate of Notice    Page 7 of 11

| District/off: 0312-2 | User: admin | Page 5 of 9 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: 137 | Total Noticed: 175 |

| | | |
|---|---|---|
| 518951573 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951574 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951575 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951576 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951577 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951578 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951579 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951580 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951581 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951582 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951583 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951584 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951585 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951586 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951587 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951588 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951589 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951590 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951591 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951592 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951593 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951594 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951595 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951596 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951597 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951598 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951599 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951600 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951601 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951602 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951603 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951604 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951605 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951606 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951607 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951608 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951609 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951610 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951611 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951612 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951613 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951614 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951615 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951616 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951617 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951618 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951619 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951620 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951621 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951622 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951623 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951624 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951625 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951626 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951627 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951628 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951629 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951630 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951631 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951632 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951633 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951634 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951635 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |

Case 20-20387-VFP    Doc 282    Filed 10/22/21    Entered 10/23/21 00:14:45    Desc
Imaged Certificate of Notice    Page 8 of 11

| District/off: 0312-2 | User: admin | Page 6 of 9 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: 137 | Total Noticed: 175 |

| | | |
|---|---|---|
| 518951636 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951637 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951638 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951639 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951640 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951641 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951642 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951643 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951644 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951645 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951646 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951647 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951648 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951649 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951650 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951651 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951652 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951653 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951654 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951655 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951656 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951657 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951658 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951659 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951660 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951661 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951662 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951663 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951664 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951665 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951666 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951667 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951668 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951669 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951670 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951671 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951672 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951673 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951674 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951675 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951676 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951677 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951678 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| 518951679 | *+ | Zayat Stables LLC, 401 Hackensack Ave., 7E, Hackensack, NJ 07601-6411 |
| aty | ##+ | Hook & Fatovich, LLC, 1044 Route 23 North, Suite 204, Wayne, NJ 07470-6685 |
| 518951429 | ##+ | Brittany Nakatani, 1922 Northstar Way, #245, San Marcos, CA 92078-0943 |
| 518951441 | ##+ | Daryl G. Easley, DVM, PLLC, PO Box 11770, Lexington, KY 40577-1770 |
| 518951470 | ##+ | JN Racing Stables Inc., 10477 SW 49th Place, Cooper City, FL 33328-4054 |
| 518951481 | ##+ | Leonard F. Mandl, 13247 Piney Grove Ct., Richmond, VA 23238-6448 |

TOTAL: 2 Undeliverable, 123 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-2      User: admin      Page 7 of 9
Date Rcvd: Oct 20, 2021      Form ID: 137      Total Noticed: 175

Date: Oct 22, 2021      Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew J Mollica | on behalf of Creditor RUDY RODRIGUEZ RACING STABLE INC. jdmol@aol.com |
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono III asodono@msbnj.com |
| Arthur Joseph Monaco | on behalf of Plaintiff MGG SF Evergreen Fund LP ajmonaco@obrienllp.com |
| Arthur Joseph Monaco | on behalf of Plaintiff MGG Investment Group LP ajmonaco@obrienllp.com |
| Arthur Joseph Monaco | on behalf of Plaintiff MGG Specialty Finance Fund LP ajmonaco@obrienllp.com |
| Arthur Joseph Monaco | on behalf of Creditor MGG Investment Group LP ajmonaco@obrienllp.com |
| Barry J. Roy | on behalf of Defendant Ahmed A. Zayat broy@rltlawfirm.com |
| Barry J. Roy | on behalf of Debtor Ahmed A. Zayat broy@rltlawfirm.com |
| Brian W. Hofmeister | on behalf of Plaintiff Donald V. Biase bwh@hofmeisterfirm.com j119@ecfcbis.com |
| Brian W. Hofmeister | on behalf of Plaintiff Donald V Biase bwh@hofmeisterfirm.com j119@ecfcbis.com |
| Brian W. Hofmeister | on behalf of Trustee Donald V. Biase bwh@hofmeisterfirm.com j119@ecfcbis.com |
| Bruce H Levitt | on behalf of Debtor Ahmed A. Zayat blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bruce H Levitt | on behalf of Defendant Ahmed A. Zayat blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Clement J Farley | on behalf of Interested Party Jeffrey Thomas Testa cfarley@mccarter.com |
| Clement J Farley | on behalf of Interested Party Jeffrey T. Testa cfarley@mccarter.com |
| Donald V. Biase | dbiase4236@gmail.com dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com |
| Franklin Barbosa, Jr | on behalf of Interested Party Jeffrey T. Testa fb@spsk.com |
| Franklin Barbosa, Jr | on behalf of Interested Party Jeffrey Thomas Testa fb@spsk.com |
| Henry M. Karwowski | on behalf of Defendant Ahmed A. Zayat hkarwowski@rltlawfirm.com |
| Jay L. Lubetkin | on behalf of Debtor Ahmed A. Zayat jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com |
| Jay L. Lubetkin | on behalf of Defendant Ahmed A. Zayat jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com |
| Jeffrey A. Cooper | on behalf of Debtor Ahmed A. Zayat jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com |
| Jeffrey A. Cooper | on behalf of Defendant Ahmed A. Zayat jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com |

