| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>LAW FIRM OF BRIAN W. HOFMEISTER, LLC<br>By: Brian W. Hofmeister, Esq.<br>3131 Princeton Pike<br>Building 5, Suite 110<br>Princeton, New Jersey  08648<br>(609) 890-1500<br>(609) 890-6961 - fax<br>bwh@hofmeisterfirm.com<br>Attorneys for Donald V. Biase, Chapter 7 Trustee | Order Filed on November 29, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>AHMED A. ZAYAT | Case No.: 20-20387<br><br>Chapter 7<br><br>Judge: VFP |
| DONALD V. BIASE, CHAPTER 7 TRUSTEE,<br>     Plaintiff,<br>v.<br>NEW YORK UNIVERSITY,<br><br>     Defendant. | ADV. PRO. NO. 21-01257 |

### ORDER GRANTING COMPENSATION AND EXPENSES
### TO THE LAW FIRM OF BRIAN W. HOFMEISTER, LLC

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: November 29, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor:        Ahmed A. Zayat
Case No.:      20-20387- VFP
Adv Pro. No.: 21-01257
Caption of Order:    Order Granting Compensation and Expenses to the Law Firm of Brian W. Hofmeister, LLC

_____

**AND NOW**, the Court finds the firm named below filed a first and final application for compensation and expenses; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| **APPLICANTS** | **COMMISSION/FEES** | **EXPENSES** |
| --- | --- | --- |
| Law Firm of Brian W. Hofmeister, LLC<br>Special Counsel to Barry W. Frost,<br>Chapter 7 Trustee | $4,800.00 | $361.87 |

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                  Case No. 20-20387-VFP
Ahmed A. Zayat                                                                                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 29, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ahmed A. Zayat, 598 Warwick Avenue, Teaneck, NJ 07666-2927 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2021                          Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew J Mollica | on behalf of Creditor RUDY RODRIGUEZ RACING STABLE INC. jdmol@aol.com |
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono III asodono@msbnj.com |
| Arthur Joseph Monaco | on behalf of Plaintiff MGG Investment Group LP ajmonaco@obrienllp.com |
| Arthur Joseph Monaco | on behalf of Plaintiff MGG Specialty Finance Fund LP ajmonaco@obrienllp.com |
| Arthur Joseph Monaco | on behalf of Creditor MGG Investment Group LP ajmonaco@obrienllp.com |
| Arthur Joseph Monaco | on behalf of Plaintiff MGG SF Evergreen Fund LP ajmonaco@obrienllp.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 29, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Barry J. Roy
    on behalf of Defendant Ahmed A. Zayat broy@rltlawfirm.com

Barry J. Roy
    on behalf of Debtor Ahmed A. Zayat broy@rltlawfirm.com

Brian W. Hofmeister
    on behalf of Plaintiff Donald V. Biase bwh@hofmeisterfirm.com j119@ecfcbis.com

Brian W. Hofmeister
    on behalf of Plaintiff Donald V Biase bwh@hofmeisterfirm.com j119@ecfcbis.com

Brian W. Hofmeister
    on behalf of Trustee Donald V. Biase bwh@hofmeisterfirm.com j119@ecfcbis.com

Bruce H Levitt
    on behalf of Debtor Ahmed A. Zayat blevitt@levittslafkes.com
    sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Bruce H Levitt
    on behalf of Defendant Ahmed A. Zayat blevitt@levittslafkes.com
    sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Clement J Farley
    on behalf of Interested Party Jeffrey Thomas Testa cfarley@mccarter.com

Clement J Farley
    on behalf of Interested Party Jeffrey T. Testa cfarley@mccarter.com

Donald V. Biase
    dbiase4236@gmail.com dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com

Franklin Barbosa, Jr
    on behalf of Interested Party Jeffrey T. Testa fb@spsk.com

Franklin Barbosa, Jr
    on behalf of Interested Party Jeffrey Thomas Testa fb@spsk.com

Henry M. Karwowski
    on behalf of Defendant Ahmed A. Zayat hkarwowski@rltlawfirm.com

Jay L. Lubetkin
    on behalf of Debtor Ahmed A. Zayat jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com

