**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**McCARTER & ENGLISH, LLP**
Clement J. Farley
Geoffrey E. Lynott
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
Email: cfarley@mccarter.com
       glynott@mccarter.com

*Counsel to the Chapter 7 Trustee of the Bankruptcy Estate of Zayat Stables, LLC*

Order Filed on January 4, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

AHMED A. ZAYAT,

    Debtor.

Case No.: 20-20387 (VFP)

Chapter 7

## STIPULATION AND CONSENT ORDER FURTHER EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO THE DISCHARGEABILITY OF ANY ALLEGED DEBT DUE TO ZAYAT STABLES, LLC

The relief set forth on the following pages, number two (2) through four (4), is hereby **ORDERED**.

**DATED: January 4, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

| | |
|---|---|
| Page: | 2 |
| Debtor: | AHMED A. ZAYAT |
| Case No.: | 20-20387 (VFP) |
| Caption of Order: | STIPULATION AND CONSENT ORDER FURTHER EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO THE DISCHARGEABILITY OF THE ALLEGED DEBT DUE TO ZAYAT STABLES, LLC |

**THIS STIPULATION AND CONSENT ORDER** (the "Stipulation"), is made and entered into by and between by Jeffrey T. Testa, Esq., the Chapter 7 Trustee of the Bankruptcy Estate of Zayat Stables, LLC (the "Zayat Stables Trustee") and Ahmed A. Zayat (the "Debtor," collectively with the Zayat Stables Trustee, the "Parties"), by and through their counsel.

WHEREAS, on September 8, 2020, the Debtor filed a voluntary Chapter 7 petition for Bankruptcy.

WHEREAS, on December 4, 2020, the Zayat Stables Trustee filed a Motion to Extend Time to File a Complaint Objecting to the dischargeability of an alleged debt due to Zayat Stables, LLC pursuant to 11 U.S.C. § 523.

WHEREAS, on February 15, 2021, the Court entered an Order extending the time for the Zayat Stables Trustee to file a complaint objecting to the dischargeability of any debt due Zayat Stables, LLC until March 1, 2021.

WHEREAS, on March 5, 2021, the Court entered a Stipulation and Consent Order extending the time for the Zayat Stables Trustee to file a complaint objecting to the dischargeability of any debt due Zayat Stables, LLC until April 1, 2021.

WHEREAS, on March 31, 2021, the Court entered a Stipulation and Consent Order extending the time for the Zayat Stables Trustee to file a complaint objecting to the dischargeability of any debt due Zayat Stables, LLC until April 30, 2021.

WHEREAS, on May 7, 2021, the Court entered a Stipulation and Consent Order extending the time for the Zayat Stables Trustee to file a complaint objecting to the dischargeability of any debt due Zayat Stables, LLC until May 31, 2021.

| | |
|---|---|
| Page: | 3 |
| Debtor: | AHMED A. ZAYAT |
| Case No.: | 20-20387 (VFP) |
| Caption of Order: | STIPULATION AND CONSENT ORDER FURTHER EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO THE DISCHARGEABILITY OF THE ALLEGED DEBT DUE TO ZAYAT STABLES, LLC |

WHEREAS, on June 4, 2021, the Court entered a Stipulation and Consent Order extending the time for the Zayat Stables Trustee to file a complaint objecting to the dischargeability of any debt due Zayat Stables, LLC until June 30, 2021.

WHEREAS, on June 30, 2021, the Court entered a Stipulation and Consent Order extending the time for the Zayat Stables Trustee to file a complaint objecting to the dischargeability of any debt due Zayat Stables, LLC until July 31, 2021.

WHEREAS, on July 30, 2021, the Court entered a Stipulation and Consent Order extending the time for the Zayat Stables Trustee to file a complaint objecting to the dischargeability of any debt due Zayat Stables, LLC until August 31, 2021.

WHEREAS, on September 8, 2021, the Court entered a Stipulation and Consent Order extending the time for the Zayat Stables Trustee to file a complaint objecting to the dischargeability of any debt due Zayat Stables, LLC until September 30, 2021.

WHEREAS, on October 1, 2021, the Court entered a Stipulation and Consent Order extending the time for the Zayat Stables Trustee to file a complaint objecting to the dischargeability of any debt due Zayat Stables, LLC until October 31, 2021.

WHEREAS, on November 1, 2021, the Court entered a Stipulation and Consent Order extending the time for the Zayat Stables Trustee to file a complaint objecting to the dischargeability of any debt due Zayat Stables, LLC until November 11, 2021.

