UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
P: (212) 471-5100
Attorneys for Fay Servicing, LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of GCAT 2019-RPL1 Trust

In Re:

Ahmed A. Zayat

Case No.: 20-20387

Adv. Pro. No.: _____

Chapter: 7

Hearing Date: 02/01/2022

Judge: VFP

## ADJOURNMENT REQUEST

1. I, __Jonathan Schwalb__,

   ☒ am the attorney for: __Fay Servicing, LLC__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Relief from the Automatic Stay

   Current hearing date and time: 02/01/2022 at 10:00 AM

   New date requested: 02/23/2022 at 10:00 AM

   Reason for adjournment request: To allow Debtor and Co-Borrower time to propose a resolution to resolve the Motion for Relief

2. Consent to adjournment:

   ☐ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 01/20/2022                               /s/ Jonathan Schwalb
                                                Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 2/23/2022 @ 10:00am          ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2