UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

HOOK & FATOVICH, LLC
1044 Route 23 North, Suite 100
Wayne, New Jersey 07470
Tel: 973-686-3800
Fax: 973-686-3801
Ilissa Churgin Hook, Esq.
Milica A. Fatovich, Esq.
Counsel to the Chapter 7 Trustee Donald V. Biase

In re:

AHMED A. ZAYAT,

                           Debtor.

**Order Filed on August 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Chapter 7
Honorable Vincent F. Papalia, U.S.B.J.
Case No. 20-20387 (VFP)

Hearing Date: N/A

**STIPULATION AND CONSENT ORDER FURTHER EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE**

      The relief set forth on the following pages, numbered two (2) through nine (9) is hereby **ORDERED.**

**DATED: August 19, 2022**

                                      _____
                                      Honorable Vincent F. Papalia
                                      United States Bankruptcy Judge

Page 2
**Debtor:**         AHMED A. ZAYAT
**Case No.:**       20-20387 (VFP)
**Caption of Order:**   Stipulation And Consent Order Further Extending Time To File A Complaint Objecting To Discharge

---

**THIS STIPULATION AND CONSENT ORDER** (the "Stipulation") is made and entered into by and between Donald V. Biase, Esq., the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Ahmed A. Zayat (the "Debtor") and the Debtor, by and through their counsel.

WHEREAS, on September 8, 2020, the Debtor filed a voluntary Chapter 7 petition for Bankruptcy.

WHEREAS, on December 3, 2020, the Trustee filed a motion to extend the Trustee's time to object to discharge.

WHEREAS, on February 3, 2021, the Court entered an Order extending the time for the Trustee to object to discharge pursuant to 11 U.S.C. § 727 until March 1, 2021.

WHEREAS, on March 1, 2021, the Trustee filed a motion to further extend the Trustee's time to object to discharge.

WHEREAS, on March 31, 2021 the Court entered an Order further extending the time for the Trustee to object to discharge pursuant to 11 U.S.C. § 727 until April 30, 2021.

WHEREAS, on April 30, 2021, the Trustee filed a motion to further extend the Trustee's time to object to discharge.

WHEREAS, on June 16, 2021 the Court entered an Order further extending the time for the Trustee to object to discharge pursuant to 11 U.S.C. § 727 until June 29, 2021.

WHEREAS, on June 29, 2021, the Trustee filed a motion to further extend the Trustee's time to object to discharge;

WHEREAS, on July 19, 2021, the Trustee and the Debtor, through their counsel, reached

Page 3
**Debtor:** AHMED A. ZAYAT
**Case No.:** 20-20387 (VFP)
**Caption of Order:** Stipulation And Consent Order Further Extending Time To File A Complaint Objecting To Discharge

---

an agreement to further extend the Trustee's time to object to discharge pursuant to 11 U.S.C. § 727 an additional 60 days to August 28, 2021;

WHEREAS, on July 30, 2021, the Court entered the Stipulation and Consent Order Further Extending Time to File A Complaint Objecting to Discharge, 11 U.S.C. § 727 an additional 60 days to August 28, 2021, superseding the July 28, 2021 Order, Docket Entry No. 206, entered in error;

WHEREAS, on July 30, 2021, the Court entered the Stipulation and Consent Order Further Extending Time to File A Complaint Objecting to Discharge, 11 U.S.C. § 727 an additional 60 days to August 28, 2021;

WHEREAS, on August 23, 2021 the Trustee and the Debtor, through counsel, agreed to an additional 30-day extension of the Trustee's deadline to object to discharge pursuant to 11 U.S.C. §727 through and including September 27, 2021;

WHEREAS, on September 8, 2021 the Court entered the Stipulation and Consent Order Further Extending Time to File A Complaint Objecting to Discharge, 11 U.S.C. § 727 an additional 30 days to September 27, 2021;

WHEREAS, on September 23, 2021 the Trustee and the Debtor, through counsel, agreed to an additional 45-day extension of the Trustee's deadline to object to discharge pursuant to 11 U.S.C. §727 through and including November 11, 2021;

