UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

Order Filed on December 28, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Donald V. Biase, Chapter 7 Trustee<br>PO Box 646<br>Essex Fells, NJ 07021 | |
| In Re:<br><br>Ahmed A Zayat<br><br><br><br>Debtor(s) | Case No.: 20-20387 VFP<br><br>Chapter 7<br><br>Hearing Date:  December 19, 2023<br><br>Judge:  Vincent F. Papalia |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 28, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page: 2

Case: Ahmed A Zayat

Case No.: 20-20387 VFP

Caption: Order Awarding Trustee's Compensation and Expenses

---

THIS matter having been brought to the Court in consideration of the foregoing application for compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, and the Court having considered the objection of MGG Investment Group, LP, and the responses of the Chapter 7 Trustee and his counsel, as well as the arguments of counsel at a hearing held on December 19, 2023 (the "Hearing"), and for the reasons set forth on the record Hearing, it is hereby

ORDERED, that the sum of $78,208.33 is reasonable compensation for the services rendered in this case by Donald V. Biase, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; and it is further

ORDERED, that the sum of $881.83 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.