UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Ahmed A. Zayat

**Order Filed on August 22, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: ___20-20387___

Chapter: ___7___

Judge: ___Michael B. Kaplan___

**REVISED
ORDER GRANTING APPLICATION FOR
PAYMENT OF UNCLAIMED FUNDS**

The relief set forth on the following page is **ORDERED**.

**DATED: August 22, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On September 17, 2024, an Application was filed for the Claimant(s), of Adsero-Ragy

Soliman & Partners for payment of unclaimed funds deposited with the court pursuant to 11

U.S.C. § 347(a).  The application and supporting documentation establish that the Claimant is

entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $3,501.01 held in unclaimed

funds be made payable to Adsero-Ragy Soliman & Partners and be disbursed via wire transfer in

the first instance and to the following address if the funds cannot be wired:

Adsero-Ragy Soliman & Partners

1-Gabalaya Street, 6th Floor

Zamalek, Cairo EGYPT 11211

Attn: Emad Reda

The Clerk will disburse these funds not earlier than 14 days after entry of this Order; and

it is further

ORDERED that in order to receive payment, the Claimant must provide the court with

the Claimant's tax identification number (TIN) on a form completed and signed by the Claimant

to whom funds are being distributed according to the requirements below.  This document must

include the bankruptcy Case number and should be sent to the Court at either of the following

addresses:

Unclaimedfundsnjb.uscourts.gov
or:
United States Bankruptcy Court
Martin Luther King, Jr. Federal Bldg.
Attn: Financial Department
50 Walnut Street
PO Box 1352
Newark, NJ 07102

175957352.1

a. **Domestic Claimant** – A Claimant who is a U.S. person must submit either:
   i. Court Form AO-213P (available on the Court's website); or
   ii. IRS Form @-9 accessible by searching on the Internal Revenue Service (IRS) website at https://www.irs.gov/).

**NOTE:** If a claimant desires payment via Electronic Funds Transfer (EFT), then Court Form AO-213P must be used.

b. **Foreign Claimant** – A foreign claimant must submit both:
   i. IRS Form W-8 (accessible by searching on the IRS website at: https://www.irs.gov/); and
   ii. Court Form AO-215 (available on the Court's website).

175957352.1

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 20-20387-VFP

Ahmed A. Zayat                                                                      Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                      Page 1 of 4

Date Rcvd: Aug 22, 2025                    Form ID: pdf903                                Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2025:**

**Recip ID              Recipient Name and Address**
db                  +   Ahmed A. Zayat, 598 Warwick Avenue, Teaneck, NJ 07666-2927

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2025                        Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2025 at the address(es) listed below:**

**Name                            Email Address**

Andrew J Mollica
                    on behalf of Creditor RUDY RODRIGUEZ RACING STABLE INC. jdmol@aol.com

Anthony Sodono, III
                    on behalf of Mediator Anthony Sodono III asodono@msbnj.com

Anthony Sodono, III
                    on behalf of Mediator Anthony Sodono  III, Esq. asodono@msbnj.com

Arthur Joseph Monaco
                    on behalf of Plaintiff MGG Investment Group LP ajmonaco@bartonesq.com

Arthur Joseph Monaco
                    on behalf of Plaintiff MGG Specialty Finance Fund LP ajmonaco@bartonesq.com

Arthur Joseph Monaco
                    on behalf of Creditor MGG Investment Group LP ajmonaco@bartonesq.com

District/off: 0312-2                         User: admin                                   Page 2 of 4

Date Rcvd: Aug 22, 2025                    Form ID: pdf903                            Total Noticed: 1

Arthur Joseph Monaco

on behalf of Plaintiff MGG SF Evergreen Fund LP ajmonaco@bartonesq.com

Barry J. Roy

on behalf of Defendant Ahmed A. Zayat broy@rltlawfirm.com  rgaydos@rltlawfirm.com

Barry J. Roy

on behalf of Debtor Ahmed A. Zayat broy@rltlawfirm.com  rgaydos@rltlawfirm.com

Brian W. Hofmeister

on behalf of Plaintiff Donald V. Biase bwh@hofmeisterfirm.com  j119@ecfcbis.com

Brian W. Hofmeister

on behalf of Plaintiff Donald V Biase bwh@hofmeisterfirm.com  j119@ecfcbis.com

Brian W. Hofmeister

on behalf of Trustee Donald V. Biase bwh@hofmeisterfirm.com  j119@ecfcbis.com

Bruce H Levitt

on behalf of Debtor Ahmed A. Zayat blevitt@levittslafkes.com
sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Bruce H Levitt

on behalf of Defendant Ahmed A. Zayat blevitt@levittslafkes.com
sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Clement J Farley

on behalf of Interested Party Jeffrey Thomas Testa cfarley@mccarter.com

Clement J Farley

on behalf of Interested Party Jeffrey T. Testa cfarley@mccarter.com

Donald V. Biase

dbiase4236@gmail.com  dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com

Edward Judah Dauber

on behalf of Creditor Sherif Zayat edauber@csglaw.com

Franklin Barbosa, Jr

on behalf of Interested Party Jeffrey T. Testa fb@spsk.com  clm@spsk.com

Franklin Barbosa, Jr

on behalf of Interested Party Jeffrey Thomas Testa fb@spsk.com  clm@spsk.com

Henry M. Karwowski

on behalf of Defendant Ahmed A. Zayat hkarwowski@rltlawfirm.com

Ilissa Churgin Hook

on behalf of Attorney Hook & Fatovich  LLC ihook@norgaardfirm.com, fyablonsky@hookandfatovich.com