Case 20-20387-VFP    Doc 282    Filed 10/22/21    Entered 10/23/21 00:14:45    Desc
Imaged Certificate of Notice    Page 10 of 11

| District/off: 0312-2 | User: admin | Page 8 of 9 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: 137 | Total Noticed: 175 |

| Name | Role |
|---|---|
| Jeffrey D. Prol | on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeremy D. Merkin | on behalf of Trustee Donald V. Biase jmerkin@lowenstein.com  dclaussen@lowenstein.com |
| Jerrold S. Kulback | on behalf of Creditor Cedarview Opportunities Master Fund  LP jkulback@archerlaw.com, chansen@archerlaw.com |
| John Reklaitis | on behalf of Creditor MGG Investment Group LP jreklaitis@obrienllp.com  sobrien@obrienllp.com;swelch@obrienllp.com |
| John J. Harmon | on behalf of Debtor Ahmed A. Zayat jharmon@rltlawfirm.com  johnharmon42@gmail.com;rgaydos@rltlawfirm.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing  LLC as servicer for GC Asset Trust 2019-RPL1 bankruptcy@friedmanvartolo.com |
| Joseph A. Caneco | on behalf of Trustee Donald V. Biase jcaneco@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Trustee Donald V. Biase Jdipasquale@foxrothschild.com  cbrown@foxrothschild.com |
| Joseph M. Vann | on behalf of Interested Party Joanne Zayat jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Defendant Justin Zayat jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Defendant Cohen Tauber Spievack & Wagener  PC jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Interested Party Emma Zayat jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Interested Party Benjamin Zayat jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Interested Party JPZ Holdings LLC jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Interested Party Justin Zayat jvann@ctswlaw.com |
| Kenneth L. Baum | on behalf of Creditor Sherif Zayat kbaum@kenbaumdebtsolutions.com  ddipiazza@kenbaumdebtsolutions.com |
| Margreta Morgulas | on behalf of Plaintiff MGG Investment Group LP mmorgulas@okinhollander.com |
| Michael J. Shavel | on behalf of Defendant Andrew Leicht mshavel@hillwallack.com  shavelmr99123@notify.bestcase.com |
| Milica A. Fatovich | on behalf of Trustee Donald V. Biase mfatovich@hookandfatovich.com  fyablonsky@hookandfatovich.com |
| Patrick P. Toscano, Jr. | on behalf of Debtor Ahmed A. Zayat ptoscano@pptlawfirm.com |
| Patrick P. Toscano, Jr. | on behalf of Defendant Ahmed A. Zayat ptoscano@pptlawfirm.com |
| Paul S. Hollander | on behalf of Plaintiff MGG Specialty Finance Fund LP phollander@okinhollander.com |
| Paul S. Hollander | on behalf of Plaintiff MGG SF Evergreen Fund LP phollander@okinhollander.com |
| Paul S. Hollander | on behalf of Creditor MGG Investment Group LP phollander@okinhollander.com |
| Paul S. Hollander | on behalf of Plaintiff MGG Investment Group LP phollander@okinhollander.com |
| Robert Farouk Elgidely | on behalf of Trustee Donald V. Biase relgidely@foxrothschild.com |
| Tracy L. Klestadt | on behalf of Creditor Linda Karasick tklestadt@klestadt.com  tklestadt@yahoo.com |
| U.S. Trustee | |

District/off: 0312-2     User: admin     Page 9 of 9
Date Rcvd: Oct 20, 2021     Form ID: 137     Total Noticed: 175

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 51