Jay L. Lubetkin
    on behalf of Defendant Ahmed A. Zayat jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com

Jeffrey A. Cooper
    on behalf of Debtor Ahmed A. Zayat jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey A. Cooper
    on behalf of Defendant Ahmed A. Zayat jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey D. Prol
    on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com
    dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeremy D. Merkin
    on behalf of Trustee Donald V. Biase jmerkin@lowenstein.com dclaussen@lowenstein.com

Jerrold S. Kulback
    on behalf of Creditor Cedarview Opportunities Master Fund LP jkulback@archerlaw.com, chansen@archerlaw.com

John Reklaitis
    on behalf of Creditor MGG Investment Group LP jreklaitis@obrienllp.com sobrien@obrienllp.com;swelch@obrienllp.com

John J. Harmon
    on behalf of Debtor Ahmed A. Zayat jharmon@rltlawfirm.com johnharmon42@gmail.com;rgaydos@rltlawfirm.com

Jonathan C. Schwalb
    on behalf of Creditor Fay Servicing LLC as servicer for GC Asset Trust 2019-RPL1 bankruptcy@friedmanvartolo.com

Joseph A. Caneco
    on behalf of Trustee Donald V. Biase jcaneco@foxrothschild.com

Joseph J. DiPasquale
    on behalf of Trustee Donald V. Biase Jdipasquale@foxrothschild.com
    cbrown@foxrothschild.com;ShavoneGreen@foxrothschild.com

Joseph M. Vann
    on behalf of Interested Party Joanne Zayat jvann@ctswlaw.com

Joseph M. Vann

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 29, 2021 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Benjamin Zayat jvann@ctswlaw.com |
| Joseph M. Vann | |
| | on behalf of Defendant Justin Zayat jvann@ctswlaw.com |
| Joseph M. Vann | |
| | on behalf of Interested Party JPZ Holdings LLC jvann@ctswlaw.com |
| Joseph M. Vann | |
| | on behalf of Interested Party Justin Zayat jvann@ctswlaw.com |
| Joseph M. Vann | |
| | on behalf of Defendant Cohen Tauber Spievack & Wagener PC jvann@ctswlaw.com |
| Joseph M. Vann | |
| | on behalf of Interested Party Emma Zayat jvann@ctswlaw.com |
| Kenneth L. Baum | |
| | on behalf of Creditor Sherif Zayat kbaum@kenbaumdebtsolutions.com ddipiazza@kenbaumdebtsolutions.com |
| Margreta Morgulas | |
| | on behalf of Plaintiff MGG Investment Group LP mmorgulas@okinhollander.com |
| Michael J. Shavel | |
| | on behalf of Defendant Andrew Leicht mshavel@hillwallack.com shavelmr99123@notify.bestcase.com |
| Milica A. Fatovich | |
| | on behalf of Trustee Donald V. Biase mfatovich@hookandfatovich.com fyablonsky@hookandfatovich.com |
| Patrick P. Toscano, Jr. | |
| | on behalf of Debtor Ahmed A. Zayat ptoscano@pptlawfirm.com mtoscano@pptlawfirm.com |
| Patrick P. Toscano, Jr. | |
| | on behalf of Defendant Ahmed A. Zayat ptoscano@pptlawfirm.com mtoscano@pptlawfirm.com |
| Paul S. Hollander | |
| | on behalf of Plaintiff MGG Specialty Finance Fund LP phollander@okinhollander.com |
| Paul S. Hollander | |
| | on behalf of Plaintiff MGG SF Evergreen Fund LP phollander@okinhollander.com |
| Paul S. Hollander | |
| | on behalf of Creditor MGG Investment Group LP phollander@okinhollander.com |
| Paul S. Hollander | |
| | on behalf of Plaintiff MGG Investment Group LP phollander@okinhollander.com |
| Robert Farouk Elgidely | |
| | on behalf of Trustee Donald V. Biase relgidely@foxrothschild.com |
| Tracy L. Klestadt | |
| | on behalf of Creditor Linda Karasick tklestadt@klestadt.com tklestadt@yahoo.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 51