WHEREAS, on November 12, 2021, the Court entered a Stipulation and Consent Order extending the time for the Zayat Stables Trustee to file a complaint objecting to the dischargeability of any debt due Zayat Stables, LLC until November 18, 2021.

| | |
|---|---|
| Page: | 4 |
| Debtor: | AHMED A. ZAYAT |
| Case No.: | 20-20387 (VFP) |
| Caption of Order: | STIPULATION AND CONSENT ORDER FURTHER EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO THE DISCHARGEABILITY OF THE ALLEGED DEBT DUE TO ZAYAT STABLES, LLC |

WHEREAS, on December 2, 2021, he Court entered a Stipulation and Consent Order extending the time for the Zayat Stables Trustee to file a complaint objecting to the dischargeability of any debt due Zayat Stables, LLC until December 18, 2021.

WHEREAS, the Parties, through counsel, have conferred and agreed that a further extension is in their mutual best interests.

NOW, THEREFORE, in consideration of the foregoing and subject to the approval of this Court, the Parties hereby stipulate and agree as follows:

1. The Zayat Stables Trustee's time to file a complaint objecting to the dischargeability pursuant to 11 U.S.C. § 523 of any debt allegedly due by the Debtor to Zayat Stables, LLC be and the same hereby is extended until and including January 30, 2022, without prejudice to the Zayat Stables Trustee's right to seek further extensions of time to object to the dischargeability of any such debt, and without prejudice to the Debtor's right to object to such applications; and

2. That a copy of this Order shall be served upon the Debtor and all parties in interest.

**STIPULATED TO, CONSENTED TO, AND AGREED BY:**

| | |
|---|---|
| McCarter & English, LLP | Levitt & Slafkes, P.C. |
| By: */s/ Clement J. Farley* <br>     Clement J. Farley | By: */s/ Bruce Levitt* <br>     Bruce Levitt |
| Dated: December 16, 2021 | Dated: December 15, 2021 |
| *Counsel to the Chapter 7 Trustee of the Bankruptcy Estate of Zayat Stables, LLC* | *Counsel to Ahmed A. Zayat* |

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-20387-VFP
Ahmed A. Zayat  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Jan 04, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

**Recip ID**      **Recipient Name and Address**
db      + Ahmed A. Zayat, 598 Warwick Avenue, Teaneck, NJ 07666-2927

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2022 at the address(es) listed below:

**Name**      **Email Address**

Andrew J Mollica
     on behalf of Creditor RUDY RODRIGUEZ RACING STABLE INC. jdmol@aol.com

Anthony Sodono, III
     on behalf of Mediator Anthony Sodono  III, Esq. asodono@msbnj.com

Anthony Sodono, III
     on behalf of Mediator Anthony Sodono III asodono@msbnj.com

Arthur Joseph Monaco
     on behalf of Plaintiff MGG Investment Group LP ajmonaco@obrienllp.com

Arthur Joseph Monaco
     on behalf of Plaintiff MGG Specialty Finance Fund LP ajmonaco@obrienllp.com

Arthur Joseph Monaco
     on behalf of Creditor MGG Investment Group LP ajmonaco@obrienllp.com

Case 20-20387-VFP    Doc 325    Filed 01/06/22    Entered 01/07/22 00:12:11    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Arthur Joseph Monaco
    on behalf of Plaintiff MGG SF Evergreen Fund LP ajmonaco@obrienllp.com

Barry J. Roy
    on behalf of Defendant Ahmed A. Zayat broy@rltlawfirm.com

Barry J. Roy
    on behalf of Debtor Ahmed A. Zayat broy@rltlawfirm.com

Brian W. Hofmeister
    on behalf of Plaintiff Donald V. Biase bwh@hofmeisterfirm.com j119@ecfcbis.com

Brian W. Hofmeister
    on behalf of Plaintiff Donald V Biase bwh@hofmeisterfirm.com j119@ecfcbis.com

Brian W. Hofmeister
    on behalf of Trustee Donald V. Biase bwh@hofmeisterfirm.com j119@ecfcbis.com

Bruce H Levitt
    on behalf of Debtor Ahmed A. Zayat blevitt@levittslafkes.com
    sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Bruce H Levitt
    on behalf of Defendant Ahmed A. Zayat blevitt@levittslafkes.com
    sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Clement J Farley
    on behalf of Interested Party Jeffrey Thomas Testa cfarley@mccarter.com