WHEREAS, on October 7, 2021 the Court entered the Stipulation and Consent Order Further Extending Time To File A Complaint Objecting to Discharge, 11 U.S.C. § 727 an additional 45 days to November 11, 2021;

**Debtor:**         AHMED A. ZAYAT
**Case No.:**       20-20387 (VFP)
**Caption of Order:**   Stipulation And Consent Order Further Extending Time To File A Complaint Objecting To Discharge

---

WHEREAS, the Trustee and the Debtor, through counsel, agreed to an additional 7-day extension of time to of the Trustee's deadline to object to discharge pursuant to 11 U.S.C. §727 through and including November 18, 2021;

WHEREAS, on November 18, 2021, the Trustee the Trustee filed a motion to further extend the Trustee's time to object to discharge;

WHEREAS, on December 7, 2021 the Debtor filed a partial opposition to the Trustee's motion to further extend the Trustee's time to object to discharge;

WHEREAS, the parties, through their counsel, adjourned the Trustee's motion to object to further extend the Trustee's time to object to discharge; and

WHEREAS, the parties agreed to dates for the Debtor, Sherif El Zayat and Joanne Zayat to appear for a R. 2004 deposition by the Trustee's Special Counsel;

WHEREAS, the Trustee and the Debtor, through counsel, agreed to an additional 45-day extension of time to of the Trustee's deadline to object to discharge pursuant to 11 U.S.C. §727 through and including March 31, 2022, without further extensions of time to object to the Debtor's discharge except if the Debtor, Sherif El Zayat or Joanne Zayat did not appear for their scheduled R. 2004 deposition by the Trustee's Special Counsel;

WHEREAS, on February 18, 2022, the Court entered the Stipulation and Consent Order Further Extending Time To File A Complaint Objecting to Discharge, 11 U.S.C. § 727 an additional 45 days to March 31, 2022;

WHEREAS, after the Trustee's scheduled R. 2004 depositions were conducted, the parties, through their counsel, engaged in settlement negotiations including a potential settlement

Page 5
**Debtor:** AHMED A. ZAYAT
**Case No.:** 20-20387 (VFP)
**Caption of Order:** Stipulation And Consent Order Further Extending Time To File A Complaint Objecting To Discharge

---

which would resolve outstanding actions or potential actions against the Debtor and various Zayat family members by the Trustee, the Chapter 7 trustee for Zayat Stables, LLC and MGG Investment Group; and

WHEREAS, the Trustee and the Debtor agreed to extend the Trustee's deadline to object to discharge pursuant to 11 U.S.C. §727 through and including April 26, 2022;

WHEREAS, on March 30, 2022, the Court entered the Stipulation and Consent Order Further Extending Time To File A Complaint Objecting to Discharge, 11 U.S.C. § 727 to April 26, 2022;

WHEREAS, the Trustee and the Debtor agreed to extend the Trustee's deadline to object to discharge pursuant to 11 U.S.C. §727 for an additional 14-days through and including May 10, 2022 to continue settlement negotiations;

WHEREAS, on April 21, 2022, the Court entered the Stipulation and Consent Order Further Extending Time To File A Complaint Objecting to Discharge, 11 U.S.C. § 727 to May 10, 2022;

WHEREAS, the Debtor and Trustee agreed to extend the Trustee's deadline to object to discharge pursuant to 11 U.S.C. §727 for an additional 7-days through and including May 17, 2022 to continue settlement negotiations;

WHEREAS, on May 10, 2022, the Court entered the Stipulation and Consent Order Further Extending Time To File A Complaint Objecting to Discharge, 11 U.S.C. § 727 to May 17, 2022;

**Debtor:** AHMED A. ZAYAT
**Case No.:** 20-20387 (VFP)
**Caption of Order:** Stipulation And Consent Order Further Extending Time To File A Complaint Objecting To Discharge