Jay L. Lubetkin

on behalf of Debtor Ahmed A. Zayat jlubetkin@rltlawfirm.com  rgaydos@rltlawfirm.com

Jay L. Lubetkin

on behalf of Defendant Rabinowitz Lubetkin & Tully  LLC jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com

Jay L. Lubetkin

on behalf of Defendant Ahmed A. Zayat jlubetkin@rltlawfirm.com  rgaydos@rltlawfirm.com

Jeffrey A. Cooper

on behalf of Debtor Ahmed A. Zayat jcooper@rltlawfirm.com  cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey A. Cooper

on behalf of Defendant Ahmed A. Zayat jcooper@rltlawfirm.com  cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey D. Prol

on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com
dclaussen@lowenstein.com;lowenstein@ecfalerts.com;courtmail@lowenstein.com;bnathan@lowenstein.com

Jeremy D. Merkin

on behalf of Trustee Donald V. Biase jmerkin@lowenstein.com  dclaussen@lowenstein.com

Jerrold S. Kulback

on behalf of Creditor Cedarview Opportunities Master Fund  LP jkulback@archerlaw.com, ahuber@archerlaw.com

John Reklaitis

on behalf of Creditor MGG Investment Group LP jreklaitis@obrienllp.com  sobrien@obrienllp.com;swelch@obrienllp.com

John J. Harmon

on behalf of Debtor Ahmed A. Zayat jharmon@riker.com  sdechoyan@riker.com

Jonathan C. Schwalb

on behalf of Creditor Fay Servicing  LLC as servicer for GC Asset Trust 2019-RPL1 bankruptcy@friedmanvartolo.com,

District/off: 0312-2

Date Rcvd: Aug 22, 2025

User: admin

Form ID: pdf903

Page 3 of 4

Total Noticed: 1

jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb

on behalf of Creditor Fay Servicing  LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of GCAT 2019-RPL1 Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Joseph A. Caneco

on behalf of Trustee Donald V. Biase jcaneco@fishmanhaygood.com

Joseph J. DiPasquale

on behalf of Trustee Donald V. Biase Jdipasquale@foxrothschild.com  cbrown@foxrothschild.com;msteen@foxrothschild.com

Joseph M. Vann

on behalf of Interested Party Benjamin Zayat jvann@ctswlaw.com

Joseph M. Vann

on behalf of Interested Party Joanne Zayat jvann@ctswlaw.com

Joseph M. Vann

on behalf of Interested Party JPZ Holdings LLC jvann@ctswlaw.com

Joseph M. Vann

on behalf of Interested Party Justin Zayat jvann@ctswlaw.com

Joseph M. Vann

on behalf of Defendant Cohen Tauber Spievack & Wagener  PC jvann@ctswlaw.com

Joseph M. Vann

on behalf of Interested Party Emma Zayat jvann@ctswlaw.com

Kenneth L. Baum

on behalf of Creditor Sherif Zayat kbaum@kenbaumdebtsolutions.com  ddipiazza@kenbaumdebtsolutions.com

Margreta Morgulas

on behalf of Plaintiff MGG Investment Group LP mmorgulas@okinhollander.com

Michael J. Shavel

on behalf of Defendant Andrew Leicht mshavel@hillwallack.com  shavelmr99123@notify.bestcase.com

Milica A. Fatovich

on behalf of Accountant M. Greenwald Associates LLP mfatovich@norgaardfirm.com
mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Milica A. Fatovich

on behalf of Trustee Donald V. Biase mfatovich@norgaardfirm.com
mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Milica A. Fatovich

on behalf of Attorney Hook & Fatovich  LLC mfatovich@norgaardfirm.com,
mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Patrick P. Toscano, Jr.

on behalf of Debtor Ahmed A. Zayat ptoscano@pptlawfirm.com  mtoscano@pptlawfirm.com

Patrick P. Toscano, Jr.

on behalf of Defendant Ahmed A. Zayat ptoscano@pptlawfirm.com  mtoscano@pptlawfirm.com

Paul S. Hollander

on behalf of Plaintiff MGG Specialty Finance Fund LP phollander@okinhollander.com  avillalta@okinhollander.com

Paul S. Hollander

on behalf of Plaintiff MGG SF Evergreen Fund LP phollander@okinhollander.com  avillalta@okinhollander.com

Paul S. Hollander

on behalf of Creditor MGG Investment Group LP phollander@okinhollander.com  avillalta@okinhollander.com

Paul S. Hollander

on behalf of Plaintiff MGG Investment Group LP phollander@okinhollander.com  avillalta@okinhollander.com

Robert Farouk Elgidely

on behalf of Trustee Donald V. Biase relgidely@foxrothschild.com  nj.dkt@foxrothschild.com;EAccetta@foxrothschild.com

Roger Fay

on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for MEB Loan Trust rfay@alaw.net,
bkecf@milsteadlaw.com

Thomas B. Slocum

on behalf of Creditor Sherif Zayat tslocum@norris-law.com

Tracy L. Klestadt

on behalf of Creditor Linda Karasick tklestadt@klestadt.com  tklestadt@yahoo.com

U.S. Trustee

District/off: 0312-2                                    User: admin                                    Page 4 of 4

Date Rcvd: Aug 22, 2025                          Form ID: pdf903                          Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 59