Clement J Farley
    on behalf of Interested Party Jeffrey T. Testa cfarley@mccarter.com

Donald V. Biase
    dbiase4236@gmail.com dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com

Edward Judah Dauber
    on behalf of Creditor Sherif Zayat litigationgroup@greenbergdauber.com

Franklin Barbosa, Jr
    on behalf of Interested Party Jeffrey T. Testa fb@spsk.com

Franklin Barbosa, Jr
    on behalf of Interested Party Jeffrey Thomas Testa fb@spsk.com

Henry M. Karwowski
    on behalf of Defendant Ahmed A. Zayat hkarwowski@rltlawfirm.com

Jay L. Lubetkin
    on behalf of Debtor Ahmed A. Zayat jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com

Jay L. Lubetkin
    on behalf of Defendant Ahmed A. Zayat jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com

Jeffrey A. Cooper
    on behalf of Debtor Ahmed A. Zayat jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey A. Cooper
    on behalf of Defendant Ahmed A. Zayat jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey D. Prol
    on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com
    dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeremy D. Merkin
    on behalf of Trustee Donald V. Biase jmerkin@lowenstein.com dclaussen@lowenstein.com

Jerrold S. Kulback
    on behalf of Creditor Cedarview Opportunities Master Fund LP jkulback@archerlaw.com, chansen@archerlaw.com

John Reklaitis
    on behalf of Creditor MGG Investment Group LP jreklaitis@obrienllp.com sobrien@obrienllp.com;swelch@obrienllp.com

John J. Harmon
    on behalf of Debtor Ahmed A. Zayat jharmon@rltlawfirm.com johnharmon42@gmail.com;rgaydos@rltlawfirm.com

Jonathan C. Schwalb
    on behalf of Creditor Fay Servicing LLC as servicer for GC Asset Trust 2019-RPL1 bankruptcy@friedmanvartolo.com

Joseph A. Caneco
    on behalf of Trustee Donald V. Biase jcaneco@foxrothschild.com

Joseph J. DiPasquale
    on behalf of Trustee Donald V. Biase Jdipasquale@foxrothschild.com

Case 20-20387-VFP    Doc 325    Filed 01/06/22    Entered 01/07/22 00:12:11    Desc
Imaged Certificate of Notice    Page 7 of 7

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2022 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | cbrown@foxrothschild.com;ShavoneGreen@foxrothschild.com |
| Joseph M. Vann | on behalf of Interested Party Joanne Zayat jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Interested Party Benjamin Zayat jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Defendant Justin Zayat jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Interested Party JPZ Holdings LLC jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Interested Party Justin Zayat jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Defendant Cohen Tauber Spievack & Wagener PC jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Interested Party Emma Zayat jvann@ctswlaw.com |
| Kenneth L. Baum | on behalf of Creditor Sherif Zayat kbaum@kenbaumdebtsolutions.com ddipiazza@kenbaumdebtsolutions.com |
| Margreta Morgulas | on behalf of Plaintiff MGG Investment Group LP mmorgulas@okinhollander.com |
| Michael J. Shavel | on behalf of Defendant Andrew Leicht mshavel@hillwallack.com shavelmr99123@notify.bestcase.com |
| Milica A. Fatovich | on behalf of Trustee Donald V. Biase mfatovich@hookandfatovich.com fyablonsky@hookandfatovich.com |
| Patrick P. Toscano, Jr. | on behalf of Debtor Ahmed A. Zayat ptoscano@pptlawfirm.com mtoscano@pptlawfirm.com |
| Patrick P. Toscano, Jr. | on behalf of Defendant Ahmed A. Zayat ptoscano@pptlawfirm.com mtoscano@pptlawfirm.com |
| Paul S. Hollander | on behalf of Plaintiff MGG Specialty Finance Fund LP phollander@okinhollander.com |
| Paul S. Hollander | on behalf of Plaintiff MGG SF Evergreen Fund LP phollander@okinhollander.com |
| Paul S. Hollander | on behalf of Creditor MGG Investment Group LP phollander@okinhollander.com |
| Paul S. Hollander | on behalf of Plaintiff MGG Investment Group LP phollander@okinhollander.com |
| Robert Farouk Elgidely | on behalf of Trustee Donald V. Biase relgidely@foxrothschild.com |
| Thomas B. Slocum | on behalf of Creditor Sherif Zayat tslocum@greenbergdauber.com |
| Tracy L. Klestadt | on behalf of Creditor Linda Karasick tklestadt@klestadt.com tklestadt@yahoo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 54