---

WHEREAS, the Trustee and Debtor agreed upon terms of a settlement resolving outstanding actions and/or potential actions against the Debtor and various Zayat family members by the Trustee, therefore, the Trustee and the Debtor agree to extend the Trustee's deadline to object to discharge pursuant to 11 U.S.C. §727 for an additional 6-days through and including May 23, 2022 to allow the parties to reduce the settlement terms to a formal written agreement;

WHEREAS, on May 17, 2022, the Court entered the Stipulation and Consent Order Further Extending Time To File A Complaint Objecting to Discharge, 11 U.S.C. § 727 to May 23, 2022;

WHEREAS, the Trustee and the Debtor agree to extend the Trustee's deadline to object to discharge pursuant to 11 U.S.C. §727 for an additional 4-days through and including May 27, 2022 to allow the parties to complete the process of reducing the settlement terms to a formal written agreement acceptable to the Trustee, the Debtor and the various Zayat family;

WHEREAS, on May 23, 2022, the Court entered the Stipulation and Consent Order Further Extending Time To File A Complaint Objecting to Discharge, 11 U.S.C. § 727 to May 27, 2022;

WHEREAS, while the Trustee, the Debtor and various Zayat family members were in the process of signing the formal settlement agreement detailing the terms of the settlement between the parties, upon receipt of all signatures on this settlement agreement, the Trustee and the Debtor agreed to extend the Trustee's deadline to object to discharge pursuant to 11 U.S.C. §727

Page 7
**Debtor:**        **AHMED A. ZAYAT**
**Case No.:**      **20-20387 (VFP)**
**Caption of Order:**   Stipulation And Consent Order Further Extending Time To File A Complaint Objecting To Discharge

---

for an additional 34-days through and including June 30, 2022 to allow the Trustee's counsel to file a R. 9019 Motion to obtain the Court's approval of the settlement between the parties;

WHEREAS, on May 27, 2022, the Court entered the Stipulation and Consent Order Further Extending Time To File A Complaint Objecting to Discharge, 11 U.S.C. § 727 to June 30, 2022;

WHEREAS, on June 6, 2022, the Trustee's counsel filed a R. 9019 Motion [Doc. 375] to approve the proposed settlement between the Trustee, the Debtor and various Zayat family members (the "Settlement"), which is currently scheduled for July 19, 2022;

WHEREAS, the terms of the Settlement includes a provision that the Trustee's deadline to object to discharge pursuant to 11 U.S.C. §727 shall be tolled until the effective date of the Settlement;

WHEREAS, on June 23, 2022, counsel for the Trustee, the Debtor, the various Zayat family members, the Chapter 7 Trustee for Zayat Stables, LLC (the "Stables Trustee") and creditor MGG Investment Group LP ("MGG") participated in mediation on a possible global settlement;

WHEREAS, on June 23, 2022, the Debtor, the various Zayat family members, the Stables Trustee and MGG (the "Global Settlement Parties") reached a global settlement resolving all pending and potential litigation between the parties;

WHEREAS, the Trustee adjourned his R. 9019 Motion to approve the Settlement to August 9, 2022 to allow this motion to be considered by the Court at the same time as R. 9019 Motions to approve the settlement(s) reached by the Global Settlement Parties;

**Debtor:** AHMED A. ZAYAT
**Case No.:** 20-20387 (VFP)
**Caption of Order:** Stipulation And Consent Order Further Extending Time To File A Complaint Objecting To Discharge

---

WHEREAS, pursuant to the terms of the Settlement, the Trustee and the Debtor agree to extend the Trustee's deadline to object to discharge pursuant to 11 U.S.C. §727 for an additional 62-days through and including August 31, 2022;

WHEREAS, on June 29, 2022, the Court entered the Stipulation and Consent Order Further Extending Time To File A Complaint Objecting to Discharge, 11 U.S.C. § 727 to August 31, 2022; and

WHEREAS, counsel for the Trustee and the Global Settlement Parties agreed to further adjourn the Trustee's R. 9019 Motion to August 23, 2022 to provide the Global Settlement Parties with additional time to address any outstanding issues and file the appropriate motions to approve the settlement reached by the Global Settlement Parties; and

WHEREAS, pursuant to the terms of the Settlement, the Trustee and the Debtor agree to extend the Trustee's deadline to object to discharge pursuant to 11 U.S.C. §727 for an additional 30-days through and including September 30, 2022;

THEREFORE, in consideration of the foregoing and subject to the approval of this Court, the Trustee and the Debtor hereby stipulate and agree as follows:

1.  The Trustee's time to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 be and the same hereby is extended through and including September 30, 2022 or such earlier date as all matters are resolved between the Trustee and the Debtor and all terms of the Settlement Agreement between them are complied with; and

**Page** 9
**Debtor:** AHMED A. ZAYAT
**Case No.:** 20-20387 (VFP)
**Caption of Order:** Stipulation And Consent Order Further Extending Time To File A Complaint Objecting To Discharge

_____

2. That a copy of this Order shall be served upon the Debtor and all parties in interest.

**STIPULATED TO, CONSENTED TO, AND AGREED BY:**

| Hook & Fatovich, LLC | Levitt & Slafkes, P.C. |
| *Counsel to the Chapter 7 Trustee* | *Counsel to Ahmed A. Zayat* |

By: /s/ Milica A. Fatovich         By: /s/ Bruce Levitt
    Milica A. Fatovich, Esq.         Bruce Levitt, Esq.

Dated: August 17, 2022         Dated: August 16, 2022

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-20387-VFP |
| Ahmed A. Zayat | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 19, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ahmed A. Zayat, 598 Warwick Avenue, Teaneck, NJ 07666-2927 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 21, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew J Mollica | on behalf of Creditor RUDY RODRIGUEZ RACING STABLE INC. jdmol@aol.com |
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono III, Esq. asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono III asodono@msbnj.com |
| Arthur Joseph Monaco | on behalf of Plaintiff MGG Investment Group LP ajmonaco@obrienllp.com |
| Arthur Joseph Monaco | on behalf of Plaintiff MGG Specialty Finance Fund LP ajmonaco@obrienllp.com |
| Arthur Joseph Monaco | on behalf of Creditor MGG Investment Group LP ajmonaco@obrienllp.com |

Case 20-20387-VFP    Doc 403    Filed 08/21/22    Entered 08/22/22 00:14:31    Desc
Imaged Certificate of Notice    Page 11 of 12

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 19, 2022 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Arthur Joseph Monaco | on behalf of Plaintiff MGG SF Evergreen Fund LP ajmonaco@obrienllp.com |
| Barry J. Roy | on behalf of Defendant Ahmed A. Zayat broy@rltlawfirm.com |
| Barry J. Roy | on behalf of Debtor Ahmed A. Zayat broy@rltlawfirm.com |
| Brian W. Hofmeister | on behalf of Plaintiff Donald V. Biase bwh@hofmeisterfirm.com j119@ecfcbis.com |
| Brian W. Hofmeister | on behalf of Plaintiff Donald V Biase bwh@hofmeisterfirm.com j119@ecfcbis.com |
| Brian W. Hofmeister | on behalf of Trustee Donald V. Biase bwh@hofmeisterfirm.com j119@ecfcbis.com |
| Bruce H Levitt | on behalf of Debtor Ahmed A. Zayat blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bruce H Levitt | on behalf of Defendant Ahmed A. Zayat blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Clement J Farley | on behalf of Interested Party Jeffrey Thomas Testa cfarley@mccarter.com |
| Clement J Farley | on behalf of Interested Party Jeffrey T. Testa cfarley@mccarter.com |
| Donald V. Biase | dbiase4236@gmail.com dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com |
| Edward Judah Dauber | on behalf of Creditor Sherif Zayat litigationgroup@greenbergdauber.com |
| Franklin Barbosa, Jr | on behalf of Interested Party Jeffrey T. Testa fb@spsk.com vc@spsk.com |
| Franklin Barbosa, Jr | on behalf of Interested Party Jeffrey Thomas Testa fb@spsk.com vc@spsk.com |
| Henry M. Karwowski | on behalf of Defendant Ahmed A. Zayat hkarwowski@rltlawfirm.com |
| Jay L. Lubetkin | on behalf of Debtor Ahmed A. Zayat jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com |
| Jay L. Lubetkin | on behalf of Defendant Ahmed A. Zayat jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com |
| Jeffrey A. Cooper | on behalf of Debtor Ahmed A. Zayat jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com |
| Jeffrey A. Cooper | on behalf of Defendant Ahmed A. Zayat jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com |
| Jeffrey D. Prol | on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeremy D. Merkin | on behalf of Trustee Donald V. Biase jmerkin@lowenstein.com dclaussen@lowenstein.com |
| Jerrold S. Kulback | on behalf of Creditor Cedarview Opportunities Master Fund LP jkulback@archerlaw.com, chansen@archerlaw.com |
| John Reklaitis | on behalf of Creditor MGG Investment Group LP jreklaitis@obrienllp.com sobrien@obrienllp.com;swelch@obrienllp.com |
| John J. Harmon | on behalf of Debtor Ahmed A. Zayat jharmon@rltlawfirm.com johnharmon42@gmail.com;rgaydos@rltlawfirm.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing LLC as servicer for GC Asset Trust 2019-RPL1 bankruptcy@friedmanvartolo.com |
| Joseph A. Caneco | on behalf of Trustee Donald V. Biase jcaneco@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Trustee Donald V. Biase Jdipasquale@foxrothschild.com cbrown@foxrothschild.com;msteen@foxrothschild.com |

District/off: 0312-2     User: admin     Page 3 of 3
Date Rcvd: Aug 19, 2022     Form ID: pdf903     Total Noticed: 1

| Name | Role |
|---|---|
| Joseph M. Vann | on behalf of Interested Party Joanne Zayat jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Interested Party Benjamin Zayat jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Defendant Justin Zayat jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Interested Party JPZ Holdings LLC jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Interested Party Justin Zayat jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Defendant Cohen Tauber Spievack & Wagener PC jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Interested Party Emma Zayat jvann@ctswlaw.com |
| Kenneth L. Baum | on behalf of Creditor Sherif Zayat kbaum@kenbaumdebtsolutions.com ddipiazza@kenbaumdebtsolutions.com |
| Margreta Morgulas | on behalf of Plaintiff MGG Investment Group LP mmorgulas@okinhollander.com |
| Michael J. Shavel | on behalf of Defendant Andrew Leicht mshavel@hillwallack.com shavelmr99123@notify.bestcase.com |
| Milica A. Fatovich | on behalf of Trustee Donald V. Biase mfatovich@hookandfatovich.com fyablonsky@hookandfatovich.com |
| Patrick P. Toscano, Jr. | on behalf of Debtor Ahmed A. Zayat ptoscano@pptlawfirm.com mtoscano@pptlawfirm.com |
| Patrick P. Toscano, Jr. | on behalf of Defendant Ahmed A. Zayat ptoscano@pptlawfirm.com mtoscano@pptlawfirm.com |
| Paul S. Hollander | on behalf of Plaintiff MGG Specialty Finance Fund LP phollander@okinhollander.com |
| Paul S. Hollander | on behalf of Plaintiff MGG SF Evergreen Fund LP phollander@okinhollander.com |
| Paul S. Hollander | on behalf of Creditor MGG Investment Group LP phollander@okinhollander.com |
| Paul S. Hollander | on behalf of Plaintiff MGG Investment Group LP phollander@okinhollander.com |
| Robert Farouk Elgidely | on behalf of Trustee Donald V. Biase relgidely@foxrothschild.com |
| Thomas B. Slocum | on behalf of Creditor Sherif Zayat tslocum@greenbergdauber.com |
| Tracy L. Klestadt | on behalf of Creditor Linda Karasick tklestadt@klestadt.com tklestadt@yahoo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 54